**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| REPUBLIC METALS REFINING CORPORATION, *et al.*,[1] | Case No. 18-13359 (shl) |
| Debtors. | (Jointly Administered) |

### ORDER (I) AUTHORIZING THE DEBTORS TO (A) PREPARE A LIST OF CREDITORS IN LIEU OF SUBMITTING A FORMATTED MAILING MATRIX AND (B) FILE A CONSOLIDATED LIST OF THE DEBTORS' 30 LARGEST UNSECURED CREDITORS, (II) APPROVING THE FORM AND MANNER OF NOTIFYING CREDITORS OF COMMENCEMENT OF THESE CHAPTER 11 CASES, AND (III) GRANTING RELATED RELIEF

Upon the motion (the "Motion") [2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for the entry of an order (this "Order"): (a) authorizing the Debtors to: (i) prepare a consolidated list of creditors in lieu of submitting any required mailing matrix, (ii) file a consolidated list of the Debtors' 30 largest unsecured creditors, and (iii) mail initial notices through their Proposed Claims and Noticing Agent; (b) approving the form and manner of notifying creditors of commencement of the Debtors' chapter 11 cases; and (c) granting related relief, all as more fully set forth in the Motion; and upon the First Day Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the Southern District Of New York*, dated January 31, 2012; and that this Court may enter a final order consistent with

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Republic Metals Refining Corporation, 15 West 47th Street, Suites 206 and 209, New York, NY 10036 (3194), Republic Metals Corporation, 12900 NW 38th Avenue, Miami, FL 33054 (4378), and Republic Carbon Company, LLC, 5295 Northwest 163rd Street, Miami Gardens, FL 33014 (5833).

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

46753469;2

Article III of the United States Constitution; and this Court having found that venue of this

proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and

this Court having found that the relief requested in the Motion is in the best interests of the Debtors'

estates, their creditors, and other parties-in-interest; and this Court having found that the Debtors'

notice of the Motion and opportunity for a hearing on the Motion were appropriate under the

circumstances and no other notice need be provided; and this Court having reviewed the motion

and having heard the statements in support of the relief requested therein at a hearing before this

Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth

in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of

the proceedings had before this Court; and after due deliberation and sufficient cause appearing

therefor, it is HEREBY ORDERED THAT:

1.      The Motion is granted as set forth herein.

2.      The Debtors are authorized to file a consolidated list of the 30 largest unsecured

creditors in these chapter 11 cases in lieu of each Debtor filing a list of its 20 largest unsecured

creditors.

3.      In lieu of submitting a formatted mailing matrix, the Debtors shall make available

a single, consolidated list of all of the Debtors' creditors in electronic form to any entity who so

requests and in non-electronic form at such requesting entity's sole cost and expense.

4.      The Notice of Commencement of these chapter 11 cases, substantially in the form

attached to this Order as **Exhibit 1**, is hereby approved.

5.      The Debtors, with the assistance of the Proposed Claims and Noticing Agent (upon

the Court's approval of the Debtors' retention of the Proposed Claims and Noticing Agent), are

authorized, but not directed, to undertake all mailings directed by the Court, the U.S. Trustee, or

46753469;2

as required by the Bankruptcy Code, including the Notice of Commencement of these chapter 11 cases, and any other correspondence that the Debtors may wish to send to creditors.

6.      All time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

7.      The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

8.      The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation of this Order.

New York, New York
Dated: November 8, 2018

*/s/ Sean H. Lane*
UNITED STATES BANKRUPTCY JUDGE

3

46753469;2

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**The Debtors filed these chapter 11 cases on 11/2/2018**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| REPUBLIC METALS REFINING | ) | |
| CORPORATION, *et al.*, | ) | Case No. 18-13359 |
| | ) | |
| Debtors. | ) | |
| | ) | (Jointly Administered) |

The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Republic Metals Refining Corporation, 7 West 45th Street, Suites 206 and 209, New York, NY 10036 (3194), Republic Metals Corporation, 12900 NW 38th Avenue, Miami, FL 33054 (4378), and Republic Carbon Company, LLC, 5295 Northwest 163rd Street, Miami Gardens, FL  33014 (5833).

# Notice of Chapter 11 Bankruptcy Case

**For the debtors listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from the debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov). In addition, such documents can be viewed and/or obtained from the Debtors' claims and noticing agent, Donlin, Recano & Company, Inc. ("DRC"), at www.donlinrecano.com/republicmetals or by calling DRC at 212-771-1128.  Note that you need a PACER password and login to access documents on the Bankruptcy Court's website (a PACER password is obtained by accessing the PACER website, www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | |
|---|---|
| **1.   Debtors' full names:** | |
| Republic Metals Refining Corporation | |
| Republic Metals Corporation | |
| Republic Carbon Company, LLC | |
| **2.   All other names used in the last 8 years:** | |
| **3.   Address:** 15 West 47th Street, Suites. 206 and 209, New York, NY 10036, 12900 NW 38th Ave., Miami, FL 33054 and 5295 Northwest 163rd Street, Miami Gardens, FL 33014 | |
| **4.   Debtor's attorney**<br>Akerman LLP<br>2001 Ross Avenue<br>Suite 3600<br>Dallas, TX 75201<br>(214) 720-4300 | Contact phone: 214-720-4300<br>Email: john.mitchell@akerman.com<br>andrea.hartley@akerman.com<br>susan.balaschak@akerman.com |

46754877;1

| | katherine.fackler@akerman.com |
|---|---|
| **5. Bankruptcy clerk's office:**<br><br>Hours open: 8:30 a.m. - 5:00 p.m.<br>Contact phone: 212-668-2870 | Clerk of the United States Bankruptcy Court<br>One Bowling Green<br>New York, NY 10004-1408.<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. |
| **6.  Meeting of creditors**<br>  The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | _____, 2018 at _____ a.m/p.m.    Location:    United States Bankruptcy<br>Date                        Time                    One Bowling Green<br>                                                        Room 511, Fifth Floor<br>                                                        New York, NY 10004-1408<br><br>  The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. |
| **7.  Proof of claim deadline** | **Deadline for filing proof of claim:** Not yet set. If a deadline is set, the court will send you another notice.<br><br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office, or at the Debtors' claims and noticing agent's website at https://www.donlinrecano.com/republicmetals.<br><br>You may review the schedules that have been or will be filed at the bankruptcy clerk's office or at the Debtors' claims and noticing agent's website at https://www.donlinrecano.com/republicmetals. If your claim is not scheduled or your claim is designated as disputed, contingent, or unliquidated, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. Whether or not your claim is scheduled, you are permitted to file a proof of claim.  The court has not yet set a deadline to file a proof of claim. If a deadline is set, you will be sent another notice.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |
| **8.  Exception to discharge deadline**<br>  The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline | You must start a judicial proceeding by filing a complaint if you want to have a debt excepted from discharge under 11 U.S.C. §1141(d)(6)(A).<br>**Deadline for filing the complaint:** Notice of deadline will be sent at a later time. |
| **9. Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| **10.  Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. |
| **11.  Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge under 11 U.S.C. § 1141(d)(6)(A), you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |

46754877;1