Kellianne Baranowsky
**GREEN & SKLARZ LLC**
700 State St, Suite 100
New Haven, CT 06511
Telephone: 203-285-8545
Fax: 203 691-5454

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| REPUBLIC METALS REFINING | ) | Case No. 18-13359 (SHL) |
| CORPORATION, *et al.,*[1] | ) | |
| | ) | |
| Debtor | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR**
**SERVICE OF ALL NOTICES AND PLEADINGS**

 **PLEASE TAKE NOTICE** that the undersigned counsel hereby appears, pursuant to 11

U.S.C. §§ 342(a) and 1109(b), and Federal Rules of Bankruptcy Procedure 2002 and 9019, in the

above-captioned jointly administered cases for **Mid-States Recycling, Inc.**("Creditor"), a creditor

and party in interest, and requests that all notices given or required to be given in these cases, and

all papers served or required to be served in these cases, be given and served on:

  Kellianne Baranowsky
  **GREEN & SKLARZ LLC**
  700 State St, Suite 100
  New Haven, CT 06511
  Telephone: 203-285-8545
  Fax: 203 691-5454
  Email: kbaranowsky@gs-lawfirm.com

 **PLEASE TAKE FURTHER NOTICE** that pursuant to 11 U.S.C. § 1109(b), the

foregoing demand includes not only the notice and papers referred to in the Federal Rules of

---

[1] The Debtors in these chapter 11 cases are Republic Metals Refining Corporation, Republic Metals Corporation, and Republic Carbon Company, LLC.

{00092199.1 }

Bankruptcy Procedure, but also includes, without limitation, orders and notice of any application, motion, petition, pleading, request, complaint or demand, whether former or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile transmission, email or otherwise, which affect the debtor or property of the debtor.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any later appearance, pleading, claim or suit is intended as, nor is it, (A) consent of the Creditor to the jurisdiction of the Bankruptcy Court or to its exercise of the judicial power of the United States or to its entry of final orders or judgments against Creditor, or (B) a waiver of Creditor's (1) right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (2) right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal or (3) any other rights, claims, actions, defenses, setoffs, or recoupments to which it is or may be entitled under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: New Haven, CT
      November 15, 2018

GREEN & SKLARZ LLC

By:    */s/ Kellianne Baranowsky*
      Kellianne Baranowsky
      Green & Sklarz LLC
      700 State Street, Suite 100
      New Haven, CT 06511
      (203) 285-8545
      Fax: 203 691-5454
      kbaranowsky@gs-lawfirm.com
      *Attorneys for Mid-States Recycling, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing Notice of Appearance was served by CM/ECF and/or mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

*/s/ Kellianne Baranowsky*
Kellianne Baranowsky