UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re                                                           :
                                                                :            <u>Chapter 11</u>
                                                                :
REPUBLIC METALS REFINING              :            Case No. 18-13359(SHL)
CORPORATION, et al.,[1]                         :
                                                                :
              Debtor.                                     :
----------------------------------------------------------x

# APPOINTMENT OF
# OFFICIAL COMMITTEE OF UNSECURED CREDITORS

      William K. Harrington, the United States Trustee for Region 2, under 11 U.S.C. §§ 1102(a) and (b), hereby appoints the following unsecured creditors who are willing to serve on the Official Committee of Unsecured Creditors of Republic Metals Refining Corporation, et al., debtors-in-possession:

1. Coeur Rochester, Inc. c/o Coeur Mining, Inc.
   104 S. Michigan Avenue, Suite 900
   Chicago, IL 60603
   Attn: Robyn Koyner
   Telephone: 312-489-5800

2. Bayside Metal Exchange
   6701 Center Drive Suite 840
   Los Angeles, CA 90045
   Attn: Eugene Fogel
   Telephone: 424-331-9511 Ext. 101

3. So Accurate Group Inc.
   45-40  51st Street,
   Woodside, NY 11377
   Attn: Larry Wilson
   Telephone: 516-458-6404

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Republic Metals Refining Corporation, 15 West 47th Street, Suites 206 and 209, New York, NY 10036 (3194), Republic Metals Corporation, 12900 NW 38th Avenue, Miami, FL 33054 (4378), and Republic Carbon Company, LLC, 5295 Northwest 163rd Street, Miami Gardens, FL 33014 (5833).

4. Cyber-Fox Trading, Inc.
   71 W Plaza Del Lago
   Islamorada FL 33036
   Attn: Brandi Derringer
   Telephone: 305-302-6058

5. Minera Triton Argentina S.A.
   Av. Cordoba 836, 7th Floor
   Buenos Aires C1054AAU Argentina
   Attn: A. Robert Doyle
   Telephone: 1-604-806-3159

6. Pyropure Inc. d/b/a Pyromet
   5 Commerce Drive
   Aston, PA 19014
   Attn: Randy Klein
   Telephone: 610-497-1743

7. Minera Real de Ora S.A. de C.V.
   9600 Prototype Court
   Reno, NV 89521
   Attn: David Ponczoch
   Telephone: 775-284-4422

Dated: New York, New York
       November 19, 2018

                              WILLIAM R. HARRINGTON
                              UNITED STATES TRUSTEE
                              Region 2

                        By:   /s/Shannon A. Scott
                              Shannon A. Scott
                              Trial Attorney
                              U.S. Federal Office Building
                              201 Varick Street, Room 1006
                              New York, New York 10014
                              Telephone: (212) 510-0500