Seth Van Aalten
Robert Winning
Sarah Carnes
Summer M. McKee
COOLEY LLP
1114 Avenue of the Americas
New York, NY 10036
Telephone: (212) 479-6000

*Proposed Counsel for the Official Committee
of Unsecured Creditors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
:
In re:                                 :   Chapter 11
:
REPUBLIC METALS REFINING               :   Case No. 18-13359 (SHL)
CORPORATION, *et al.*,[1]              :
:       (Jointly Administered)
Debtors,                           :
:
:
------------------------------------- X

## NOTICE OF APPEARANCE AND REQUEST FOR
## SERVICE OF ALL NOTICES AND PLEADINGS

**PLEASE TAKE NOTICE** that the Official Committee of Unsecured Creditors (the "Committee"), by and through its proposed counsel, Cooley LLP, hereby appears in the above-captioned cases pursuant to 11 U.S.C. §§ 342(a) and 1109(b) (the "Bankruptcy Code") and Rules 2002, 3017, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and hereby requests that copies of all notices and pleadings given, required to be given or filed in the above-captioned cases be given and served upon:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Republic Metals Refining Corporation, 15 West 47th Street, Suites 206 and 209, New York, NY 10036 (3194), Republic Metals Corporation, 12900 NW 38th Avenue, Miami, FL 33054 (4378), and Republic Carbon Company, LLC, 5295 Northwest 163rd Street, Miami Gardens, FL 33014 (5833).

Pg 2 of 4

Seth Van Aalten
Robert Winning
Sarah Carnes
Summer M. McKee
COOLEY LLP
1114 Avenue of the Americas
New York, NY 10036
Telephone: (212) 479-6000
Facsimile: (212) 479-6275
svanaalten@cooley.com
rwinning@cooley.com
scarnes@cooley.com
smckee@cooley.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any order and notice of any application, motion, petition, pleading, request, complaint or demand, whether former or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, overnight carrier, facsimile transmission, email or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any later appearance, pleadings, claim or suit shall be deemed or construed to be a waiver of the rights of the Committee: (1) to have final orders in noncore matters entered only after *de novo* review by a District Judge; (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases; (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) of any other rights, claims, actions, defenses, setoffs, or recoupments to which the Committee is or may be entitled

under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: New York, NY
       November 21, 2018

**COOLEY LLP**

By: */s/ Seth Van Aalten*
    Seth Van Aalten
    Robert Winning
    1114 Avenue of the Americas
    New York, NY 10036
    Telephone: (212) 479-6000

    *Proposed Counsel for the Official Committee of Unsecured Creditors*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Notice of Appearance was served by CM/ECF and/or mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by email to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Seth Van Aalten*
Seth Van Aalten