**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
In re:                                                      :   Chapter 11
                                                            :
REPUBLIC METALS REFINING                                    :   Case No. 18-13359 (SHL)
CORPORATION, *et al.*,[1]                                   :
                                                            :   (Jointly Administered)
                                                            :
                    Debtors.                                :
------------------------------------------------------------ x

### ORDER PURSUANT TO BANKRUPTCY RULE 2004 AUTHORIZING THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO TAKE DISCOVERY OF THE DEBTORS AND THIRD PARTIES

UPON THE MOTION of the Official Committee of Unsecured Creditors (the "Committee") of Republic Metals Refining Corporation and its affiliated debtors and debtors-in-possession (collectively, the "Debtors") for an order authorizing it to take discovery of the Debtors and third parties pursuant to Bankruptcy Rule 2004 addressing the Debtors' overstatement of the value of the Debtors' inventory, the inception of the Debtors' insolvency, constructive fraudulent conveyances during the period of insolvency, and the reliability of the Debtors' financial records ("Rule 2004 Topics");

THE COURT, after deliberation, having concluded that the Committee has established a basis for the relief sought, and no additional notice being required except as specified herein, now, therefore, it is hereby ORDERED, that:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Republic Metals Refining Corporation, 15 West 47th Street, Suites 206 and 209, New York, NY 10036 (3194), Republic Metals Corporation, 12900 NW 38th Avenue, Miami, FL 33054 (4378), Republic Carbon Company, LLC, 5295 Northwest 163rd Street, Miami Gardens, FL 33014 (5833), Republic High Tech Metals, LLC, 13001 NW 38 Avenue, Miami, FL 33054 (6102), RMC Diamonds, LLC, 12900 NW 38th Avenue, Miami, FL 33054 (1507), RMC2, LLC, 12900 NW 38th Avenue, Miami, FL 33054 (4696), J & L Republic LLC, 12900 NW 38th Avenue, Miami, FL 33054 (7604); R & R Metals, LLC, 12900 NW 38th Avenue, Miami, FL 33054 (7848), Republic Metals Trading (Shanghai) Co., Ltd., 276 Ningbo Road, Huangpu District, Shanghai, P.R. 200001 China (1639), and Republic Trans Mexico Metals, S.R.L., Francisco I. Madero No. 55 Piso 5, Local 409, Centro Joyero Edificio Central, Delegación Cuauhtémoc, Mexico DF 6000 (2942).

1. The Committee is authorized to take discovery of the Debtors and relevant third parties relating to the Rule 2004 Topics, including by serving subpoenas requiring the production of documents and taking depositions;

2. The Committee is authorized to conduct, without further order of this Court, discovery on additional topics to the extent the Committee deems necessary to conduct the investigation authorized by Bankruptcy Rule 1103(c);

3. This Court retains jurisdiction with respect to all matters arising from or relating to the implementation of this Order.

Dated: New York, New York
       December __, 2018____

_____
The Honorable Sean H. Lane
United States Bankruptcy Judge