DYKEMA GOSSETT PLLC
1717 Main Street, Suite 4200
Dallas, Texas 75201
Telephone: (214) 462-6400
Facsimile: (214) 462-6401
Mark E. Andrews (*pro hac vice pending*)
Jeffrey R. Fine  (JF5825)
Aaron M. Kaufman  (*pro hac vice pending*)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Case No. 18-13359 |
| | : | |
| REPUBLIC METALS REFINING | : | Chapter 11 |
| CORPORATION, et al.,[1] | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, Dykema Gossett, PLLC appears in this case on behalf of Valcambi SA, a Swiss Company ("Valcambi"), a party in interest, and requests that all notices given or required to be given and all papers served in this case be delivered to:

> Mark E. Andrews
> Jeffrey R. Fine
> Aaron M. Kaufman
> **DYKEMA GOSSETT PLLC**
> 1717 Main Street, Suite 4200
> Dallas, Texas 75201

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Republic Metals Refining Corporation, 15 West 47th Street, Suites 206 and 209, New York, NY 10036 (3194), Republic Metals Corporation, 12900 NW 38th Avenue, Miami, FL 33054 (4378), Republic Carbon Company, LLC, 5295 Northwest 163rd Street, Miami Gardens, FL 33014 (5833), Republic High Tech Metals, LLC, 13001 NW 38 Avenue, Miami, FL 33054 (6102), RMC Diamonds, LLC, 12900 NW 38th Avenue, Miami, FL 33054 (1507), RMC2, LLC, 12900 NW 38th Avenue, Miami, FL 33054 (4696), J & L Republic LLC, 12900 NW 38th Avenue, Miami, FL 33054 (7604); R & R Metals, LLC, 12900 NW 38th Avenue, Miami, FL 33054 (7848), Republic Metals Trading (Shanghai) Co., Ltd., 276 Ningbo Road, Huangpu District, Shanghai, P.R. 200001 China (1639), and Republic Trans Mexico Metals, S.R.L., Francisco I. Madero No. 55 Piso 5, Local 409, Centro Joyero Edificio Central, Delegación Cuauhtémoc, Mexico DF 6000 (2942).

4830-7541-5171.1

        Telephone: (214) 462-6400
        Facsimile: (214) 462-6401
        Email: mandrews@dykema.com
              jfine@dykema.com
              akaufman@dykema.com

PLEASE TAKE FURTHER NOTICE that this appearance is not intended nor shall be deemed to waive Valcambi's: (i) right to have final orders in non-core matters entered only after de novo review by a district court judge; (ii) right to trial by jury in any proceedings in the case or any related case, controversy or proceeding where permitted; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which Valcambi is or may be entitled under agreements, at law or in equity, all of which are hereby expressly reserved.

Dated:   January 11, 2019
          Dallas, Texas                    DYKEMA GOSSETT PLLC

                                        /s/ *Jeffrey R. Fine*
                                        Mark E. Andrews (*pro hac vice pending*)
                                        mandrews@dykema.com
                                        Jeffrey R. Fine (JF5825)
                                        jfine@dykema.com
                                        Aaron M. Kaufman (*pro hac vice pending*)
                                        akaufman@dykema.com

                                        1717 Main Street, Suite 4200
                                        Dallas, Texas 75201
                                        Telephone: (214) 462-6400
                                        Facsimile: (214) 462-6401

                                        ATTORNEYS FOR VALCAMBI SA

4830-7541-5171.1