John E. Mitchell (*Admitted Pro Hac Vice*)
Yelena Archiyan (*Admitted in New York*)
AKERMAN LLP
2001 Ross Avenue, Ste. 3600
Dallas, TX 75201
Tel.: (214) 720-4300
Fax: (214) 981-9339

Andrea S. Hartley (*Admitted Pro Hac Vice*)
Joanne Gelfand (*Admitted in New York*)
Katherine C. Fackler (*Admitted Pro Hac Vice*)
AKERMAN LLP
98 Southeast Seventh Street, Ste. 1100
Miami, FL 33131
Tel.: (305) 374-5600
Fax: (305) 374-5095

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| REPUBLIC METALS REFINING ) | Case No. 18-13359 (shl) |
| CORPORATION, *et al.*,[1] ) | |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | **RELATED DOC. NO. 399** |

## NOTICE OF SELECTION OF SUCCESSFUL BIDDER

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. On January 11, 2019, the Bankruptcy Court entered its *Order (a) Authorizing and Approving Procedures for the Sale of the Debtors' Assets Free and Clear of All Liens and Interests; (b) Scheduling a Sale Hearing; (c) Approving Procedures for the Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with the Sale of the Debtors' Assets; (d) Approving the Form of Notice for the Sale of the Debtors' Assets; (e)*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Republic Metals Refining Corporation, 15 West 47th Street, Suites 206 and 209, New York, NY 10036 (3194), Republic Metals Corporation, 12900 NW 38th Avenue, Miami, FL 33054 (4378), Republic Carbon Company, LLC, 5295 Northwest 163rd Street, Miami Gardens, FL 33014 (5833), Republic High Tech Metals, LLC, 13001 NW 38th Avenue, Miami, FL 33054 (6102), RMC Diamonds, LLC, 12900 NW 38th Avenue, Miami, FL 33054 (1507), RMC2, LLC, 12900 NW 38th Avenue, Miami, FL 33054 (4696), J & L Republic LLC, 12900 NW 38th Avenue, Miami, FL 33054 (7604); R & R Metals, LLC, 12900 NW 38th Avenue, Miami, FL 33054 (7848), Republic Metals Trading (Shanghai) Co., Ltd., 276 Ningbo Road, Huangpu District, Shanghai, P.R. 200001 China (1639), and Republic Trans Mexico Metals, S.R.L., Francisco I. Madero No. 55 Piso 5, Local 409, Centro Joyero Edificio Central, Delegación Cuauhtémoc, Mexico DF 6000 (2942).

*Approving Debtors' Selection of a Stalking Horse Bidder and (f) Granting Related Relief* (the "Bid Procedures Order") [ECF No. 399][2].

2. On January 31, 2019, pursuant to the Bid Procedures Order, the Debtors conducted the Auction.

3. At the Auction, in consultation with their professionals and the Consultation Parties, the Debtors selected Asahi Holdings, Inc. as the Successful Bidder, with a Successful Bid of $25,500,000.00 (25.5 Million Dollars).

Dated: February 4, 2019

                                AKERMAN LLP

                                By:   */s/Katherine C. Fackler*
                                        Katherine C. Fackler
                                        (Admitted *Pro Hac Vice*)
                                        Andrea S. Hartley
                                        (Admitted *Pro Hac Vice*)
                                        Joanne Gelfand
                                        (Admitted in New York)
                                        AKERMAN LLP
                                        98 Southeast Seventh Street, Suite 1100
                                        Miami, FL 3313
                                        Tel.: (305) 374-5600
                                        Fax: (305) 374-5095
                                        E-Mail: katherine.fackler@akerman.com
                                        E-Mail: andrea.hartley@akerman.com
                                        E-Mail: joanne.gelfand@akerman.com

---

[2] Defined terms from the Bid Procedures Order are incorporated by reference herein.

        -and-

John E. Mitchell
*(Admitted Pro Hac Vice)*
Yelena Archiyan
(Admitted in New York)
AKERMAN LLP
2001 Ross Avenue, Suite 3600
Dallas, TX  75201
Tel.: (214) 720-4300
Fax: (214) 981-9339
E-Mail: john.mitchell@akerman.com
E-Mail: yelena.archiyan@akerman.com

*Counsel for Debtors and Debtors-in-Possession*