RICH MICHAELSON MAGALIFF, LLP
335 Madison Avenue, 9th Floor
New York, NY 10017
646.453.7851
Howard P. Magaliff

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| REPUBLIC METALS REFINING CORPORATION, *et al.*,[1] | : | Case No. 18-13359 (SHL) |
| | : | (Jointly Administered) |
| Debtors. | : | |

**SECOND SUPPLEMENTAL VERIFIED STATEMENT OF RICH MICHAELSON MAGALIFF, LLP PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019**

Rich Michaelson Magaliff, LLP ("R3M") submits this second supplemental verified statement pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") in connection with these chapter 11 cases and respectfully states the following:

1. On December 4, 2018 R3M filed its first verified statement pursuant to Bankruptcy Rule 2019 [doc. 247], identifying six clients that R3M represents in these cases.

2. On December 9, 2018 R3M filed its supplemental verified statement (the "Supplemental Statement") [doc. 275] identifying four additional clients that R3M represents in these cases.

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Republic Metals Refining Corporation, 15 West 47th Street, Suites 206 and 209, New York, NY 10036 (3194), Republic Metals Corporation, 12900 NW 38th Avenue, Miami, FL 33054 (4378), Republic Carbon Company, LLC, 5295 Northwest 163rd Street, Miami Gardens, FL 33014 (5833), Republic High Tech Metals, LLC, 13001 NW 38 Avenue, Miami, FL 33054 (6102), RMC Diamonds, LLC, 12900 NW 38th Avenue, Miami, FL 33054 (1507), RMC2, LLC, 12900 NW 38th Avenue, Miami, FL 33054 (4696), J & L Republic LLC, 12900 NW 38th Avenue, Miami, FL 33054 (7604); R & R Metals, LLC, 12900 NW 38th Avenue, Miami, FL 33054 (7848), Republic Metals Trading (Shanghai) Co., Ltd., 276 Ningbo Road, Huangpu District, Shanghai, P.R. 200001 China (1639), and Republic Trans Mexico Metals, S.R.L., Francisco I. Madero No. 55 Piso 5, Local 409, Centro Joyero Edificio Central, Delegación Cuauhtémoc, Mexico DF 6000 (2942).

3. Since filing the Supplemental Statement, R3M has been retained to represent each of the companies set forth on Exhibit 1 (the "New Clients") in these cases.

4. Each of the New Clients is a customer of Republic Metals Corporation ("RMC").

5. Each of the New Clients (a) has asserted that it prepaid for goods prior to RMC's November 2, 2018 filing date (the "Filing Date"), which goods were packaged for shipment but not sent, (b) has asserted that it has prepaid for goods prior to the Filing Date that were not packaged, (c) has sent unprocessed metals to RMC to be assayed prior to the Filing Date, (d) has a pool or toll account balance, and/or (e) sold goods that have not been paid for by the Debtors.

6. The New Clients' claims do not arise under or in connection with any of R3M's clients acting together pursuant to a committee or group arrangement. R3M's representation of each client is separate and concerns different claims, although there are similar legal issues.

7. R3M does not possess any claims against or interests in the Debtors.

Dated: New York, New York
February 11, 2019

RICH MICHAELSON MAGALIFF, LLP
Counsel for the Clients on Exhibit 1
By:

/s/ Howard P. Magaliff
HOWARD P. MAGALIFF
335 Madison Avenue, 9th Floor
New York, NY 10017
646.453.7851
*hmagaliff@r3mlaw.com*

**EXHIBIT 1**

1. GMR Gold
   One Victory Plaza
   25222 Glen Loch Dr.
   The Woodlands, Texas 77380

2. Cyber-Fox Trading Inc.
   71 W. Plaza del Lago
   Islamorada, FL 33036

3. My Gold Limited
   1/18 Orakau Avenue
   Epsom
   Auckland 1023
   New Zealand

4. GoldSilver, LLC
   750 Third Avenue, Suite 702
   New York, NY 10017

5. South America Mining Investments S.A.C.
   Av. Jose Pardo 513 – Of. 1107
   Miraflores, Lima, Peru