**Presentment Date and Time: February 27, 2019, at 2:00 p.m. (prevailing Eastern Time)**
**Objection Deadline: February 26, 2019 at 5:00 p.m. (prevailing Eastern Time)**

John E. Mitchell (*Admitted Pro Hac Vice*)
Yelena Archiyan (*Admitted in New York*)
AKERMAN LLP
2001 Ross Avenue, Ste. 3600
Dallas, TX 75201
Tel.: (214) 720-4300
Fax: (214) 981-9339

Andrea S. Hartley (*Admitted Pro Hac Vice*)
Katherine C. Fackler (*Admitted Pro Hac Vice*)
Joanne Gelfand (*Admitted in New York*)
AKERMAN LLP
98 Southeast Seventh Street, Ste. 1100
Miami, FL 33131
Tel.: (305) 374-5600
Fax: (305) 374-5095

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------- X
:
In re:                                                                     :   Chapter 11
:
REPUBLIC METALS REFINING                       :   Case No. 18-13359 (SHL)
CORPORATION, *et al.*,[1]
:   (Jointly Administered)
Debtors,                            :
:
---------------------------------------- X

### NOTICE OF PRESENTMENT OF STIPULATION AND ORDER GRANTING STANDING TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

**PLEASE TAKE NOTICE** that a stipulation and order (the "Stipulation") by and among the above-captioned Debtors and the Official Committee of Unsecured Creditors (the "Committee") will be presented to the Honorable Sean H. Lane of the United States Bankruptcy

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Republic Metals Refining Corporation, 15 West 47th Street, Suites 206 and 209, New York, NY 10036 (3194), Republic Metals Corporation, 12900 NW 38th Avenue, Miami, FL 33054 (4378), Republic Carbon Company, LLC, 5295 Northwest 163rd Street, Miami Gardens, FL 33014 (5833), Republic High Tech Metals, LLC, 13001 NW 38 Avenue, Miami, FL 33054 (6102), RMC Diamonds, LLC, 12900 NW 38th Avenue, Miami, FL 33054 (1507), RMC2, LLC, 12900 NW 38th Avenue, Miami, FL 33054 (4696), J & L Republic LLC, 12900 NW 38th Avenue, Miami, FL 33054 (7604); R & R Metals, LLC, 12900 NW 38th Avenue, Miami, FL 33054 (7848), Republic Metals Trading (Shanghai) Co., Ltd., 276 Ningbo Road, Huangpu District, Shanghai, P.R. 200001 China (1639), and Republic Trans Mexico Metals, S.R.L., Francisco I. Madero No. 55 Piso 5, Local 409, Centro Joyero Edificio Central, Delegación Cuauhtémoc, Mexico DF 6000 (2942).

48043745;2

Court for the Southern District of New York, for signature and entry on **February 27, 2019, at 2:00 p.m. (prevailing Eastern Time).**

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Stipulation must: (i) be made in writing, (ii) state with particularity the grounds therefore, (iii) be filed in accordance with the electronic filing procedures for the United States Bankruptcy Court for the Southern District of New York, with proof of service, with a courtesy copy delivered to the Chambers of the Honorable Sean H. Lane, One Bowling Green New York, New York 10004; and (iv) served upon (a) the Debtors, c/o Republic Metals Refining Corporation, (Attn: Scott Avila); (b) the attorneys for the Debtors, Akerman LLP, 2001 Ross Avenue, Suite 3600, Dallas, TX 75201 (Attn: Andrea S. Hartley, Esq. and Katherine C. Fackler, Esq.); (c) counsel for the Committee, Cooley LLP, 1114 Avenue of the Americas, New York, New York 10016 (Attn: Seth Van Aalten, Esq. and Ian Shapiro, Esq.); (d) the Office of the United States Trustee for the Southern District of New York, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014 (Attn: Shannon Scott, Esq.); so as to be received no later than **5:00 p.m. (prevailing Eastern Time) on February 26, 2019 (the "Objection Deadline")**.

**PLEASE TAKE FURTHER NOTICE** that if no response or objections are received by the Objection Deadline, the Stipulation may be signed without a hearing.

**PLEASE TAKE FURTHER NOTICE** that if a written objection is timely filed and served by the Objection Deadline, a hearing may be held before the Honorable Sean H. Lane, at a date to be scheduled by the Court, upon such additional notices as the Court may direct. The moving and objecting parties are required to attend the hearing, and failure to attend in person or by counsel may result in relief being granted or denied upon default.

48043745;2

Dated: February 22, 2019

        AKERMAN LLP

        By: */s/Katherine C. Fackler*
            Katherine C. Fackler (Admitted *Pro Hac Vice*)
            Andrea S. Hartley (Admitted *Pro Hac Vice*)
            Joanne Gelfand (Admitted in New York)
            AKERMAN LLP
            98 Southeast Seventh Street, Suite 1100
            Miami, FL 3313
            Tel.: (305) 374-5600
            Fax: (305) 374-5095
            E-Mail: andrea.hartley@akerman.com
            E-Mail: joanne.gelfand@akerman.com
            E-Mail: katherine.fackler@akerman.com

        -and-

            John E. Mitchell (Admitted *Pro Hac Vice*)
            Yelena Archiyan (Admitted in New York)
            AKERMAN LLP
            2001 Ross Avenue, Suite 3600
            Dallas, TX 75201
            Tel.: (214) 720-4300
            Fax: (214) 981-9339
            E-Mail: john.mitchell@akerman.com
            E-Mail: yelena.archiyan@akerman.com

        *Counsel for Debtors and Debtors-in-Possession*