John E. Mitchell (Admitted *Pro Hac Vice*)
Yelena Archiyan (Admitted in New York)
AKERMAN LLP
2001 Ross Avenue, Ste. 3600
Dallas, TX 75201
Tel.: (214) 720-4300
Fax: (214) 981-9339

Andrea S. Hartley (Admitted *Pro Hac Vice*)
Joanne Geland (Admitted in New York)
Katherine C. Fackler (Admitted *Pro Hac Vice*)
AKERMAN LLP
98 Southeast Seventh Street, Ste. 1100
Miami, FL 33131
Tel.: (305) 374-5600
Fax: (305) 374-5095

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| REPUBLIC METALS REFINING ) | Case No. 18-13359 (SHL) |
| CORPORATION, *et al.*,[1] ) | |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | |

**NOTICE OF AMENDED DEADLINES SET FORTH IN ORDER APPROVING**
**UNIFORM PROCEDURES FOR RESOLUTION OF OWNERSHIP DISPUTES**

Republic Metals Refining Corporation, *et al.*, (collectively, the "Debtors"), in the above-captioned chapter 11 cases, by and through undersigned counsel, gives notice that pursuant to an agreement amongst parties and statements made in Court at a February 27, 2019, status conference the following deadlines set forth in the Order Approving Uniform Procedures for Resolution of Ownership Disputes ("Uniform Procedures Order") have been amended:

Paragraph 2(g) of the Uniform Procedures Order is amended. The Customers may amend or supplement their Customer Statements in response to any Debtors' Responses and Senior

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Republic Metals Refining Corporation, 15 West 47th Street, Suites 206 and 209, New York, NY 10036 (3194), Republic Metals Corporation, 12900 NW 38th Avenue, Miami, FL 33054 (4378), Republic Carbon Company, LLC, 5295 Northwest 163rd Street, Miami Gardens, FL 33014 (5833), Republic High Tech Metals, LLC, 13001 NW 38 Avenue, Miami, FL 33054 (6102), RMC Diamonds, LLC, 12900 NW 38th Avenue, Miami, FL 33054 (1507), RMC2, LLC, 12900 NW 38th Avenue, Miami, FL 33054 (4696), J & L Republic LLC, 12900 NW 38th Avenue, Miami, FL 33054 (7604); R & R Metals, LLC, 12900 NW 38th Avenue, Miami, FL 33054 (7848), Republic Metals Trading (Shanghai) Co., Ltd., 276 Ningbo Road, Huangpu District, Shanghai, P.R. 200001 China (1639), and Republic Trans Mexico Metals, S.R.L., Francisco I. Madero No. 55 Piso 5, Local 409, Centro Joyero Edificio Central, Delegación Cuauhtémoc, Mexico DF 6000 (2942).

48096540;1

Lenders' Responses no later than **March 11, 2019.**

Paragraph 3(a) of the Uniform Procedures Order is amended. The Customers, Debtors and Senior Lenders shall produce the following documents in their possession, custody, or control as soon as possible and no later than **March 11, 2019**.

Paragraph 3(c) of the Uniform Procedures Order is amended. Pursuant to Federal Rules of Bankruptcy Procedure 7026 and 9014, each of the parties shall provide and file on the record their initial disclosures as required by Federal Rule of Civil Procedure 26(a)(1) no later than **March 11, 2019**.

Dated: February 27, 2019

AKERMAN LLP

By: */s/John E. Mitchell*
John E. Mitchell
(Admitted *Pro Hac Vice*)
Yelena Archiyan
(Admitted in New York)
AKERMAN LLP
2001 Ross Avenue, Suite 3600
Dallas, TX  75201
Tel.: (214) 720-4300
Fax: (214) 981-9339
E-Mail: john.mitchell@akerman.com
E-Mail: yelena.archiyan@akerman.com
-and-
Andrea S. Hartley
(Admitted *Pro Hac Vice*)
Joanne Gelfand
(Admitted in New York)
Katherine C. Fackler
(Admitted *Pro Hac Vice*)
AKERMAN LLP
98 Southeast Seventh Street, Suite 1100
Miami, FL 3313
Tel.: (305) 374-5600
Fax: (305) 374-5095
E-Mail: andrea.hartley@akerman.com
E-Mail: joanne.gelfand@akerman.com
E-Mail: katherine.fackler@akerman.com
*Counsel for Debtors and Debtors-in-Possession*

48096540;1