| | |
|---|---|
| John E. Mitchell (*Admitted Pro Hac Vice*) | Andrea S. Hartley (*Admitted Pro Hac Vice*) |
| Yelena Archiyan (*Admitted in New York*) | Katherine C. Fackler (*Admitted Pro Hac Vice*) |
| AKERMAN LLP | Joanne Gelfand (*Admitted in New York*) |
| 2001 Ross Avenue, Ste. 3600 | AKERMAN LLP |
| Dallas, TX  75201 | 98 Southeast Seventh Street, Ste. 1100 |
| Tel.: (214) 720-4300 | Miami, FL 33131 |
| Fax: (214) 981-9339 | Tel.: (305) 374-5600 |
| | Fax: (305) 374-5095 |

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| REPUBLIC METALS REFINING ) | Case No. 18-13359 (shl) |
| CORPORATION, *et al.*,[1] ) | |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | **RELATED DOC. NO. 658** |

## NOTICE OF SALE CLOSING

**PLEASE TAKE NOTICE** that on February 21, 2019, this Court entered an *Order (A) Approving Sale of Substantially All of Debtors' Assets "Free and Clear" of All Liens, Claims, Encumbrances and Other Interests, (B) Approving Assumption and Assignment of Executory Contracts and Unexpired Leases, and (C) Granting Related Relief* [ECF No. 658] (the "Sale Order").

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Sale Order and the Asset Purchase Agreement dated as of February 13, 2019, the sale transaction to Asahi Holdings, Inc. closed on March 7, 2019.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Republic Metals Refining Corporation, 15 West 47th Street, Suites 206 and 209, New York, NY 10036 (3194), Republic Metals Corporation, 12900 NW 38th Avenue, Miami, FL 33054 (4378), Republic Carbon Company, LLC, 5295 Northwest 163rd Street, Miami Gardens, FL 33014 (5833), Republic High Tech Metals, LLC, 13001 NW 38th Avenue, Miami, FL 33054 (6102), RMC Diamonds, LLC, 12900 NW 38th Avenue, Miami, FL 33054 (1507), RMC2, LLC, 12900 NW 38th Avenue, Miami, FL 33054 (4696), J & L Republic LLC, 12900 NW 38th Avenue, Miami, FL 33054 (7604); R & R Metals, LLC, 12900 NW 38th Avenue, Miami, FL 33054 (7848), Republic Metals Trading (Shanghai) Co., Ltd., 276 Ningbo Road, Huangpu District, Shanghai, P.R. 200001 China (1639), and Republic Trans Mexico Metals, S.R.L., Francisco I. Madero No. 55 Piso 5, Local 409, Centro Joyero Edificio Central, Delegación Cuauhtémoc, Mexico DF 6000 (2942).

Dated: March 7, 2019

                        AKERMAN LLP

                        By: */s/ Katherine C. Fackler*
                            Katherine C. Fackler
                            (***Admitted Pro Hac Vice***)
                            Andrea S. Hartley
                            (***Admitted Pro Hac Vice***)
                            Joanne Gelfand
                            (***Admitted in New York***)
                            AKERMAN LLP
                            98 Southeast Seventh Street, Suite 1100
                            Miami, FL 3313
                            Tel.: (305) 374-5600
                            Fax: (305) 374-5095
                            E-Mail: andrea.hartley@akerman.com
                            E-Mail: katherine.fackler@akerman.com
                            E-Mail: joanne.gelfand@akerman.com

                            -and-

                            John E. Mitchell
                            ***(Admitted Pro Hac Vice)***
                            Yelena Archiyan
                            ***(Admitted in New York)***
                            AKERMAN LLP
                            2001 Ross Avenue, Suite 3600
                            Dallas, TX  75201
                            Tel.: (214) 720-4300
                            Fax: (214) 981-9339
                            E-Mail: john.mitchell@akerman.com
                            E-Mail: yelena.archiyan@akerman.com

                        *Counsel for Debtors and Debtors-in-Possession*

48208668;1