John E. Mitchell (*Admitted Pro Hac Vice*)
Yelena Archiyan (*Admitted in New York*)
AKERMAN LLP
2001 Ross Avenue, Ste. 3600
Dallas, TX 75201
Tel.: (214) 720-4300
Fax: (214) 981-9339

*Counsel to the Debtors and Debtors in Possession*

Andrea S. Hartley (*Admitted Pro Hac Vice*)
Joanne Gelfand (*Admitted in New York*)
Katherine C. Fackler (*Admitted Pro Hac Vice*)
AKERMAN LLP
98 Southeast Seventh Street, Ste. 1100
Miami, FL 33131
Tel.: (305) 374-5600
Fax: (305) 374-5095

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| REPUBLIC METALS REFINING CORPORATION, *et al.*,[1] | Case No. 18-13359 (SHL) |
| Debtors. | (Jointly Administered) |

**DEBTORS' OMNIBUS RULE 26(a)(1)(A) INITIAL DISCLOSURES**
**PURSUANT TO UNIFORM PROCEDURES ORDER**

Republic Metals Refining Corporation, *et al.* (collectively the "Debtors") hereby file their initial disclosures pursuant to the Court's *Order Approving Uniform Procedures for Resolution of Ownership Disputes* (ECF No. 395, the "Procedures Order"). *See* Procedures Order, ¶ 3(c). These disclosures are based upon information reasonably available to the Debtors. The Debtors are continuing to investigate and discovery may alter these disclosures. The Debtors reserve the right to amend and supplement the information provided herein, and/or revise inadvertent or undiscovered errors as discovery progresses.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Republic Metals Refining Corporation, 15 West 47th Street, Suites 206 and 209, New York, NY 10036 (3194), Republic Metals Corporation, 12900 NW 38th Avenue, Miami, FL 33054 (4378), Republic Carbon Company, LLC, 5295 Northwest 163rd Street, Miami Gardens, FL 33014 (5833), Republic High Tech Metals, LLC, 13001 NW 38 Avenue, Miami, FL 33054 (6102), RMC Diamonds, LLC, 12900 NW 38th Avenue, Miami, FL 33054 (1507), RMC2, LLC, 12900 NW 38th Avenue, Miami, FL 33054 (4696), J & L Republic LLC, 12900 NW 38th Avenue, Miami, FL 33054 (7604); R & R Metals, LLC, 12900 NW 38th Avenue, Miami, FL 33054 (7848), Republic Metals Trading (Shanghai) Co., Ltd., 276 Ningbo Road, Huangpu District, Shanghai, P.R. 200001 China (1639), and Republic Trans Mexico Metals, S.R.L., Francisco I. Madero No. 55 Piso 5, Local 409, Centro Joyero Edificio Central, Delegación Cuauhtémoc, Mexico DF 6000 (2942).

48051492;4

The Debtors do not represent that any particular document exists within their possession, custody or control by making these disclosures.

The Debtors make these disclosures without waiver of, or prejudice to, their rights or objections.

The Debtors expressly reserve the right to identify and call as witnesses additional persons if the Debtors learn such additional persons have knowledge of relevant matters during the course of discovery.

The Debtors make these disclosures subject to and without limiting any of the foregoing. The Debtors make these disclosures in the belief that an appropriate confidentiality order and rational production limitations can and will be agreed upon by counsel at an appropriate time.

## RULE 26 DISCLOSURES

**Rule 26(a)(1)(A)(i). The name and, if known, the address and telephone number of each individual likely to have discoverable information–along with the subjects of that information–that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment:**

> Witnesses who are intended solely for impeachment are not covered by the provision of Rule 26(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Plaintiff reserves the right to supplement his disclosures under Rule 26(e)(1)(A) of the Federal Rules of Civil Procedure.

| Names | Contact Information | Subjects of Information |
|---|---|---|
| Record Custodians of the Debtors | c/o John E. Mitchell, Esq.<br>Yelena Archiyan, Esq.<br>AKERMAN LLP<br>2001 Ross Ave., Ste. 3600<br>Dallas, TX 75201<br>Telephone: 214-720-4300<br>john.mitchell@akerman.com<br>yelena.archiyan@akerman.com<br><br>and<br><br>Andrea S. Hartley, Esq.<br>Joanne Gelfand, Esq.<br>Katherine C. Fackler, Esq.<br>AKERMAN LLP<br>98 Southeast Seventh St., Ste. 1100<br>Miami, FL 33131<br>Telephone: 305-374-5600<br>andrea.hartley@akerman.com<br>joanne.gelfand@akerman.com<br>katherine.fackler@akerman.com | The Debtors shall designate custodians of the Debtors' records. The Debtors have knowledge regarding the Debtors' books and records. |
| Scott Avila | c/o John E. Mitchell, Esq.<br>Yelena Archiyan, Esq.<br>AKERMAN LLP<br>2001 Ross Ave., Ste. 3600<br>Dallas, TX 75201<br>Telephone: 214-720-4300<br>john.mitchell@akerman.com<br>yelena.archiyan@akerman.com<br><br>and<br><br>Andrea S. Hartley, Esq.<br>Joanne Gelfand, Esq.<br>Katherine C. Fackler, Esq.<br>AKERMAN LLP<br>98 Southeast Seventh St., Ste. 1100<br>Miami, FL 33131<br>Telephone: 305-374-5600<br>andrea.hartley@akerman.com<br>joanne.gelfand@akerman.com<br>katherine.fackler@akerman.com | Scott Avila is the Debtors' Chief Restructuring Officer. Mr. Avila has knowledge regarding the Debtors' day-to-day operations, business, financial affairs, and books and records. |

| Names | Contact Information | Subjects of Information |
|---|---|---|
| Jason Rubin | **Corporate Counsel:**<br>c/o John E. Mitchell, Esq.<br>Yelena Archiyan, Esq.<br>AKERMAN LLP<br>2001 Ross Ave., Ste. 3600<br>Dallas, TX 75201<br>Telephone: 214-720-4300<br>john.mitchell@akerman.com<br>yelena.archiyan@akerman.com<br><br>and<br><br>Andrea S. Hartley, Esq.<br>Joanne Gelfand, Esq.<br>Katherine C. Fackler, Esq.<br>AKERMAN LLP<br>98 Southeast Seventh St., Ste. 1100<br>Miami, FL 33131<br>Telephone: 305-374-5600<br>andrea.hartley@akerman.com<br>joanne.gelfand@akerman.com<br>katherine.fackler@akerman.com<br><br>**Personal Counsel:**<br>Jeffrey P. Bast, Esq.<br>BAST AMRON LLP<br>SunTrust International Center<br>One Southeast 3rd Ave, Ste. 1400<br>Miami, Florida 33131<br>Telephone: 305-379-7904<br>jbast@bastamron.com | Mr. Rubin is the Debtors' President and Chief Executive Officer. Mr. Rubin has knowledge regarding the Debtors' day-to-day operations, business, financial affairs, and books and records. |
| David Comite | c/o John E. Mitchell, Esq.<br>Yelena Archiyan, Esq.<br>AKERMAN LLP<br>2001 Ross Ave., Ste. 3600<br>Dallas, TX 75201<br>Telephone: 214-720-4300<br>john.mitchell@akerman.com<br>yelena.archiyan@akerman.com<br><br>and<br><br>Andrea S. Hartley, Esq.<br>Joanne Gelfand, Esq.<br>Katherine C. Fackler, Esq.<br>AKERMAN LLP<br>98 Southeast Seventh St., Ste. 1100<br>Miami, FL 33131<br>Telephone: 305-374-5600<br>andrea.hartley@akerman.com<br>joanne.gelfand@akerman.com<br>katherine.fackler@akerman.com | Mr. Comite is the Debtors' Treasurer and Chief Financial Officer. Mr. Comite has knowledge regarding the Debtors' day-to-day operations, business, financial affairs, and books and records. |

48051492;4                              4

| Names | Contact Information | Subjects of Information |
|---|---|---|
| Alan Silverstein | c/o John E. Mitchell, Esq.<br>Yelena Archiyan, Esq.<br>AKERMAN LLP<br>2001 Ross Ave., Ste. 3600<br>Dallas, TX 75201<br>Telephone: 214-720-4300<br>john.mitchell@akerman.com<br>yelena.archiyan@akerman.com<br><br>and<br><br>Andrea S. Hartley, Esq.<br>Joanne Gelfand, Esq.<br>Katherine C. Fackler, Esq.<br>AKERMAN LLP<br>98 Southeast Seventh St., Ste. 1100<br>Miami, FL 33131<br>Telephone: 305-374-5600<br>andrea.hartley@akerman.com<br>joanne.gelfand@akerman.com<br>katherine.fackler@akerman.com | Mr. Silverstein was the Debtors' general counsel. Mr. Silverstein has knowledge regarding the Debtors' contracts with certain customers. |
| Luis Pena | c/o John E. Mitchell, Esq.<br>Yelena Archiyan, Esq.<br>AKERMAN LLP<br>2001 Ross Ave., Ste. 3600<br>Dallas, TX 75201<br>Telephone: 214-720-4300<br>john.mitchell@akerman.com<br>yelena.archiyan@akerman.com<br><br>and<br><br>Andrea S. Hartley, Esq.<br>Joanne Gelfand, Esq.<br>Katherine C. Fackler, Esq.<br>AKERMAN LLP<br>98 Southeast Seventh St., Ste. 1100<br>Miami, FL 33131<br>Telephone: 305-374-5600<br>andrea.hartley@akerman.com<br>joanne.gelfand@akerman.com<br>katherine.fackler@akerman.com | Mr. Pena has knowledge regarding the Debtors' contracts with certain customers. |

| Names | Contact Information | Subjects of Information |
|---|---|---|
| Joseph Liberman | c/o John E. Mitchell, Esq.<br>Yelena Archiyan, Esq.<br>AKERMAN LLP<br>2001 Ross Ave., Ste. 3600<br>Dallas, TX 75201<br>Telephone: 214-720-4300<br>john.mitchell@akerman.com<br>yelena.archiyan@akerman.com<br><br>and<br><br>Andrea S. Hartley, Esq.<br>Joanne Gelfand, Esq.<br>Katherine C. Fackler, Esq.<br>AKERMAN LLP<br>98 Southeast Seventh St., Ste. 1100<br>Miami, FL 33131<br>Telephone: 305-374-5600<br>andrea.hartley@akerman.com<br>joanne.gelfand@akerman.com<br>katherine.fackler@akerman.com | Mr. Liberman has knowledge regarding RTMM's day-to-day operations, business, financial affairs, and customer contracts. |
| Corporate representative (or records custodian) of Coöperatieve Rabobank U.A., New York Branch ("Rabobank") | c/o Michael Luskin<br>Richard Stern<br>Alex Talesnick<br>LUSKIN, STERN & EISLER LLP<br>Eleven Times Square<br>New York, New York 10036<br>Telephone: (212) 597-8200<br>E-Mail: luskin@lsellp.com<br>E-Mail: stern@lsellp.com<br>E-Mail: talesnick@lsellp.com | Rabobank, one of the Senior Lenders,[2] has knowledge regarding its agreements with the Debtors, including credit agreements, master netting agreements and/or lease agreements and the obligations of the parties thereunder. |
| Corporate representative (or records custodian) of Brown Brothers Harriman & Co. ("BBH") | c/o Michael Luskin<br>Richard Stern<br>Alex Talesnick<br>LUSKIN, STERN & EISLER LLP<br>Eleven Times Square<br>New York, New York 10036<br>Telephone: (212) 597-8200<br>E-Mail: luskin@lsellp.com<br>E-Mail: stern@lsellp.com<br>E-Mail: talesnick@lsellp.com | BBH, one of the Senior Lenders, has knowledge regarding its agreements with the Debtors, including credit agreements, master netting agreements and/or lease agreements and the obligations of the parties thereunder. |

---

[2] Capitalized terms not otherwise defined herein are used as defined in the Procedures Order.

48051492;4                                    6

| Names | Contact Information | Subjects of Information |
|---|---|---|
| Corporate representative (or records custodian) of Bank Hapoalim B.M. ("Hapoalim") | c/o Michael Luskin<br>Richard Stern<br>Alex Talesnick<br>LUSKIN, STERN & EISLER LLP<br>Eleven Times Square<br>New York, New York 10036<br>Telephone: (212) 597-8200<br>E-Mail: luskin@lsellp.com<br>E-Mail: stern@lsellp.com<br>E-Mail: talesnick@lsellp.com | Hapoalim, one of the Senior Lenders, has knowledge regarding its agreements with the Debtors, including credit agreements, master netting agreements and/or lease agreements and the obligations of the parties thereunder. |
| Corporate representative (or records custodian) of Mitsubishi International Corporation ("Mitsubishi") | c/o Michael Luskin<br>Richard Stern<br>Alex Talesnick<br>LUSKIN, STERN & EISLER LLP<br>Eleven Times Square<br>New York, New York 10036<br>Telephone: (212) 597-8200<br>E-Mail: luskin@lsellp.com<br>E-Mail: stern@lsellp.com<br>E-Mail: talesnick@lsellp.com | Mitsubishi, one of the Senior Lenders, has knowledge regarding its agreements with the Debtors, including credit agreements, master netting agreements and/or lease agreements and the obligations of the parties thereunder. |
| Corporate representative (or records custodian) of ICBC Standard Bank Plc ("ICBCS") | c/o Michael Luskin<br>Richard Stern<br>Alex Talesnick<br>LUSKIN, STERN & EISLER LLP<br>Eleven Times Square<br>New York, New York 10036<br>Telephone: (212) 597-8200<br>E-Mail: luskin@lsellp.com<br>E-Mail: stern@lsellp.com<br>E-Mail: talesnick@lsellp.com | ICBCS, one of the Senior Lenders, has knowledge regarding its agreements with the Debtors, including credit agreements, master netting agreements and/or lease agreements and the obligations of the parties thereunder. |
| Corporate representative (or records custodian) of Techemet Metal Trading LLC ("Techemet") | c/o Michael Luskin<br>Richard Stern<br>Alex Talesnick<br>LUSKIN, STERN & EISLER LLP<br>Eleven Times Square<br>New York, New York 10036<br>Telephone: (212) 597-8200<br>E-Mail: luskin@lsellp.com<br>E-Mail: stern@lsellp.com<br>E-Mail: talesnick@lsellp.com | Techemet, one of the Senior Lenders, has knowledge regarding its agreements with the Debtors, including credit agreements, master netting agreements and/or lease agreements and the obligations of the parties thereunder. |
| Corporate representative (or records custodian) of Woodforest National Bank ("Woodforest") | c/o Michael Luskin<br>Richard Stern<br>Alex Talesnick<br>LUSKIN, STERN & EISLER LLP<br>Eleven Times Square<br>New York, New York 10036<br>Telephone: (212) 597-8200<br>E-Mail: luskin@lsellp.com<br>E-Mail: stern@lsellp.com<br>E-Mail: talesnick@lsellp.com | Woodforest, one of the Senior Lenders, has knowledge regarding its agreements with the Debtors, including credit agreements, master netting agreements and/or lease agreements and the obligations of the parties thereunder. |

| Names | Contact Information | Subjects of Information |
|---|---|---|
| Corporate representative (or records custodian) of Bank Leumi ("Leumi") | c/o Michael Luskin<br>Richard Stern<br>Alex Talesnick<br>LUSKIN, STERN & EISLER LLP<br>Eleven Times Square<br>New York, New York 10036<br>Telephone: (212) 597-8200<br>E-Mail: luskin@lsellp.com<br>E-Mail: stern@lsellp.com<br>E-Mail: talesnick@lsellp.com | Leumi, one of the Senior Lenders, has knowledge regarding its agreements with the Debtors, including credit agreements, master netting agreements and/or lease agreements and the obligations of the parties thereunder. |
| Corporate representative (or records custodian) of Action Forklift, Inc. ("Action Forklift") | c/o Frank J. Corigliano<br>THE O'REILLY LAW FIRM<br>1961 Route 6<br>Second Floor<br>Carmel, NY 10512<br>Telephone: 845-225-5800<br>fcorigliano@mahopaclawyer.com | Action Forklift, one of the Customers, has knowledge regarding its claims against the Debtors |
| Corporate representative (or records custodian) of Alamos Gold Inc., Minas de Oro Nacional, S.A. de C.V., Minera Santa Rita S. de R.L. de C.V. ("Alamos") | c/o Alison D. Bauer<br>William F. Gray<br>TORYS LLP<br>1114 Avenue of the Americas<br>23rd Floor<br>New York, New York 10036<br>Tel: 212.880.6000<br>Fax: 212.682.0200<br>abauer@torys.com<br>wgray@torys.com | Alamos, one of the Customers, has knowledge regarding its claims against the Debtors |
| Corporate representative (or records custodian) of Alex Morningstar Corp. d/b/a Morningstar's ("Alex Morningstar") | c/o Robert Fleischer<br>Kellianne Baranowsky<br>GREEN & SKLARZ LLC<br>700 State Street, Suite 100<br>New Haven, CT 06511<br>(203) 285-8545<br>rfleischer@gs-lawfirm.com<br>kbaranowsky@gs-lawfirm.com | Alex Morningstar, one of the Customers, has knowledge regarding its claims against the Debtors |

| Names | Contact Information | Subjects of Information |
|---|---|---|
| Corporate representative (or records custodian) of APMEX, Inc. ("APMEX") | c/o Howard P. Magaliff<br>RICH MICHAELSON MAGALIFF, LLP<br>335 Madison Avenue<br>9th Floor<br>New York, NY 10017<br>Telephone: 646-453-7851<br>hmagaliff@r3mlaw.com<br><br>and<br><br>William H. Hoch, III<br>CROWE & DUNLEVY, P.C.<br>324 N. Robinson Avenue<br>Suite 100<br>Oklahoma City, OK 73102<br>Telephone: 405-235-7700<br>will.hoch@crowedunlevy.com | APMEX, one of the Customers, has knowledge regarding its claims against the Debtors |
| Corporate representative (or records custodian) of Argonaut Gold Inc. and Compania Minera Pitalla, S.A. de C.V., and Minera Real del Oro S.A. de C.V. ("Argonaut") | c/o Janice B. Grubin<br>LECLAIRRYAN<br>885 Third Avenue, Sixteenth Floor<br>New York, NY 10022<br>T: 212-697-6555<br>F: 212-986-3509<br>Janice.Grubin@leclairryan.com | Argonaut, one of the Customers, has knowledge regarding its claims against the Debtors |
| Corporate representative (or records custodian) of Bay Area Metals ("BAM") | c/o Shelley S. Buchanan<br>BUCHANAN LAW<br>912 Cole Street<br>PMB 120<br>San Francisco, CA 94117-4316<br>Telephone: 628-256-3493<br>ssbuchananlaw@gmail.com | BAM, one of the Customers, has knowledge regarding its claims against the Debtors |
| Corporate representative (or records custodian) of Bayside Metal Exchange ("Bayside") | c/o Donna H. Lieberman<br>HALPERIN BATTAGLIA BENZIJA, LLP<br>40 Wall Street<br>37th Floor<br>New York, NY 10005<br>Telephone: 212-765-9100<br>dlieberman@halperinlaw.net | Bayside, one of the Customers, has knowledge regarding its claims against the Debtors |
| Corporate representative (or records custodian) of BGASC, LLC ("BGASC") | c/o Brian McGilvray<br>LAW OFFICES OF BRIAN MCGILVRAY<br>5850 Canoga Avenue<br>Suite 400<br>Woodland Hills, CA 91367<br>Telephone: 888-992-4272<br>bmcgilvray@mcgilvray.com | BGASC, one of the Customers, has knowledge regarding its claims against the Debtors |

| Names | Contact Information | Subjects of Information |
|---|---|---|
| Corporate representative (or records custodian) of Brilliant Jewelers/MJJ Inc. and Anjay Corp. ("Brilliant") | c/o Arthur E. Rosenberg<br>Robert S. Bernstein<br>HOLLAND & KNIGHT LLP<br>31 West 52nd Street<br>12th Floor<br>New York, NY 10019<br>Telephone: 212-513-3200<br>arthur.rosenberg@hklaw.com<br>rob.bernstein@hklaw.com | Brilliant, one of the Customers, has knowledge regarding its claims against the Debtors |
| Corporate representative (or records custodian) of Coeur Mexicana S.A. de C.V., Coeur Rochester, Inc., and Wharf Resources (U.S.A.), Inc ("Coeur") | c/o Michael A. Rosenthal, Esq.<br>Keith R. Martorana, Esq.<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, New York 10166-0193<br>Tel. (212) 351-4000<br>Fax. (212) 351-4035<br>MRosenthal@gibsondunn.com<br>KMartorana@gibsondunn.com | Coeur, one of the Customers, has knowledge regarding its claims against the Debtors |
| Corporate representative (or records custodian) of Cyber-Fox Trading, Inc. ("Cyber-Fox") | c/o Howard P. Magaliff<br>RICH MICHAELSON MAGALIFF, LLP<br>335 Madison Avenue<br>9th Floor<br>New York, NY 10017<br>Telephone: 646-453-7851<br>hmagaliff@r3mlaw.com | Cyber-Fox, one of the Customers, has knowledge regarding its claims against the Debtors |
| Corporate representative (or records custodian) of Debb Schott, Inc. d/b/a Poplar Jewelry and Pawn ("Debb Schott") | c/o Robert Fleischer<br>Kellianne Baranowsky<br>GREEN & SKLARZ LLC<br>700 State Street, Suite 100<br>New Haven, CT 06511<br>(203) 285-8545<br>rfleischer@gs-lawfirm.com<br>kbaranowsky@gs-lawfirm.com | Debb Schott, one of the Customers, has knowledge regarding its claims against the Debtors |
| Corporate representative (or records custodian) of Design Gold Group, Inc. ("DGG") | c/o Bruce Dopke<br>STAHL COWEN CROWLEY ADDIS, LLC<br>55 W. Monroe Street, Suite 1200<br>Chicago, IL 60603<br>bdopke@stahlcowen.com<br>Tel: 312-641-0060 | DGG, one of the Customers, has knowledge regarding its claims against the Debtors |

| Names | Contact Information | Subjects of Information |
|---|---|---|
| Corporate representative (or records custodian) of Eddie & Co. of NY, Inc. d/b/a Diamond Kingdom ("Eddie & Co.") | c/o Steven E. Lewis<br>Luke McGrath<br>DUNNINGTON, BARTHOLOW & MILLER LLP<br>230 Park Avenue<br>21st Floor<br>New York, NY 10169<br>Telephone: 212-682-8811<br>slewis@dunnington.com<br>lmcgrath@dunnington.com | Eddie & Co., one of the Customers, has knowledge regarding its claims against the Debtors |
| Corporate representative (or records custodian) of EZPAWN, L.P. ("EZPAWN") | c/o Gerard DiConza<br>Jeffrey Traurig<br>Lance A. Schildkraut<br>ARCHER & GREINER, P.C.<br>630 Third Avenue<br>New York, NY 10017<br>Telephone: 212-682-4940<br>gdiconza@archerlaw.com<br>jtraurig@archerlaw.com<br>lschildkraut@archerlaw.com | EZPAWN, one of the Customers, has knowledge regarding its claims against the Debtors |
| Corporate representative (or records custodian) of FCP Diamonds, LLC ("FCP") | c/o Robert Fleischer<br>Kellianne Baranowsky<br>GREEN & SKLARZ LLC<br>700 State Street, Suite 100<br>New Haven, CT 06511<br>(203) 285-8545<br>rfleischer@gs-lawfirm.com<br>kbaranowsky@gs-lawfirm.com | FCP, one of the Customers, has knowledge regarding its claims against the Debtors |
| Corporate representative (or records custodian) of First Majestic Silver Corp.; Nusantara de Mexico S.A. de C.V.; Primero Empresa Minera, S.A. de C.V. ("First Majestic") | c/o Janice B. Grubin<br>LECLAIRRYAN<br>885 Third Avenue, Sixteenth Floor<br>New York, NY 10022<br>T: 212-697-6555<br>F: 212-986-3509<br>Janice.Grubin@leclairryan.com | First Majestic, one of the Customers, has knowledge regarding its claims against the Debtors |
| Corporate representative (or records custodian) of Fundación Rafael Dondé, I.A.P. ("Fundación") | c/o Richard F. Hans<br>Rachel Ehrlich Albanese<br>DLA PIPER LLC (US)<br>1251 Avenue of the Americas<br>New York, NY 10020<br>Telephone: 212-335-4500<br>Richard.Hans@dlapiper.com<br>Rachel.Albanese@dlapiper.com | Fundación, one of the Customers, has knowledge regarding its claims against the Debtors |

48051492;4                              11

| Names | Contact Information | Subjects of Information |
|---|---|---|
| Corporate representative (or records custodian) of Geib Refining Corp. ("Geib") | c/o Howard P. Magaliff<br>RICH MICHAELSON MAGALIFF, LLP<br>335 Madison Avenue<br>9th Floor<br>New York, NY 10017<br>Telephone: 646-453-7851<br>hmagaliff@r3mlaw.com | Geib, one of the Customers, has knowledge regarding its claims against the Debtors |
| Corporate representative (or records custodian) of General Refining and Smelting Corp. ("General Refining") | c/o Robert Fleischer<br>Kellianne Baranowsky<br>GREEN & SKLARZ LLC<br>700 State Street, Suite 100<br>New Haven, CT 06511<br>(203) 285-8545<br>rfleischer@gs-lawfirm.com<br>kbaranowsky@gs-lawfirm.com | General Refining, one of the Customers, has knowledge regarding its claims against the Debtors |
| Corporate representative (or records custodian) of GoldSilver, LLC ("GoldSilver") | c/o Howard P. Magaliff<br>RICH MICHAELSON MAGALIFF, LLP<br>335 Madison Avenue<br>9th Floor<br>New York, NY 10017<br>Telephone: 646-453-7851<br>hmagaliff@r3mlaw.com | GoldSilver, one of the Customers, has knowledge regarding its claims against the Debtors |
| Corporate representative (or records custodian) of INTL FCStone Ltd. ("INTL FCStone") | c/o Jane Pearson<br>POLSINELLI PC<br>1000 Second Avenue<br>Suite 3500<br>Seattle, WA 98104<br>Telephone: 206-393-5415<br>Jane.pearson@polsinelli.com | INTL FCStone, one of the Customers, has knowledge regarding its claims against the Debtors |
| Corporate representative (or records custodian) of Israel Coins and Medals Corp. Ltd. ("Israel Coins") | c/o Davis Lee Wright<br>ROBINSON & COLE LLP<br>1000 N. West Street<br>Suite 1200<br>Wilmington, DE 19801<br>Telephone: 212-451-2900<br>dwright@rc.com | Israel Coins, one of the Customers, has knowledge regarding its claims against the Debtors |
| Corporate representative (or records custodian) of James Avery Craftsman, Inc. ("James Avery") | c/o David A. Blansky<br>LAMONICA HERBST & MANISCALCO, LLP<br>3305 Jerusalem Avenue<br>Wantagh, NY 11793<br>Telephone: 516-826-6500<br>dab@lhmlawfirm.com" | James Avery, one of the Customers, has knowledge regarding its claims against the Debtors |

| Names | Contact Information | Subjects of Information |
|---|---|---|
| Corporate representative (or records custodian) of Jewellery Quarter Bullion Limited ("JQBL") | Jewellery Quarter Bullion Limited<br>Floor 16<br>Centre City House<br>7 Hill Street<br>Birmingham, B5 4UA<br>United Kingdom<br>Telephone: +44(0) 121 634 8060 | JQBL, one of the Customers, has knowledge regarding its claims against the Debtors |
| Corporate representative (or records custodian) of Mid-States Recycling, Inc. ("Mid-States") | c/o Robert Fleischer<br>Kellianne Baranowsky<br>GREEN & SKLARZ LLC<br>700 State Street, Suite 100<br>New Haven, CT 06511<br>(203) 285-8545<br>rfleischer@gs-lawfirm.com<br>kbaranowsky@gs-lawfirm.com | Mid-States, one of the Customers, has knowledge regarding its claims against the Debtors |
| Corporate representative (or records custodian) of Midwest Refineries, LLC ("Midwest") | c/o Gary D. Bressler<br>Nicole Leonard<br>MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP<br>300 Delaware Avenue<br>Suite 770<br>Wilmington, DE 19801<br>Telephone: 212-483-9490<br>gbressler@mdmc-law.com<br>nleonard@mdmc-law.com | Midwest, one of the Customers, has knowledge regarding its claims against the Debtors |
| Corporate representative (or records custodian) of Minas de Oroco Resources, S.A. de C.V. ("Minas de Oroco") | c/o Howard P. Magaliff<br>RICH MICHAELSON MAGALIFF, LLP<br>335 Madison Avenue<br>9th Floor<br>New York, NY 10017<br>Telephone: 646-453-7851<br>hmagaliff@r3mlaw.com | Minas de Oroco, one of the Customers, has knowledge regarding its claims against the Debtors |
| Corporate representative (or records custodian) of Mitchell Levine, Erie Management Partners, LLC, and Plat/Co. ("Mitchell Levine") | c/o Steven M. Berman<br>SHUMAKER, LOOP & KENDRICK, LLP<br>101 E. Kennedy Boulevard<br>Bank of America Plaza, Suite 2800<br>Tampa, FL 99602<br>Telephone: 813-229-7600<br>sberman@slk-law.com<br><br>and<br><br>Michael P. Richman<br>STEINHILBER SWANSON LLP<br>122 W. Washington<br>Suite 850<br>Madison, WI 53703<br>Telephone: 608-630-8990<br>mrichman@Steinhilberswanson.com | Mitchell Levine, one of the Customers, has knowledge regarding its claims against the Debtors |

| Names | Contact Information | Subjects of Information |
|---|---|---|
| Corporate representative (or records custodian) of Music City Group, LLC ("Music City") | c/o Howard P. Magaliff<br>RICH MICHAELSON MAGALIFF, LLP<br>335 Madison Avenue<br>9th Floor<br>New York, NY 10017<br>Telephone: 646-453-7851<br>hmagaliff@r3mlaw.com | Music City, one of the Customers, has knowledge regarding its claims against the Debtors |
| Corporate representative (or records custodian) of My Gold Limited ("My Gold") | c/o Howard P. Magaliff<br>RICH MICHAELSON MAGALIFF, LLP<br>335 Madison Avenue<br>9th Floor<br>New York, NY 10017<br>Telephone: 646-453-7851<br>hmagaliff@r3mlaw.com | My Gold, one of the Customers, has knowledge regarding its claims against the Debtors |
| Corporate representative (or records custodian) of Noble Metal Services, Inc. ("Noble") | c/o Robert Fleischer<br>Kellianne Baranowsky<br>GREEN & SKLARZ LLC<br>700 State Street, Suite 100<br>New Haven, CT 06511<br>(203) 285-8545<br>rfleischer@gs-lawfirm.com<br>kbaranowsky@gs-lawfirm.com | Noble, one of the Customers, has knowledge regarding its claims against the Debtors |
| Corporate representative (or records custodian) of North American Bullion Exchange ("NA Bullion") | c/o Howard P. Magaliff<br>RICH MICHAELSON MAGALIFF, LLP<br>335 Madison Avenue<br>9th Floor<br>New York, NY 10017<br>Telephone: 646-453-7851<br>hmagaliff@r3mlaw.com | NA Bullion, one of the Customers, has knowledge regarding its claims against the Debtors |
| Corporate representative (or records custodian) of Pollock-Cameron Investments Corp. and 7645635 Canada Inc. ("Pollock-Cameron") | c/o Sean C. Southard<br>KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP<br>200 W. 41st Street<br>17th Floor<br>New York, NY 10036<br>Telephone: 212-972-3000<br>ssouthard@klestadt.com" | Pollock-Cameron, one of the Customers, has knowledge regarding its claims against the Debtors |
| Corporate representative (or records custodian) of PPS, Inc. d/b/a Braswell & Son ("PPS") | c/o Robert Fleischer<br>Kellianne Baranowsky<br>GREEN & SKLARZ LLC<br>700 State Street, Suite 100<br>New Haven, CT 06511<br>(203) 285-8545<br>rfleischer@gs-lawfirm.com<br>kbaranowsky@gs-lawfirm.com | PPS, one of the Customers, has knowledge regarding its claims against the Debtors |

| Names | Contact Information | Subjects of Information |
|---|---|---|
| Corporate representative (or records custodian) of Premier Gold Mines Limited ("Premier") | c/o Janet M. Weiss<br>Jessica D. Mikhailevich<br>DORSEY & WHITNEY LLP<br>51 West 52nd Street<br>New York, NY 10019-6119<br>Telephone: 212-415-9357<br>weiss.janet@dorsey.com<br>mikhailevich.jessica@dorsey.com | Premier, one of the Customers, has knowledge regarding its claims against the Debtors |
| Corporate representative (or records custodian) of Pretium Exploration, Inc. ("Pretium") | c/o Eric Seiler<br>Jamuna D. Kelley<br>Jason C. Rubinstein<br>FRIEDMAN KAPLAN SEILER & ADELMAN LLP<br>7 Times Square<br>New York, NY 10036-6516<br>Telephone: 212-833-1100<br>eseiler@fklaw.com<br>jkelley@fklaw.com<br>jrubinstein@fklaw.com | Pretium, one of the Customers, has knowledge regarding its claims against the Debtors |
| Corporate representative (or records custodian) of Prince & Izant Company ("Prince & Izant") | c/o David J. Kozlowski<br>Edward P. Gilbert<br>Robert K. Dakis<br>MORRISON COHEN LLP<br>909 Third Avenue<br>New York, NY 10022-4784<br>Telephone: 212-735-8600<br>bankruptcy@morrisoncohen.com<br><br>and<br><br>Rocco I. Debitetto<br>HAHN LOESER & PARKS LLP<br>200 Public Square<br>Suite 2800<br>Cleveland, OH 44114<br>Telephone: 216-621-0150<br>ridebitetto@hahnlaw.com | Prince & Izant, one of the Customers, has knowledge regarding its claims against the Debtors |
| Corporate representative (or records custodian) of Pyropure, Inc., d/b/a Pyromet ("Pyromet") | c/o William J. Levant<br>KAPLIN STEWART MELOFF REITER & STEIN, P.C.<br>1700 Market Street<br>Suite 1005<br>Philadelphia, PA 19103<br>Telephone: 610-941-2474<br>wlevant@kaplaw.com | Pyromet, one of the Customers, has knowledge regarding its claims against the Debtors |

| Names | Contact Information | Subjects of Information |
|---|---|---|
| Corporate representative (or records custodian) of Queen of Pawns & Jewellery, Inc. ("Queen") | c/o Burton S. Weston<br>GARFUNKEL WILD, P.C.<br>111 Great Neck Road<br>Great Neck, NY 11021<br>Telephone: 516-393-2200<br>bweston@garfunkelwild.com | Queen, one of the Customers, has knowledge regarding its claims against the Debtors |
| Corporate representative (or records custodian) of San Diego Gold Exchange ("SDGE") | c/o Thomas J. Frank<br>THE LAW OFFICES OF MARK J. FRIEDMAN P.C.<br>66 Split Rock Road<br>Syosset, NY 11791<br>Telephone: 516-653-2480<br>tfrank@friedmanpc.com | SDGE, one of the Customers, has knowledge regarding its claims against the Debtors |
| Corporate representative (or records custodian) of SCMI US Inc. ("SCMI") | c/o Wanda Borges<br>Sue L. Chin<br>BORGES & ASSOCIATES, LLC<br>575 Underhill Boulevard<br>Syosset, NY 11791<br>Telephone: 516-677-8200<br>wborges@borgeslawllc.com<br>schin@borgeslawllc.com | SCMI, one of the Customers, has knowledge regarding its claims against the Debtors |
| Corporate representative (or records custodian) of SK Bullion Pte Ltd ("SK Bullion") | c/o Edward E. Neiger<br>Marianna Udem<br>ASK LLP<br>151 West 46th Street<br>4th Floor<br>New York, NY 10036<br>Telephone: 212-267-7342<br>eneiger@askllp.com<br>mudem@askllp.com | SK Bullion, one of the Customers, has knowledge regarding its claims against the Debtors |
| Corporate representative (or records custodian) of So Accurate Group, Inc., d/b/a So Accurate Refining Services ("So Accurate") | c/o Carl N. Kunz, III<br>Eric J. Monzo<br>MORRIS JAMES LLP<br>500 Delaware Avenue<br>Suite 1500<br>Wilmington, DE 19801<br>Telephone: 302-888-6800<br>ckunz@morrisjames.com<br>emonzo@morrisjames.com | So Accurate, one of the Customers, has knowledge regarding its claims against the Debtors |
| Corporate representative (or records custodian) of Strategic Gold Corporation ("Strategic") | c/o Howard P. Magaliff<br>RICH MICHAELSON MAGALIFF, LLP<br>335 Madison Avenue<br>9th Floor<br>New York, NY 10017<br>Telephone: 646-453-7851<br>hmagaliff@r3mlaw.com | Strategic regarding its claims against the Debtors |

| Names | Contact Information | Subjects of Information |
|---|---|---|
| Corporate representative (or records custodian) of Texas Precious Metals LLC ("TPM") | c/o Howard P. Magaliff<br>RICH MICHAELSON MAGALIFF, LLP<br>335 Madison Avenue<br>9th Floor<br>New York, NY 10017<br>Telephone: 646-453-7851<br>hmagaliff@r3mlaw.com | TPM, one of the Customers, has knowledge regarding its claims against the Debtors |
| Corporate representative (or records custodian) of The Gold Refinery, LLC and Norman Bean ("Gold Refinery") | c/o Paul R. Hage<br>JAFFE RAITT HEUER & WEISS, P.C.<br>27777 Franklin Rd., Suite 2500<br>Southfield, MI 48034<br>Telephone: 248-351-3000<br>phage@jaffelaw.com | Gold Refiner, one of the Customers, has knowledge regarding its claims against the Debtors |
| Corporate representative (or records custodian) of Tiffany & Co. ("Tiffany") | c/o Benjamin Mintz<br>Charles A. Malloy<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>250 West 55th Street<br>New York, NY 10019-9710<br>Telephone: 212-836-8000<br>benjamin.mintz@arnoldporter.com<br>charles.malloy@arnoldporter.com | Tiffany, one of the Customers, has knowledge regarding its claims against the Debtors |
| Corporate representative (or records custodian) of USGB LLC d/b/a United States Gold Bureau and Wholesale Coins Direct, LLC ("USGB") | c/o Daniel F. Blanks<br>NELSON MULLINS RILEY & SCARBOROUGH LLP<br>50 N. Laura Street<br>41st Floor<br>Jacksonville, FL 32202<br>Telephone: 904-665-3656<br>daniel.blanks@nelsonmullins.com | USGB, one of the Customers, has knowledge regarding its claims against the Debtors |
| Corporate representative (or records custodian) of Yamana Gold, Inc. ("Yamana") | c/o David L. Elsberg<br>David S. Flugman<br>SELENDY & GAY PLLC<br>1290 Avenue of the Americas<br>New York, NY 10104<br>Telephone: 212-390-9000<br>delsberg@selendygay.com<br>dflugman@selendygay.com | Yamana, one of the Customers, has knowledge regarding its claims against the Debtors |

**Rule 26(a)(1)(A)(ii). A copy – or a description by category and location–of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment:**

> Items that are intended solely for impeachment are not covered by the provision of Rule 26(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Plaintiff reserves the right to supplement his disclosures under Rule 26(e)(1)(A) of the Federal Rules of Civil Procedure.

48051492;4      17

The following categories of documents are in the Defendants' possession, custody or control and may be relevant to any party's claim or defense: (**1**) documents and correspondence regarding the Debtors' relationship with the Customer, (**2**) inventory records, (**3**) shipping and receiving records, and, 4) refining records. In accordance with Paragraph 13 of the Procedures Order, the Debtors will provide Customers and the Senior Lenders access to a confidential document room for all discovery with private and confidential folders for each Customer, the Debtors and the Senior Lenders.

**Rule 26(a)(1)(A)(iii)**. **A computation of any category of damages claimed by the disclosing party–who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered:**

The Debtors are not seeking any damages from claimants at this time although they reserve their rights to do so.

**Rule 26(a)(1)(A)(iv)**. **For inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy part or all of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment:**

The Debtors' officers and directors are covered by the following types of insurance policies: Director and Officer Liability, Crime & Flood, General Liability and Commercial Property, Worker's Compensation, Pollution, and Automobile.

Dated: March 11, 2019                                    Respectfully Submitted,

                                                                                AKERMAN LLP

                                                                                By: */s/ John E. Mitchell*
                                                                                   Katherine C. Fackler (Admitted *Pro Hac Vice*)
                                                                                    Andrea S. Hartley (Admitted *Pro Hac Vice*)
                                                                                    Joanne Gelfand (Admitted in New York)
                                                                                    AKERMAN LLP
                                                                                    98 Southeast Seventh Street, Suite 1100
                                                                                    Miami, FL 3313
                                                                                    Tel.: (305) 374-5600
                                                                                    Fax: (305) 374-5095
                                                                                    E-Mail: andrea.hartley@akerman.com
                                                                                    E-Mail: joanne.gelfand@akerman.com
                                                                                    E-Mail: katherine.fackler@akerman.com

                                                                                               -and-

                                                                                  John E. Mitchell (Admitted *Pro Hac Vice*)
                                                                                  Yelena Archiyan (Admitted in New York)
                                                                                  AKERMAN LLP
                                                                                  2001 Ross Avenue, Suite 3600
                                                                                  Dallas, TX 75201
                                                                                  Tel.: (214) 720-4300
                                                                                  Fax: (214) 981-9339
                                                                                  E-Mail: john.mitchell@akerman.com
                                                                                  E-Mail: yelena.archiyan@akerman.com

                                                                                 *Counsel for Debtors and Debtors-in-Possession*