**PRESENTMENT DATE AND TIME: APRIL 3, 2019 AT 12:00 P.M. (EDT)**
**OBJECTION DEADLINE DATE AND TIME: APRIL 2, 2019 AT 4:00 P.M. (EDT)**

John E. Mitchell (*Admitted Pro Hac Vice*)
Yelena Archiyan (*Admitted in New York*)
AKERMAN LLP
2001 Ross Avenue, Ste. 3600
Dallas, TX  75201
Tel.: (214) 720-4300
Fax: (214) 981-9339

Andrea S. Hartley (*Admitted Pro Hac Vice*)
Katherine C. Fackler (*Admitted Pro Hac Vice*)
Joanne Gelfand (*Admitted in New York*)
AKERMAN LLP
98 Southeast Seventh Street, Ste. 1100
Miami, FL 33131
Tel.: (305) 374-5600
Fax: (305) 374-5095

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| REPUBLIC METALS REFINING CORPORATION, *et al.*,[1] | Case No. 18-13359 (shl) |
| Debtors. | (Jointly Administered) |
| | **RELATED DOC. NO. 848** |

**NOTICE OF PRESENTMENT OF ORDER ON**
**DEBTORS' MOTION TO AUTHORIZE CHANGE OF CASE CAPTION**

**PLEASE TAKE NOTICE** that the above-captioned debtors and debtors in possession (collectively, the "Debtors"), through their undersigned counsel, will present the attached proposed *Order Approving Debtors' Motion to Authorize Change of Case Caption* annexed hereto as Exhibit A (the "Proposed Order"), to the Honorable Sean H. Lane, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, on **April 3, 2019 at 12:00 p.m. (prevailing Eastern Time)** for approval and signature.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Republic Metals Refining Corporation, 15 West 47th Street, Suites 206 and 209, New York, NY 10036 (3194), Republic Metals Corporation, 12900 NW 38th Avenue, Miami, FL 33054 (4378), Republic Carbon Company, LLC, 5295 Northwest 163rd Street, Miami Gardens, FL 33014 (5833), Republic High Tech Metals, LLC, 13001 NW 38 Avenue, Miami, FL 33054 (6102), RMC Diamonds, LLC, 12900 NW 38th Avenue, Miami, FL 33054 (1507), RMC2, LLC, 12900 NW 38th Avenue, Miami, FL 33054 (4696), J & L Republic LLC, 12900 NW 38th Avenue, Miami, FL 33054 (7604); R & R Metals, LLC, 12900 NW 38th Avenue, Miami, FL 33054 (7848), Republic Metals Trading (Shanghai) Co., Ltd., 276 Ningbo Road, Huangpu District, Shanghai, P.R. 200001 China (1639), and Republic Trans Mexico Metals, S.R.L., Francisco I. Madero No. 55 Piso 5, Local 409, Centro Joyero Edificio Central, Delegación Cuauhtémoc, Mexico DF 6000  (2942).

**PLEASE TAKE FURTHER NOTICE** that responses or objections, if any, to entry of the Proposed Order must: (i) be made in writing, (ii) state with particularity the grounds therefor, (iii) be filed in accordance with the electronic filing procedures for the United States Bankruptcy Court for the Southern District of New York, with proof of service, with a courtesy copy delivered to the Chambers of the Honorable Sean H. Lane, One Bowling Green New York, New York 10004; and (iv) be served upon (a) counsel for the Debtors, Akerman LLP, 2001 Ross Avenue, Suite 3600, Dallas, TX 75201 (Attn: John Mitchell, Esq.) and 98 Southeast Seventh Street, Suite 1100, Miami, FL 33131 (Attn: Andrea S. Hartley, Esq. and Katherine C. Fackler, Esq.); (c) counsel for the Creditors' Committee, Cooley LLP, 1114 Avenue of the Americas, New York, New York 10016 (Attn: Seth Van Aalten, Esq. and Ian Shapiro, Esq.); (d) the Office of the United States Trustee for the Southern District of New York, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014 (Attn: Shannon Scott, Esq.); and (e) all entities requested notice in these chapter 11 cases under Fed. R. Bankr. P. 2002 so as to be received no later than **4:00 p.m. (prevailing Eastern Time) on April 2, 2019 (the "Objection Deadline"**).

**PLEASE TAKE FURTHER NOTICE** that if no objections are timely filed and received by the Objection Deadline, the Court may enter the Proposed Order without further notice or a hearing. If an objection is filed, you may be notified of a hearing to consider the requested relief. The moving and objecting parties are required to attend the hearing, and failure to attend in person or by counsel may result in relief being granted or denied upon default.

48380210;2

Dated: March 27, 2019                             AKERMAN LLP


By:   */s/ John E. Mitchell*
      John E. Mitchell
      **(Admitted *Pro Hac Vice*)**
      Yelena Archiyan
      **(Admitted in New York)**
      2001 Ross Avenue, Suite 3600
      Dallas, TX  75201
      Tel.: (214) 720-4300
      Fax: (214) 981-9339
      E-Mail: john.mitchell@akerman.com
      E-Mail: yelena.archiyan@akerman.com

              -and-

      Katherine C. Fackler
      (**Admitted *Pro Hac Vice***)
      Andrea S. Hartley
      **(Admitted *Pro Hac Vice*)**
      Joanne Gelfand
      **(Admitted in New York)**
      98 Southeast Seventh Street, Suite 1100
      Miami, FL 3313
      Tel.: (305) 374-5600
      Fax: (305) 374-5095
      E-Mail: katherine.fackler@akerman.com
      E-Mail: andrea.hartley@akerman.com
      E-Mail: joanne.gelfand@akerman.com

      *Counsel for Debtors and Debtors-in-Possession*

48380210;2

# EXHIBIT A

# PROPOSED ORDER

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| REPUBLIC METALS REFINING | ) | |
| CORPORATION, *et al.*,[2] | ) | Case No. 18-13359 (shl) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**ORDER ON DEBTORS' MOTION TO**
**AUTHORIZE CHANGE OF CASE CAPTION**

This matter came before the Court on presentment upon the *ex-parte* motion (the "Motion")[3] dated March 20, 2019 **[Doc. No. 848]** of Republic Metals Refining Corporation and its debtor affiliates (collectively, the "Debtors"), as debtors and debtors in possession in the above-captioned chapter 11 cases (the "Chapter 11 Cases" or "Cases"), seeking an Order pursuant to section 105(a) of the Bankruptcy Code; Bankruptcy Rules 1005, 2002(m), and 2002(n); authorizing the Debtors to change the case captions used in the Chapter 11 Cases; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this proceeding being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it further appearing that the relief requested in the Motion is authorized by the Sale Order and is in the best interests of the Debtors' estates, creditors, and other parties-in-interest, and upon all of the proceedings had before the Court; and after due deliberation and cause appearing;

---

[2] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Republic Metals Refining Corporation, 15 West 47th Street, Suites 206 and 209, New York, NY 10036 (3194), Republic Metals Corporation, 12900 NW 38th Avenue, Miami, FL 33054 (4378), Republic Carbon Company, LLC, 5295 Northwest 163rd Street, Miami Gardens, FL 33014 (5833), Republic High Tech Metals, LLC, 13001 NW 38 Avenue, Miami, FL 33054 (6102), RMC Diamonds, LLC, 12900 NW 38th Avenue, Miami, FL 33054 (1507), RMC2, LLC, 12900 NW 38th Avenue, Miami, FL 33054 (4696), J & L Republic LLC, 12900 NW 38th Avenue, Miami, FL 33054 (7604); R & R Metals, LLC, 12900 NW 38th Avenue, Miami, FL 33054 (7848), Republic Metals Trading (Shanghai) Co., Ltd., 276 Ningbo Road, Huangpu District, Shanghai, P.R. 200001 China (1639), and Republic Trans Mexico Metals, S.R.L., Francisco I. Madero No. 55 Piso 5, Local 409, Centro Joyero Edificio Central, Delegación Cuauhtémoc, Mexico DF 6000 (2942).

[3] All capitalized terms not defined herein shall have the definitions set forth in the Motion.

48380210;2

**IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED** as set forth herein.

2. The Clerk of the Court is authorized and directed to modify the docket of Case No. 18-13359 (shl) with the Debtors' new names as soon as possible.

3. Effective as of the date hereof, the new caption of the jointly administered Chapter 11 Cases shall read as follows:

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MIAMI METALS I, INC., *et al.*[1] | ) | Case No. 18-13359 (shl) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

FN 1: The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Miami Metals I, Inc. (f/k/a Republic Metals Refining Corporation), 15 West 47th Street, Suites 206 and 209, New York, NY 10036 (3194); Miami Metals II, Inc. (f/k/a Republic Metals Corporation), 12900 NW 38th Avenue, Miami, FL 33054 (4378); Miami Metals III LLC (f/k/a Republic Carbon Company), LLC, 5295 Northwest 163rd Street, Miami Gardens, FL 33014 (5833); Miami Metals IV LLC (f/k/a J & L Republic LLC, 12900 NW 38th Avenue, Miami, FL 33054 (7604); Miami Metals V LLC (f/k/a R & R Metals, LLC), 12900 NW 38th Avenue, Miami, FL 33054 (7848); Miami Metals VI (f/k/a RMC Diamonds, LLC), 12900 NW 38th Avenue, Miami, FL 33054 (1507); Miami Metals VII (f/k/a RMC2, LLC, 12900 NW 38th Avenue, Miami, FL 33054 (4696); Miami Metals VIII (f/k/a Republic High Tech Metals, LLC), 13001 NW 38 Avenue, Miami, FL 33054 (6102), 12900 NW 38th Avenue, Miami, FL 33054 (1507); Republic Metals Trading (Shanghai) Co., Ltd., 276 Ningbo Road, Huangpu District, Shanghai, P.R. 200001 China (1639); and Republic Trans Mexico Metals, S.R.L., Francisco I. Madero No. 55 Piso 5, Local 409, Centro Joyero Edificio Central, Delegación Cuauhtémoc, Mexico DF 6000 (2942).

1. The Clerk of the Court is authorized and directed to make a docket entry in Case No. 18-13359 (shl) as soon as possible that states substantially as follows: "An order has been entered in this case directing that the caption of this case be changed, in accordance with the corporate name change of Republic Metals Refining Corporation to Miami Metals I, Inc." In

48380210;2

addition, the Clerk of the Court is authorized and directed to modify the docket of Case No. 18-13359 (shl) with the Debtor's new name as soon as possible.

2. The Clerk of the Court is authorized and directed to make a docket entry in Case No. 18-13360 (shl) as soon as possible that states substantially as follows: "An order has been entered in this case directing that the caption of this case be changed, in accordance with the corporate name change of Republic Metals Corporation to Miami Metals II, Inc." In addition, the Clerk of the Court is authorized and directed to modify the docket of Case No. 18-13360 (shl) with the Debtor's new name as soon as possible.

3. The Clerk of the Court is authorized and directed to make a docket entry in Case No. 18-13361 (shl) as soon as possible that states substantially as follows: "An order has been entered in this case directing that the caption of this case be changed, in accordance with the corporate name change of Republic Carbon Company to Miami Metals III LLC." In addition, the Clerk of the Court is authorized and directed to modify the docket of Case No. 18-13361 (shl) with the Debtor's new name as soon as possible.

4. The Clerk of the Court is authorized and directed to make a docket entry in Case No. 18-13642 (shl) as soon as possible that states substantially as follows: "An order has been entered in this case directing that the caption of this case be changed, in accordance with the corporate name change of J&L Republic, LLC to Miami Metals IV LLC." In addition, the Clerk of the Court is authorized and directed to modify the docket of Case No. 18-13642 (shl) with the Debtor's new name as soon as possible.

5. The Clerk of the Court is authorized and directed to make a docket entry in Case No. 18-13643 (shl) as soon as possible that states substantially as follows: "An order has been entered in this case directing that the caption of this case be changed, in accordance with the

corporate name change of R & R Metals, LLC to Miami Metals V LLC." In addition, the Clerk of the Court is authorized and directed to modify the docket of Case No. 18-13643 (shl) with the Debtor's new name as soon as possible.

6.      The Clerk of the Court is authorized and directed to make a docket entry in Case No. 18-13639 (shl) as soon as possible that states substantially as follows: "An order has been entered in this case directing that the caption of this case be changed, in accordance with the corporate name change of RMC Diamonds LLC to Miami Metals VI LLC." In addition, the Clerk of the Court is authorized and directed to modify the docket of Case No. 18-13639 (shl) with the Debtor's new name as soon as possible.

7.      The Clerk of the Court is authorized and directed to make a docket entry in Case No. 18-13641 (shl) as soon as possible that states substantially as follows: "An order has been entered in this case directing that the caption of this case be changed, in accordance with the corporate name change of RMC2, LLC to Miami Metals VII LLC." In addition, the Clerk of the Court is authorized and directed to modify the docket of Case No. 18-13641 (shl) with the Debtor's new name as soon as possible.

8.      The Clerk of the Court is authorized and directed to make a docket entry in Case No. 18-13638 (shl) as soon as possible that states substantially as follows: "An order has been entered in this case directing that the caption of this case be changed, in accordance with the corporate name change of Republic High Tech Metals, LLC to Miami Metals VIII LLC." In addition, the Clerk of the Court is authorized and directed to modify the docket of Case No. 18-13638 (shl) with the Debtor's new name as soon as possible.

9.      The name changes pursuant to the Motion, this Order, and any filings with applicable governmental offices are for administrative purposes only. Nothing herein or as a

48380210;2

result of the name changes pursuant to the Motion, this Order, and any filings with applicable governmental offices shall impact or modify the prepetition rights, claims, liens, and other interests held by creditors and parties in interest in these Cases.

10. Any recorded liens or UCC-1 filings existing as of the Petition Date filed in regards to the Debtors shall remain effective for perfection purposes notwithstanding the name changes pursuant to the Motion, this Order, and any filings with applicable governmental offices. No creditor need take any additional steps, including but not limited to, amending or filing new state UCC-1 filings, to protect their prepetition interests in these Cases.

11. The Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

12. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation and/or interpretation of this Order.

13. This Order shall be effective immediately upon entry by the Court.

Dated: New York, New York
      April ___, 2019

**PROPOSED**

_____
HONORABLE SEAN H. LANE
UNITED STATES BANKRUPTCY JUDGE

48380210;2