John E. Mitchell (Admitted *Pro Hac Vice*)
Yelena Archiyan (Admitted in New York)
AKERMAN LLP
2001 Ross Avenue, Ste. 3600
Dallas, TX 75201
Tel.: (214) 720-4300
Fax: (214) 981-9339

Andrea S. Hartley (Admitted *Pro Hac Vice*)
Joanne Geland (Admitted in New York)
Katherine C. Fackler (Admitted *Pro Hac Vice*)
AKERMAN LLP
98 Southeast Seventh Street, Ste. 1100
Miami, FL 33131
Tel.: (305) 374-5600
Fax: (305) 374-5095

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| MIAMI METALS I, INC., *et al.*[1] | Case No. 18-13359 (shl) |
| Debtors. | (Jointly Administered) |
| | **RELATED DOC. NO. 706** |

**DEBTORS' FIRST NOTICE OF**
**PROPOSED SALE OF PROPERTY OF THE ESTATE**
(Remaining Assets)

Miami Metals I, Inc., *et al.*, as debtors and debtors in possession (collectively, the "Debtors"), by and through undersigned counsel and pursuant to this Court's *Order Granting Debtors' Amended Motion to Sell Remaining Assets of the Estate Free and Clear of All Liens, Claims, Rights, Title, Interests and Encumbrances Pursuant to 11 U.S.C. § 363* (the "Sale Order") [ECF No. 706][2], hereby give notice of their interest to sell certain Remaining Assets, as set forth below:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Miami Metals I, Inc. (f/k/a Republic Metals Refining Corporation), 15 West 47th Street, Suites 206 and 209, New York, NY 10036 (3194); Miami Metals II, Inc. (f/k/a Republic Metals Corporation), 12900 NW 38th Avenue, Miami, FL 33054 (4378); Miami Metals III LLC (f/k/a Republic Carbon Company), LLC, 5295 Northwest 163rd Street, Miami Gardens, FL 33014 (5833); Miami Metals IV LLC (f/k/a J & L Republic LLC, 12900 NW 38th Avenue, Miami, FL 33054 (7604); Miami Metals V LLC (f/k/a R & R Metals, LLC),  12900 NW 38th Avenue, Miami, FL 33054 (7848); Miami Metals VI (f/k/a RMC Diamonds, LLC), 12900 NW 38th Avenue, Miami, FL 33054 (1507); Miami Metals VII (f/k/a RMC2, LLC, 12900 NW 38th Avenue, Miami, FL 33054 (4696); Miami Metals VIII (f/k/a Republic High Tech Metals, LLC), 13001 NW 38 Avenue, Miami, FL 33054 (6102), 12900 NW 38th Avenue, Miami, FL 33054 (1507); Republic Metals Trading (Shanghai) Co., Ltd., 276 Ningbo Road, Huangpu District, Shanghai, P.R. 200001 China (1639); and Republic Trans Mexico Metals, S.R.L., Francisco I. Madero No. 55 Piso 5, Local 409, Centro Joyero Edificio Central, Delegación Cuauhtémoc, Mexico DF 6000  (2942).

[2] Defined terms from the Order are incorporated by reference herein.

48461792;1

1. **Remaining Asset(s)**: 400 ozt of AG Grain and 1,000 1-oz AG Buffalo Rounds

2. **Sale Price**: spot price, less $.145/oz

3. **Payment Terms**: Payment will be made at the time of shipment at spot price.

4. **Refining or Processing Fees and Charges**: None.

5. **Date of Sale, Delivery, or Settlement**: Approximately two (2) days after expiration of the objection period under this Notice.

6. **Debtors' estimate of good faith allocation**: 29% to Grain; 71% to Buffalo Rounds.

**Pursuant to the Sale Order, interested parties shall have five (5) business days from the date of this Notice to file an Objection hereto**. Any Objection must (a) be in writing, (b) set forth the precise nature of the Objection, and (c) be filed with the Court and served via U.S. Mail upon the Debtors, on or before the Objection Deadline. If an Objection is filed, the Debtors will request the Court schedule a hearing on the Objection.

If no timely Objection is filed and served with respect to this Notice, then without further order of the Court, the Debtors shall be authorized to sell the subject Remaining Asset(s) on the terms proposed above.

Dated: April 8, 2019

                AKERMAN LLP

                By:   */s/ Katherine C. Fackler*
                    Katherine C. Fackler (Admitted *Pro Hac Vice*)
                    Andrea S. Hartley (Admitted *Pro Hac Vice*)
                    Joanne Gelfand (Admitted in New York)
                    98 Southeast Seventh Street, Suite 1100
                    Miami, FL 3313
                    Tel.: (305) 374-5600
                    Fax: (305) 374-5095
                    E-Mail: andrea.hartley@akerman.com
                    E-Mail: joanne.gelfand@akerman.com
                    E-Mail: katherine.fackler@akerman.com

-and-

John E. Mitchell (Admitted *Pro Hac Vice*)
Yelena Archiyan (Admitted in New York)
2001 Ross Avenue, Suite 3600
Dallas, TX 75201
Tel.: (214) 720-4300
Fax: (214) 981-9339
E-Mail: john.mitchell@akerman.com
E-Mail: yelena.archiyan@akerman.com

*Counsel for Debtors and Debtors-in-Possession*