| | |
|---|---|
| Steven M. Berman, Esq. (*pro hac vice*) | Michael P. Richman, Esq. (Co-Counsel) |
| **Shumaker, Loop & Kendrick, LLP** | **Steinhilber Swanson LLP** |
| 101 E. Kennedy Blvd., Suite 2800 | 122 W. Washington, Suite 850 |
| Tampa, Florida 33602 | Madison, WI 53703 |
| Telephone: (813) 229-7600 | Telephone: (608) 630-8990 |
| Facsimile: (813) 229-1660 | Facsimile: (608) 630-8991 |

*Counsel to Mitchell Levine,*
*Erie Management Partners, LLC, and Plat/Co.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 18-13359- (SHL) |
| MIAMI METALS I, INC., *et al.*,[1] | |
| Debtors. | (Jointly Administered) |

**NOTICE OF SERVICE OF FIRST REQUEST FOR PRODUCTION**
**OF DOCUMENTS TO DEBTORS AND SENIOR LENDERS**
**BY MITCHELL LEVINE, ERIE MANAGEMENT PARTNERS, LLC, AND PLAT/CO**

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure and Rules 7026 and 7034 of the Federal Rules of Bankruptcy Procedure, and the *Order Approving Uniform Procedures for Resolution of Ownership Disputes* [Doc. No. 395], as amended, Mitchell Levine, Erie Management Partners, LLC, and Plat/Co, hereby give notice of service of their (i) First Request for Production of Documents to Debtors, and (ii) First Request for Production of Documents to Senior Lenders.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Miami Metals I, Inc. (f/k/a Republic Metals Refining Corporation), 15 West 47th Street, Suites 206 and 209, New York, NY 10036 (3194); Miami Metals II, Inc. (f/k/a Republic Metals Corporation), 12900 NW 38th Avenue, Miami, FL 33054 (4378); Miami Metals III LLC (f/k/a Republic Carbon Company, LLC), 5295 Northwest 163rd Street, Miami Gardens, FL 33014 (5833); Miami Metals IV LLC (f/k/a J & L Republic LLC, 12900 NW 38th Avenue, Miami, FL 33054 (7604); Miami Metals V LLC (f/k/a R & R Metals, LLC), 12900 NW 38th Avenue, Miami FL 33054 (7848); Miami Metals VI (f/k/a RMC Diamonds, LLC), 12900 NW 38th Avenue, Miami, FL 33054 (1507); Miami Metals VII (f/k/a RMC2, LLC), 12900 NW 38th Avenue, Miami, FL 33054 (4696); Miami Metals VIII (f/k/a Republic High Tech Metals, LLC), 13001 NW 38th Avenue, Miami, FL 33054 (6102); 12900 NW 38th Avenue, Miami, FL 33054 (1507); Republic Metals Trading (Shanghai) Co., Ltd., 276 Ningbo Road, Huangpu District, Shanghai, P.R. 200001 China (1639); and Republic Trans Mexico Metals, S.R.L., Francisco I. Madero No. 55 Piso 5, Local 409, Centro Joyero Edificio Central, Delegacion Cuauhtemoc, Mexico DF 6000 (2942).

{00023284v1 }

        Respectfully submitted,

Dated: April 12, 2019        **SHUMAKER, LOOP & KENDRICK, LLP**

By: */s/ Steven M. Berman*
Steven M. Berman, Esq.
Florida Bar No.: 856290
**Shumaker, Loop & Kendrick, LLP**
101 E. Kennedy Boulevard, Suite 2800
Tampa, FL 33602
Phone: (813) 227-2332; Fax: (813) 229-1660
Email: sberman@slk-law.com

-and-

**STEINHILBER SWANSON LLP**

By: */s/ Michael P. Richman*
**Michael P. Richman, Esq.**
122 W. Washington, Suite 850
Madison, WI 53703
PH: (608) 630-8990; FAX: (608) 630-8991

*Counsel to Mitchell Levine,*
*Erie Management Partners, LLC, and Plat/Co.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that April 12, 2019, a true and correct copy of the foregoing was served to all counsel of record, including counsel for the Debtors and counsel for the Senior Lenders, via CM/ECF service.

By: */s/ Steven M. Berman*
    Attorney

{00023284v1 }