UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | Chapter 11 |
| MIAMI METALS I, INC., *et al.*,[1] | Case No. 18-13359 (shl) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF KINGS      )

I, John Burlacu, declare:

1. I am over the age of 18 years and not a party to these chapter 11 cases.

2. I am employed by Donlin, Recano & Company, Inc. ("DRC"), 6201 15th Avenue, Brooklyn, NY 11219.

3. On the 12th day of April, 2019, DRC, under my supervision caused true and accurate copies of the following documents:

    a. "First Interim Application of Donlin, Recano & Company, Inc., as Administrative Agent for the Debtors for Compensation for Services and Reimbursement of Expenses Incurred for the Period from November 2, 2018 Through February 28, 2019" (Dkt. No. 904); and

    b. "Notice of Hearing on First Interim Application of Akerman LLP, as

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Miami Metals I, Inc. (f/k/a Republic Metals Refining Corporation), 15 West 47th Street, Suites 206 and 209, New York, NY 10036 (3194); Miami Metals II, Inc. (f/k/a Republic Metals Corporation), 12900 NW 38th Avenue, Miami, FL 33054 (4378); Miami Metals III LLC (f/k/a Republic Carbon Company), LLC, 5295 Northwest 163rd Street, Miami Gardens, FL 33014 (5833); Miami Metals IV LLC (f/k/a J & L Republic LLC, 12900 NW 38th Avenue, Miami, FL 33054 (7604); Miami Metals V LLC (f/k/a R & R Metals, LLC), 12900 NW 38th Avenue, Miami, FL 33054 (7848); Miami Metals VI (f/k/a RMC Diamonds, LLC), 12900 NW 38th Avenue, Miami, FL 33054 (1507); Miami Metals VII (f/k/a RMC2, LLC, 12900 NW 38th Avenue, Miami, FL 33054 (4696); Miami Metals VIII (f/k/a Republic High Tech Metals, LLC), 13001 NW 38 Avenue, Miami, FL 33054 (6102), 12900 NW 38th Avenue, Miami, FL 33054 (1507); Republic Metals Trading (Shanghai) Co., Ltd., 276 Ningbo Road, Huangpu District, Shanghai, P.R. 200001 China (1639); and Republic Trans Mexico Metals, S.R.L., Francisco I. Madero No. 55 Piso 5, Local 409, Centro Joyero Edificio Central, Delegación Cuauhtémoc, Mexico DF 6000 (2942).

Counsel to the Debtors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period November 2, 2018 Through February 28, 2019" (Docket No. 906),

to be served via Electronic Mail upon the parties as set forth on <u>Exhibit 1</u>; and via First Class U.S. Mail upon the parties as set forth on <u>Exhibit 2</u>, attached hereto.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 16th day of April, 2019 in Brooklyn, New York.

By *[signature]*
John Burlacu

Sworn before me this
16th day of April, 2019

*[signature]*
Notary Public

SUNG JAE KIM
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01KI6211176
COMM. EXP. September 14, 2021

# EXHIBIT 1

# Miami Metals 1, Inc., et al.
## Electronic Mail
## Exhibit Pages

| | | | |
|---|---|---|---|
| 000079P001-1398S-144<br>ALSTON & BIRD LLP<br>JOHN W WEISS<br>90 PARK AVENUE<br>NEW YORK NY 10016-1387<br>JOHN.WEISS@ALSTON.COM | 000080P001-1398S-144<br>ALSTON & BIRD LLP<br>JONATHAN T EDWARDS<br>1201 WEST PEACHTREE ST<br>ATLANTA GA 30309<br>JONATHAN.EDWARDS@ALSTON.COM | 000066P002-1398S-144<br>APMEX<br>DOUG STERK<br>226 DEAN MCGEE AVE<br>OKLAHOMA CITY OK 73102<br>DOUG.STERK@APMEX.COM | 000119P002-1398S-144<br>ARCHER & GREINER PC<br>G DICONZA;J TRAURIG; L SCHILDKRAUT<br>630 THIRD AVE<br>NEW YORK NY 10017<br>GDICONZA@ARCHERLAW.COM |
| 000119P002-1398S-144<br>ARCHER & GREINER PC<br>G DICONZA;J TRAURIG; L SCHILDKRAUT<br>630 THIRD AVE<br>NEW YORK NY 10017<br>JTRAURIG@ARCHERLAW.COM | 000119P002-1398S-144<br>ARCHER & GREINER PC<br>G DICONZA;J TRAURIG; L SCHILDKRAUT<br>630 THIRD AVE<br>NEW YORK NY 10017<br>LSCHILDKRAUT@ARCHERLAW.COM | 000127P001-1398S-144<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>D TYLER NURNBERG<br>70 W MADISON ST STE 4200<br>CHICAGO IL 60602<br>TYLER.NURNBERG@ARNOLDPORTER.COM | 000092P001-1398S-144<br>BAST AMRON LLP<br>JEFFREY P BAST, ESQ<br>SUN TRUST INTERNATIONAL CENTER<br>ONE SOUTHEAST THIRD AVE STE 1400<br>MIAMI FL 33131<br>JBAST@BASTAMRON.COM |
| 000067P001-1398S-144<br>BAYSIDE METAL EXCHANGE<br>EUGENE FOGEL<br>6701 CENTER DR<br>STE 840<br>LOS ANGELES CA 90045<br>EFOGEL@BAYSIDEGOLD.COM | 000099P001-1398S-144<br>BECKER GLYNN MUFFLY CHASSIN & HOSINSKI LLP<br>ALEC P OSTROW<br>299 PARK AVENUE, 16TH FLOOR<br>NEW YORK NY 10171<br>AOSTROW@BECKERGLYNN.COM | 000083P003-1398S-144<br>BENNET JONES LLP<br>PREET K BELL;ABBAS ALI KHAN<br>3400 ONE FIRST CANADIAN PLACE<br>PO BOX 130<br>TORONTO ON M5X 1A4<br>CANADA<br>BELLP@BENNETJONES.COM | 000083P003-1398S-144<br>BENNET JONES LLP<br>PREET K BELL;ABBAS ALI KHAN<br>3400 ONE FIRST CANADIAN PLACE<br>PO BOX 130<br>TORONTO ON M5X 1A4<br>CANADA<br>ALIKHANA@BENNETJONES.COM |
| 000058P001-1398S-144<br>BORGES & ASSOCIATES LLC<br>WANDA BORGES; SUE L CHIN<br>575 UNDERHILL BLVD STE 118<br>SYOSSET NY 11791<br>BANKRUPTCY@BORGESLAWLLC.COM | 000058P001-1398S-144<br>BORGES & ASSOCIATES LLC<br>WANDA BORGES; SUE L CHIN<br>575 UNDERHILL BLVD STE 118<br>SYOSSET NY 11791<br>WBORGES@BORGESLAWLLC.COM | 000058P001-1398S-144<br>BORGES & ASSOCIATES LLC<br>WANDA BORGES; SUE L CHIN<br>575 UNDERHILL BLVD STE 118<br>SYOSSET NY 11791<br>SCHIN@BORGESLAWLLC.COM | 000132P001-1398S-144<br>Bruce Dopke<br>Stahl Cowen Crowley Addis, LLC<br>Design Gold Group. Inc<br>55 W. Monroe Street, Suite 1200<br>CHICAGO IL 60603<br>bdopke@stahlcowen.com |
| 000125P001-1398S-144<br>CARTER LEDYARD & MILBURN LLP<br>AARON R CAHN<br>2 WALL ST<br>NEW YORK NY 10005<br>CAHN@CLM.COM | 000028P001-1398S-144<br>COEUR MEXICANA SA DE CV<br>AVE. VALLE ESCONDIDO # 5500-401 /<br>FRACC. DESARROLLO EL SAUCITO<br>CHIHUAHUA  31125<br>MEXICO<br>EDCHAVEZ@COEUR.COM.MX | 000039P001-1398S-144<br>COEUR ROCHESTER<br>PO BOX 1057 I80<br>LOVELOCK NV 89419<br>METALSALES@COEUR.COM | 000134P002-1398S-144<br>COLLERAN O'HARA & MILLS LLP<br>STEVEN C. FARKAS, ESQ.<br>100 CROSSWAYS PARK DR W STE 200<br>WOODBURY NY 11797<br>SCF@COHMLAW.COM |
| 000056P001-1398S-144<br>COMPANIA MINERA DOLORES, S.A. DE C.V.<br>IGNACIO COUTURIER/HOMERO ADAMECRUZ<br>AV. FERROCARRIL NO. 99 / PISO 1 LOCAL 1<br>DURANGO  3447<br>MEXICO<br>HOMERO.ADAMECRUZ@PANAMERICANSILVER.MX | 000045P001-1398S-144<br>COMPANIA MINERA PITALLA S.A. DE C.V.<br>DAVID A PONCZOCH<br>BLVD. CARLOS QUINTERO ARCE NO. 24 B<br>HERMOSILLO, SONORA  83247<br>MEXICO<br>DAVE.PONCZOCH@ARGONAUTGOLD.COM | 000106P001-1398S-144<br>CONWAY & CONWAY<br>KEVIN P CONWAY, ESQ<br>122 E 42ND ST STE 1612<br>NEW YORK NY 10168<br>KPC@CONWAY-CONWAY.COM | 000086P003-1398S-144<br>COOLEY LLP<br>SETH VAN AALTEN;ROBERT WINNING; SARAH CARNES<br>SUMMER M MCKEE<br>55 HUDSON YARDS<br>NEW YORK NY 10001<br>SVANAALTEN@COOLEY.COM |

18-13359-shl    Doc 921    Filed 04/17/19    Entered 04/17/19 10:37:40    Main Document
Miami Metals I, Inc., et al.
Pg 5 of 16
Electronic Mail
Exhibit Pages

Page # : 2 of 7                                                                                          04/12/2019 04:04:21 PM

| | | | |
|---|---|---|---|
| 000086P003-1398S-144<br>COOLEY LLP<br>SETH VAN AALTEN;ROBERT WINNING; SARAH CARNES<br>SUMMER M MCKEE<br>55 HUDSON YARDS<br>NEW YORK NY 10001<br>RWINNING@COOLEY.COM | 000086P003-1398S-144<br>COOLEY LLP<br>SETH VAN AALTEN;ROBERT WINNING; SARAH CARNES<br>SUMMER M MCKEE<br>55 HUDSON YARDS<br>NEW YORK NY 10001<br>SCARNES@COOLEY.COM | 000086P003-1398S-144<br>COOLEY LLP<br>SETH VAN AALTEN;ROBERT WINNING; SARAH CARNES<br>SUMMER M MCKEE<br>55 HUDSON YARDS<br>NEW YORK NY 10001<br>SMCKEE@COOLEY.COM | 000120P001-1398S-144<br>CULLEN AND DYKMAN LLP<br>MATTHEW G ROSEMAN,ESQ<br>100 QUENTIN ROOSEVELT BLVD<br>GARDEN CITY NY 11530<br>MROSEMAN@CULLENANDDYKMAN.COM |
| 000090P001-1398S-144<br>DESARROLLOS MINEROS SAN LUIS S.A. DE C.V.<br>HARPREET DHALIWAL/LEA GOLD<br>AV. PASEO DE LAS PALMAS #425 PISO 15. COL. LOMAS DE CHAPULTEPEC<br>MEXICO CITY CP 11000<br>MEXICO<br>RECKFORD@LEAGOLD.COM | 000096P001-1398S-144<br>DLA PIPER LLP (US)<br>RICHARD F HANS;RACHEL EHRLICH ALBANESE<br>1251 AVE OF THE AMERICAS<br>NEW YORK NY 10020<br>RICHARD.HANS@DLAPIPER.COM | 000096P001-1398S-144<br>DLA PIPER LLP (US)<br>RICHARD F HANS;RACHEL EHRLICH ALBANESE<br>1251 AVE OF THE AMERICAS<br>NEW YORK NY 10020<br>RACHEL.ALBANESE@DLAPIPER.COM | 000048P001-1398S-144<br>DON DAVID GOLD MEXICO S.A. DE C.V.<br>CALLE DE LAS ROSAS NO. 339<br>COLONIA REFORMA<br>OAXACA DE JUAREZ 68050<br>MEXICO<br>RICKIRVINE@GOLDRESOURCECORP.COM |
| 000048P001-1398S-144<br>DON DAVID GOLD MEXICO S.A. DE C.V.<br>CALLE DE LAS ROSAS NO. 339<br>COLONIA REFORMA<br>OAXACA DE JUAREZ 68050<br>MEXICO<br>JOHNLABATE@GOLDRESOURCECORP.COM | 000082P002-1398S-144<br>DORSEY & WHITNEY LLP<br>E L SCHNABEL;D P GOLDBERGER;J D MIKHAILEVICH;J M W<br>51 WEST 52ND ST<br>NEW YORK NY 10019<br>WEISS.JANET@DORSEY.COM | 000082P002-1398S-144<br>DORSEY & WHITNEY LLP<br>E L SCHNABEL;D P GOLDBERGER;J D MIKHAILEVICH;J M W<br>51 WEST 52ND ST<br>NEW YORK NY 10019<br>MIKHAILEVICH.JESSICA@DORSEY.COM | 000082P002-1398S-144<br>DORSEY & WHITNEY LLP<br>E L SCHNABEL;D P GOLDBERGER;J D MIKHAILEVICH;J M W<br>51 WEST 52ND ST<br>NEW YORK NY 10019<br>SCHNABEL.ERIC@DORSEY.COM |
| 000082P002-1398S-144<br>DORSEY & WHITNEY LLP<br>E L SCHNABEL;D P GOLDBERGER;J D MIKHAILEVICH;J M W<br>51 WEST 52ND ST<br>NEW YORK NY 10019<br>GOLDBERGER.DAN@DORSEY.COM | 000112P001-1398S-144<br>DYKEMA GOSSETT PLLC<br>MARK ANDREWS; JEFFREY FINE; AARON KAUFMAN<br>1717 MAIN ST STE 4200<br>DALLAS TX 75201<br>MANDREWS@DYKEMA.COM | 000112P001-1398S-144<br>DYKEMA GOSSETT PLLC<br>MARK ANDREWS; JEFFREY FINE; AARON KAUFMAN<br>1717 MAIN ST STE 4200<br>DALLAS TX 75201<br>JFINE@DYKEMA.COM | 000112P001-1398S-144<br>DYKEMA GOSSETT PLLC<br>MARK ANDREWS; JEFFREY FINE; AARON KAUFMAN<br>1717 MAIN ST STE 4200<br>DALLAS TX 75201<br>AKAUFMAN@DYKEMA.COM |
| 000107P001-1398S-144<br>EMOUNA & MIKHAIL PC<br>MATIN EMOUNA<br>100 GARDEN CITY PLAZA STE 520<br>GARDEN CITY NY 11530<br>MEMOUNA@EMIKLAW.COM | 000030P001-1398S-144<br>ERIE MANAGEMENT PARTNERS<br>MITCHELL T LEVINE<br>348 HARRIS HILL RD<br>WILLIAMSVILLE NY 14221<br>MITCHLEVINE@ADELPHIA.NET | 000030P001-1398S-144<br>ERIE MANAGEMENT PARTNERS<br>MITCHELL T LEVINE<br>348 HARRIS HILL RD<br>WILLIAMSVILLE NY 14221<br>KMILITELLO@ROCHESTER.RR.COM | 000031P001-1398S-144<br>ESTELAR RESOURCES LIMITED S.A.<br>PAUL BUCHANAN<br>ROYAL BANK PLANZA NORTH TOWER<br>200 BAY STREET STE 2200<br>TORONTO ON M5J 2J3<br>CANADA<br>PAUL.BUCHANAN@YAMANA.COM |
| 000040P001-1398S-144<br>EZ PAWN<br>AARON S. BARRETT<br>1901 CAPITAL PARKWAY<br>AUSTIN TX 78746<br>AARON_BARRETT@EZCORP.COM | 000130P002-1398S-144<br>Edward Nektalov<br>Eddie & Co. of NY, Inc. d/b/a  Diamond Kingdom<br>55 W. 4th Street, Suite 330, FL 3<br>NEW YORK NY 10036<br>diamondkingdom1@aol.com | 000084P001-1398S-144<br>FRIEDMAN KAPLAN SEILER & ADELMAN LLP<br>ERIC SEILER;JASON C RUBINSTEIN;JAMUNA D KELLEY<br>7 TIMES SQUARE<br>NEW YORK NY 10036-6516<br>ESEILER@FKLAW.COM | 000084P001-1398S-144<br>FRIEDMAN KAPLAN SEILER & ADELMAN LLP<br>ERIC SEILER;JASON C RUBINSTEIN;JAMUNA D KELLEY<br>7 TIMES SQUARE<br>NEW YORK NY 10036-6516<br>JRUBINSTEIN@FKLAW.COM |

18-13359-shl    Doc 921    Filed 04/17/19    Entered 04/17/19 10:37:40    Main Document
Pg 6 of 16

Miami Metals I, Inc., et al.
Electronic Mail
Exhibit Pages

Page # : 3 of 7                                                                                              04/12/2019 04:04:21 PM

| 000084P001-1398S-144 | 000087P001-1398S-144 | 000088P001-1398S-144 | 000072P001-1398S-144 |
|---|---|---|---|
| FRIEDMAN KAPLAN SEILER & ADELMAN LLP | FUNDACION RAFAEL DONDE IAP | FUNDACION RAFAEL DONDE IAP ( INVENTARIO MEXICO ) | GARFUNKEL WILD PC |
| ERIC SEILER;JASON C RUBINSTEIN;JAMUNA D KELLEY | EVANGELINA BERNAL | EVANGELINA BERNAL | BURTON S WESTON, ESQ |
| 7 TIMES SQUARE | MONTE DE PIEDAD 3.CENTRO ZONA 1 | MONTE DE PIEDAD 3.CENTRO ZONA 1 | 111 GREAT NECK ROAD STE 600 |
| NEW YORK NY 10036-6516 | DEL.CUAUHTEMOC | DEL.CUAUHTEMOC | GREAT NECK NY 11201 |
| JKELLEY@FKLAW.COM | MEXICO CDMX  06000 | MEXICO CDMX | BWESTON@GARFUNKELWILD.COM |
|  | MEXICO | MEXICO |  |
|  | ebernal@frd.org.mx | ebernal@frd.org.mx |  |

| 000037P001-1398S-144 | 000049P001-1398S-144 | 000049P001-1398S-144 | 000114P001-1398S-144 |
|---|---|---|---|
| GEIB REFINING CORPORATION | GENERAL REFINING AND SMELTING CORPORATION | GENERAL REFINING AND SMELTING CORPORATION | GIBBONS PC |
| KENNETH WIGHTMAN | PETER SPERA | PETER SPERA | DAVID N CRAPO, ESQ |
| 399 KILVERT STREET | 59 MADISON AVE | 59 MADISON AVE | ONE GATEWAY CENTER |
| WARWICK RI 02886 | HEMPSTEAD NY 11550 | HEMPSTEAD NY 11550 | NEWARK NJ 07102-5310 |
| PAULA@GEIBREFINING.COM | KETTY.RUIZ@YAHOO.COM | MSPERA83@GMAIL.COM | DCRAPO@GIBBONSLAW.COM |

| 000059P001-1398S-144 | 000059P001-1398S-144 | 000108P001-1398S-144 | 000109P001-1398S-144 |
|---|---|---|---|
| GIBSON DUNN & CRUTCHER LLP | GIBSON DUNN & CRUTCHER LLP | GIBSON DUNN & CRUTCHER LLP | GIBSON DUNN & CRUTCHER LLP |
| MICHAEL A ROSENTHAL;KEITH R MARTORANA | MICHAEL A ROSENTHAL;KEITH R MARTORANA | JENNIFER L CONN,ESQ | MATTHEW PORCELLO,ESQ |
| 200 PARK AVE | 200 PARK AVE | 200 PARK AVE | 200 PARK AVE |
| NEW YORK NY 10166-0193 | NEW YORK NY 10166-0193 | NEW YORK NY 10166-0193 | NEW YORK NY 10166-0193 |
| MROSENTHAL@GIBSONDUNN.COM | KMARTORANA@GIBSONDUNN.COM | JCONN@GIBSONDUNN.COM | MPORCELLI@GIBSONDUNN.COM |

| 000064P001-1398S-144 | 000075P001-1398S-144 | 000095P001-1398S-144 | 000105P001-1398S-144 |
|---|---|---|---|
| GREEN & SKLARZ LLC | GREEN & SKLARZ LLC | HAHN LOESER & PARKS LLP | HALPERIN BATTAGLIA BENZIJA LLP |
| ROBERT M FLEISCHER | KELLIANNE BARANOWSKY | ROCCO I DEBITETTO, ESQ | DONNA H LIEBERMAN, ESQ |
| 700 STATE ST STE 100 | 700 STATE ST STE 100 | 200 PUBLIC SQUARE STE 2800 | 40 WALL ST, 37TH FLOOR |
| NEW HAVEN CT 06511 | NEW HAVEN CT 06511 | CLEVELAND OH 44114 | NEW YORK NY 10005 |
| RFLEISCHER@GS-LAWFIRM.COM | KBARANOWSKY@GS-LAWFIRM.COM | RIDEBITETTO@HAHNLAW.COM | DLIEBERMAN@HALPERINLAW.NET |

| 000023P001-1398S-144 | 000024P001-1398S-144 | 000060P001-1398S-144 | 000046P001-1398S-144 |
|---|---|---|---|
| HAYNES & BOONE | HAYNES & BOONE | HINCKLEY ALLEN &SNYDER LLP | HORIZON METALS |
| ELI COLUMBUS | FRASHER MURPHY | JENNIFER V DORAN,ESQ | 5739 W. HOWARD ST |
| 2323 VICTORY AVENUE | 2323 VICTORY AVENUE | 28 STATE ST | NILES IL 68050 |
| SUITE 700 | SUITE 700 | BOSTON MA 02109 | BRUCE@HORIZONMETALS.COM |
| DALLAS TX 75219 | DALLAS TX 75219 | JDORAN@HINCKLEYALLEN.COM |  |
| ELI.COLUMBUS@HAYNESBOONE.COM | FRASHER.MURPHY@HAYNESBOONE.COM |  |  |

| 000061P001-1398S-144 | 000061P001-1398S-144 | 000061P001-1398S-144 | 000061P001-1398S-144 |
|---|---|---|---|
| ICBC STANDARD BANK | ICBC STANDARD BANK | ICBC STANDARD BANK | ICBC STANDARD BANK |
| LUDMILA FABIANOVA | LUDMILA FABIANOVA | LUDMILA FABIANOVA | LUDMILA FABIANOVA |
| 520 MADISON AVE | 520 MADISON AVE | 520 MADISON AVE | 520 MADISON AVE |
| 28TH FL | 28TH FL | 28TH FL | 28TH FL |
| NEW YORK NY 10022 | NEW YORK NY 10022 | NEW YORK NY 10022 | NEW YORK NY 10022 |
| Steve.Branchflower@icbcstandard.com | Karin.Melling@icbcstandard.com | David.Guthrie@icbcstandard.com | Katarina.Cvijovic@icbcstandard.com |

18-13359-shl    Doc 921    Filed 04/17/19    Entered 04/17/19 10:37:40    Main Document
Miami Metals I, Inc., et al.
Pg 5 of 16

Electronic Mail
Exhibit Pages

Page # : 4 of 7                                                                                   04/12/2019 04:04:21 PM

| | | | |
|---|---|---|---|
| 000061P001-1398S-144<br>ICBC STANDARD BANK<br>LUDMILA FABIANOVA<br>520 MADISON AVE<br>28TH FL<br>NEW YORK NY 10022<br>Paul.McKerrel | 000063P001-1398S-144<br>ICBC STANDARD BANK LONDON<br>20 GRESHAM ST<br>LONDON  EC2V 7JE<br>UNITED KINGDOM<br>Steve.Branchflower@icbcstandard.com | 000063P001-1398S-144<br>ICBC STANDARD BANK LONDON<br>20 GRESHAM ST<br>LONDON  EC2V 7JE<br>UNITED KINGDOM<br>Karin.Melling@icbcstandard.com | 000063P001-1398S-144<br>ICBC STANDARD BANK LONDON<br>20 GRESHAM ST<br>LONDON  EC2V 7JE<br>UNITED KINGDOM<br>David.Guthrie@icbcstandard.com |
| 000063P001-1398S-144<br>ICBC STANDARD BANK LONDON<br>20 GRESHAM ST<br>LONDON  EC2V 7JE<br>UNITED KINGDOM<br>Katarina.Cvijovic@icbcstandard.com | 000063P001-1398S-144<br>ICBC STANDARD BANK LONDON<br>20 GRESHAM ST<br>LONDON  EC2V 7JE<br>UNITED KINGDOM<br>Paul.McKerrel | 000062P001-1398S-144<br>ICBC STANDARD BANK PLC<br>20 GRESHAM ST<br>LONDON  EC2V 7JE<br>UNITED KINGDOM<br>Steve.Branchflower@icbcstandard.com | 000062P001-1398S-144<br>ICBC STANDARD BANK PLC<br>20 GRESHAM ST<br>LONDON  EC2V 7JE<br>UNITED KINGDOM<br>Karin.Melling@icbcstandard.com |
| 000062P001-1398S-144<br>ICBC STANDARD BANK PLC<br>20 GRESHAM ST<br>LONDON  EC2V 7JE<br>UNITED KINGDOM<br>David.Guthrie@icbcstandard.com | 000062P001-1398S-144<br>ICBC STANDARD BANK PLC<br>20 GRESHAM ST<br>LONDON  EC2V 7JE<br>UNITED KINGDOM<br>Katarina.Cvijovic@icbcstandard.com | 000062P001-1398S-144<br>ICBC STANDARD BANK PLC<br>20 GRESHAM ST<br>LONDON  EC2V 7JE<br>UNITED KINGDOM<br>Paul.McKerrel | 000055P001-1398S-144<br>KARKOUR FINE JEWELRY, INC<br>SIMON SIMONIAN<br>628 SOUTH HILL STREET<br>LOS ANGELES CA 90014<br>SSIMONSEZZ@AOL.COM |
| 000111P001-1398S-144<br>KLESTADT WINTERS JURELLER ET AL.<br>SEAN C. SOUTHARD<br>200 WEST 41ST ST 17TH FL<br>NEW YORK NY 10036<br>SSOUTHARD@KLESTADT.COM | 000122P001-1398S-144<br>LAMONICA HERBST &  MANISCALCO LLP<br>DAVID A BLANSKY,ESQ<br>3305 JERUSALEM AVE STE 201<br>WANTAGH NY 11793<br>DAB@LHMLAWFIRM.COM | 000052P001-1398S-144<br>LAURELTON SOURCING LLC<br>MARY MESSIER<br>15 SYLVAN WAY<br>PARSIPPANY NJ 07834<br>JONATHAN.HENRY@TIFFANY.COM | 000121P001-1398S-144<br>LAW OFFICES OF FRANCIS J O'REILLY<br>FRANK J CORIGLIANO,ESQ<br>1961 ROUTE 6<br>CARMEL NY 10512<br>FCORIGLIANO@MAHOPACLAWYER.COM |
| 000074P001-1398S-144<br>LECLAIRRYAN PLLC<br>JANICE B GRUBIN<br>885 THIRD AVENUE, SIXTEENTH FLOOR<br>NEW YORK NY 10022<br>JANICE.GRUBIN@LECLAIRRYAN.COM | 000026P001-1398S-144<br>LUSKIN STERN & EISLER<br>MATTHEW O DONNELL<br>ELEVEN TIMES SQUARE<br>8TH AVE & 41ST STREET<br>NEW YORK NY 10036<br>ODONNELL@LSELLP.COM | 000025P002-1398S-144<br>LUSKIN STERN & EISLER LLP<br>RICHARD STERN<br>ELEVEN TIMES SQUARE<br>8TH AVE & 41ST STREET<br>NEW YORK NY 10036<br>STERN@LSELLP.COM | 000027P002-1398S-144<br>LUSKIN STERN & EISLER LLP<br>ALEX TALESNICK<br>ELEVEN TIMES SQUARE<br>8TH AVE & 41ST STREET<br>NEW YORK NY 10036<br>TALESNICK@LSELLP.COM |
| 000077P001-1398S-144<br>MADDIN HAUSER ROTH & HELLER PC<br>JULIE B TEICHER;DAVID M EISENBERG<br>28400 NORTHWESTERN HIGHWAY SECOND FLOOR<br>SOUTHFIELD MI 48034-1839<br>JTEICHER@MADDINHAUSER.COM | 000077P001-1398S-144<br>MADDIN HAUSER ROTH & HELLER PC<br>JULIE B TEICHER;DAVID M EISENBERG<br>28400 NORTHWESTERN HIGHWAY SECOND FLOOR<br>SOUTHFIELD MI 48034-1839<br>DEISENBERG@MADDINHAUSER.COM | 000076P001-1398S-144<br>MCELROY DEUTSCH MULVANEY & CARPENTER LLP<br>GARY D BRESSLER;NICOLE LEONARD<br>235 LIBERTY ST 36TH FLOOR<br>NEW YORK NY 10281<br>GBRESSLER@MDMC-LAW.COM | 000076P001-1398S-144<br>MCELROY DEUTSCH MULVANEY & CARPENTER LLP<br>GARY D BRESSLER;NICOLE LEONARD<br>235 LIBERTY ST 36TH FLOOR<br>NEW YORK NY 10281<br>NLEONARD@MDMC-LAW.COM |

18-13359-shl    Doc 921    Filed 04/17/19    Entered 04/17/19 10:37:40    Main Document
Pg 8 of 16

Miami Metals I, Inc., et al.
Electronic Mail
Exhibit Pages

Page # : 5 of 7                                                                04/12/2019 04:04:21 PM

| | | | |
|---|---|---|---|
| 000110P001-1398S-144<br>MCLAUGHLIN & STERN PLLC<br>STEVEN S NEWBURGH<br>CITYPLACE OFFICE TOWER STE 1700<br>525 OKEECHOBEE BLVD<br>WEST PALM BEACH FL 33401<br>SNEWBURGH@MCLAUGHLINSTERN.COM | 000043P001-1398S-144<br>MID-STATES RECYCLING<br>GARY DOLINKO<br>1841 BUSSE HIGHWAY<br>DES PLAINES IL 60016<br>GARYD@MIDSTATESRECYCLING.COM | 000038P001-1398S-144<br>MIDWEST REFINERIES<br>GARY FRENKEL<br>4471 FOREST AVE<br>WATERFORD MI 48328<br>MEGACOLLECTOR@YAHOO.COM | 000089P001-1398S-144<br>MINAS DE ORO NACIONAL SA DE CV<br>CELINA YANES<br>CALLE DE LOS PIMAS 81<br>COLONIA PARQUE INDUSTRIAL<br>HERMOSILLO SONORA  83299<br>MEXICO<br>celina.yanes@minasdeoro.com |
| 000035P001-1398S-144<br>MINERA REAL DEL ORO S.A. DE C.V.<br>DAVID A PONCZOCH<br>PLAZA SAN PEDRO NO. 113<br>DURANGO  34080<br>MEXICO<br>DAVE.PONCZOCH@ARGONAUTGOLD.COM | 000034P001-1398S-144<br>MINERA SANTA CRUZ S.A.<br>SERGIO RENARD<br>AVENIDA SANTA FE 2755 PISO 9<br>BUENOS AIRES  C14Z5BGC<br>ARGENTINA<br>DANIELLA.LAGUNA@HOCPLC.COM | 000034P001-1398S-144<br>MINERA SANTA CRUZ S.A.<br>SERGIO RENARD<br>AVENIDA SANTA FE 2755 PISO 9<br>BUENOS AIRES  C14Z5BGC<br>ARGENTINA<br>COMMERCIAL.HOC+NOREPLY@HOCPLC.COM | 000041P001-1398S-144<br>MINERA SANTA RITA, S.R.L. DE C.V.<br>FRANCISCO JAVIER HERNANDEZ<br>CALLE DE LOS PIMAS NO 81<br>COLONIA-PARQUE INDUSTRIAL<br>HERMOSILLO, SONORA  83299<br>MEXICO<br>GRACE.TANG@ALAMOSGOLD.COM |
| 000036P001-1398S-144<br>MINERA TRITON ARGENTINA S.A.<br>MARIANO PETRALLI<br>CORDOBA 836 7TH<br>BUENOS AIRES  C1054AAU<br>ARGENTINA<br>MPETRALLI@PASARGENTINA.COM | 000128P001-1398S-144<br>MUNSCH HARDT KOPF & HARR PC<br>THOMAS D BERGHMAN<br>500 N AKARD STE 3800<br>DALLAS TX 75201-6659<br>TBERGHMAN@MUNSCH.COM | 000129P002-1398S-144<br>Mikhail Usher<br>Usher Law Group P.C.<br>2711 Harway Avenue<br>BROOKLYN NY 11214<br>MikeUsher@UsherLegal.com | 000093P001-1398S-144<br>NEAL GERBER & EISENBERG LLP<br>JONATHAN S QUINN;MARK A BERKOFF;KEVIN G SCHNEIDER<br>TWO NORTH LASALLE STREET STE 1700<br>CHICAGO IL 60602-3801<br>JQUINN@NGE.COM |
| 000093P001-1398S-144<br>NEAL GERBER & EISENBERG LLP<br>JONATHAN S QUINN;MARK A BERKOFF;KEVIN G SCHNEIDER<br>TWO NORTH LASALLE STREET STE 1700<br>CHICAGO IL 60602-3801<br>MBERKOFF@NGE.COM | 000093P001-1398S-144<br>NEAL GERBER & EISENBERG LLP<br>JONATHAN S QUINN;MARK A BERKOFF;KEVIN G SCHNEIDER<br>TWO NORTH LASALLE STREET STE 1700<br>CHICAGO IL 60602-3801<br>KSCHNEIDER@NGE.COM | 000115P001-1398S-144<br>NELSON MULLINS RILEY & SCARBOROUGH LLP<br>DANIEL F BLANKS<br>50 N LAURA ST STE 4100<br>JACKSONVILLE FL 32202<br>DANIEL.BLANKS@NELSONMULLINS.COM | 000044P005-1398S-144<br>NUSANTARA DE MEXICO, S.A. DE C.V.<br>FIRST MAJESTIC SILVER CORP; RAY POLMAN<br>KAREN LIU<br>925 W. GEORGIA ST STE 1805<br>VANCOUVER BC V6C3L2<br>CANADA<br>RAY@FIRSTMAJESTIC.COM |
| 000044P005-1398S-144<br>NUSANTARA DE MEXICO, S.A. DE C.V.<br>FIRST MAJESTIC SILVER CORP; RAY POLMAN<br>KAREN LIU<br>925 W. GEORGIA ST STE 1805<br>VANCOUVER BC V6C3L2<br>CANADA<br>KAREN@FIRSTMAJESTIC.COM | 000085P001-1398S-144<br>PAUL HASTINGS LLP<br>NICHOLAS A BASSETT<br>875 15TH STREET NW<br>WASHINGTON DC 20005<br>NICHOLASBASSETT@PAULHASTINGS.COM | 000104P001-1398S-144<br>POLSINELLI PC<br>TREY A MONSOUR<br>1000 LOUISIANA ST STE 6400<br>HOUSTON TX 77002<br>TMONSOUR@POLSINELLI.COM | 000032P001-1398S-144<br>PREMIER GOLD MINES LIMITED<br>STEVE FILIPOVIC<br>1100 RUSSELL STREET<br>SUITE 200<br>THUNDER BAY ON P7B 5N2<br>CANADA<br>AP@PREMIERGOLDMINES.COM |
| 000054P001-1398S-144<br>PRETIUM EXPLORATION INC<br>TOM YIP (COMPLIANCE OFFICER)<br>2300, 1055 DUNSMUIR STREET<br>VANCOUVER BC V7X 1L4<br>CANADA<br>JSONG@PRETIVM.COM | 000033P003-1398S-144<br>PRIMERO EMPRESA MINERA S.A. DE C.V.<br>FIRST MAJESTIC SILVER; RAY POLMAN<br>KAREN LIU<br>925 W. GEORGIA ST STE 1805<br>VANCOUVER BC V6C3L2<br>CANADA<br>RAY@FIRSTMAJESTIC.COM | 000033P003-1398S-144<br>PRIMERO EMPRESA MINERA S.A. DE C.V.<br>FIRST MAJESTIC SILVER; RAY POLMAN<br>KAREN LIU<br>925 W. GEORGIA ST STE 1805<br>VANCOUVER BC V6C3L2<br>CANADA<br>KAREN@FIRSTMAJESTIC.COM | 000069P001-1398S-144<br>PRINCE AND IZANT<br>BRAD LINDHOLM<br>12999 PLAZA DR<br>CLEVELAND OH 44130<br>BLINDHOLM@PRINCEIZANT.COM |

18-13359-shl    Doc 921    Filed 04/17/19    Entered 04/17/19 10:37:40    Main Document
Pg 9 of 16

Miami Metals 1, Inc., et al.
Electronic Mail
Exhibit Pages

Page # : 6 of 7                                                                                                                     04/12/2019 04:04:21 PM

| | | | |
|---|---|---|---|
| 000050P001-1398S-144<br>QML, INC<br>BRIAN BUDOVSKY<br>272 FERRIS AVE<br>EAST PROVIDENCE RI 09216<br>MANDERSON@QML.US | 000097P001-1398S-144<br>RATTET PLLC<br>JAMES B GLUCKSMAN, ESQ<br>202 MAMARONECK AVE STE 300<br>WHITE PLAINS NY 10301<br>JBGLUCKSMAN@RATTETLAW.COM | 000098P002-1398S-144<br>RATTET PLLC<br>ROBERT L RATTET, ESQ<br>202 MAMARONECK AVE STE 300<br>WHITE PLAINS NY 10601<br>RRATTET@RATTETLAW.COM | 000071P001-1398S-144<br>RICH MICHAELSON MAGALIFF LLP<br>HOWARD P MAGALIFF<br>335 MADISON AVE 9TH FLOOR<br>NEW YORK NY 10017<br>hmagaliff@r3mlaw.com |
| 000094P001-1398S-144<br>RIKER DANZIG SCHERER HYLAND & PERRETTI LLP<br>JOSEPH L SCHWARTZ;CURTIS M PLAZA;TARA J SCHELHORN<br>500 FIFTH AVE, 49TH FLOOR<br>NEW YORK NY 10110<br>JSCHWARTZ@RIKER.COM | 000094P001-1398S-144<br>RIKER DANZIG SCHERER HYLAND & PERRETTI LLP<br>JOSEPH L SCHWARTZ;CURTIS M PLAZA;TARA J SCHELHORN<br>500 FIFTH AVE, 49TH FLOOR<br>NEW YORK NY 10110<br>CPLAZA@RIKER.COM | 000116P001-1398S-144<br>ROBINSON & COLE LLP<br>DAVIS LEE WRIGHT, ESQ<br>CHRYSLER EAST BUILDING<br>666 THIRD AVE.,20TH FLOOR<br>NEW YORK NY 10017<br>DWRIGHT@RC.COM | 000053P002-1398S-144<br>S & S METAL GROUP<br>JHEAN SANCHEZ<br>AV. PEDRO HENRIQUEZ URENA, NO.138<br>TORRE EMPRESARIAL REYNA II, SUITE 304<br>LA ESPERILLA<br>DOMINICAN REPUBLIC<br>INFO@SSMETALGROUP.COM |
| 000081P001-1398S-144<br>SELENDY & GAY PLLC<br>DAVID S FLUGMAN<br>1290 AVE OF THE AMERICAS<br>NEW YORK NY 10022<br>DFLUGMAN@SELENDYGAY.COM | 000091P001-1398S-144<br>SELENDY & GAY PLLC<br>DAVID L ELSBERG, ESQ<br>1290 AVE OF THE AMERICAS<br>NEW YORK NY 10022<br>DELSBERG@SELENDYGAY.COM | 000117P001-1398S-144<br>SHUMAKER LOOP & KENDRICK LLP<br>STEVEN M BERMAN<br>101 E KENNEDY BLVD STE 2800<br>TAMPA FL 33602<br>SBERMAN@SLK-LAW.COM | 000073P001-1398S-144<br>SHUTTS & BOWEN LLP<br>LARRY I GLICK, ESQ<br>200 SOUTH BISCAYNE BLVD STE 4100<br>MIAMI FL 33131<br>LGLICK@SHUTTS.COM |
| 000068P001-1398S-144<br>SK BULLION PTE LTD<br>TAY SHIN YOON<br>7 CHANGI BUSINESS PK VISTA #01-01<br>SINGAPORE 486042<br>SINGAPORE<br>TAYSHINYOON@SKBULLION.COM | 000042P002-1398S-144<br>SO ACCURATE GROUP, INC<br>LARRY WILSON<br>45-40 51ST ST<br>WOODSIDE NY 11377<br>LWILSON@SOACCURATE.COM | 000126P001-1398S-144<br>SPOTTS FAIN PC<br>ROBERT H CHAPPELL III;NEIL E MCCULLAGH<br>411 EAST FRANKLIN ST STE 600<br>RICHMOND VA 23219<br>RCHAPPELL@SPOTTSFAIN.COM | 000126P001-1398S-144<br>SPOTTS FAIN PC<br>ROBERT H CHAPPELL III;NEIL E MCCULLAGH<br>411 EAST FRANKLIN ST STE 600<br>RICHMOND VA 23219<br>NMCCULLAGH@SPOTTSFAIN.COM |
| 000070P001-1398S-144<br>SQUIRE PATTON BOGGS (US)LLLP<br>STEPHEN D LERNER<br>201 E FOURTH ST STE 1900<br>CINCINNATI OH 45202<br>STEPHEN.LERNER@SQUIREPB.COM | 000118P001-1398S-144<br>STEINHILBER SWANSON LLP<br>MICHAEL P RICHMAN<br>122 W WASHINGTON STE 850<br>MADISON WI 53703<br>MRICHMAN@STEINHILBERSWANSON.COM | 000029P001-1398S-144<br>SUMITOMO<br>DANIEL IZZO<br>300 MADISON AVENUE<br>NEW YORK NY 10017<br>BACK@SCGCUK.COM | 000131P003-1398S-144<br>Shelley S. Buchanan<br>Bay Area Metals<br>912 Cole Street<br>PMB 120<br>San Francisco CA 94117<br>ssbuchananlaw@gmail.com |
| 000124P001-1398S-144<br>THE LAW OFFICES OF MARK J FRIEDMAN PC<br>THOMAS J FRANK,ESQ<br>SPLIT ROCK LEGAL BUILDING<br>66 SPLIT ROCK ROAD<br>SYOSSET NY 11791<br>MFRIEDMAN@FRIEDMANPC.COM | 000124P001-1398S-144<br>THE LAW OFFICES OF MARK J FRIEDMAN PC<br>THOMAS J FRANK,ESQ<br>SPLIT ROCK LEGAL BUILDING<br>66 SPLIT ROCK ROAD<br>SYOSSET NY 11791<br>TFRANK@FRIEDMANPC.COM | 000078P001-1398S-144<br>TORYS LLP<br>ALISON D BAUER;WILLIAM F GRAY JR<br>1114 AVE OF THE AMERICAS, 23RD FLOOR<br>NEW YORK NY 10036<br>ABAUER@TORYS.COM | 000078P001-1398S-144<br>TORYS LLP<br>ALISON D BAUER;WILLIAM F GRAY JR<br>1114 AVE OF THE AMERICAS, 23RD FLOOR<br>NEW YORK NY 10036<br>WGRAY@TORYS.COM |

18-13359-shl    Doc 921    Filed 04/17/19    Entered 04/17/19 10:37:40    Main Document
Miami Metals I, Inc., et al.
Pg 10 of 16

**Electronic Mail**
**Exhibit Pages**

Page # : 7 of 7                                                                                                              04/12/2019 04:04:21 PM

000133P001-1398S-144
TORYS LLP
JACLYN J LEADER
1114 AVE OF THE AMERICAS, 23RD FLOOR
NEW YORK NY 10036
JLEADER@TORYS.COM

000051P001-1398S-144
WHARF RESOURCES (USA), INC
COURTNEY LYNN
10928 WHARF ROAD
LEAD SD 57754
METALSALES@COEUR.COM

Records Printed :    **146**

# EXHIBIT 2

18-13359-shl    Doc 921    Filed 04/17/19    Entered 04/17/19 10:37:40    Main Document
Pg 12 of 16

Miami Metals I, Inc., et al.
Exhibit Pages

Page # : 1 of 5                                                                                           04/12/2019 04:02:05 PM

| | | | |
|---|---|---|---|
| 000079P001-1398S-144<br>ALSTON & BIRD LLP<br>JOHN W WEISS<br>90 PARK AVENUE<br>NEW YORK NY 10016-1387 | 000080P001-1398S-144<br>ALSTON & BIRD LLP<br>JONATHAN T EDWARDS<br>1201 WEST PEACHTREE ST<br>ATLANTA GA 30309 | 000066P002-1398S-144<br>APMEX<br>DOUG STERK<br>226 DEAN MCGEE AVE<br>OKLAHOMA CITY OK 73102 | 000119P002-1398S-144<br>ARCHER & GREINER PC<br>G DICONZA;J TRAURIG; L SCHILDKRAUT<br>630 THIRD AVE<br>NEW YORK NY 10017 |
| 000127P001-1398S-144<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>D TYLER NURNBERG<br>70 W MADISON ST STE 4200<br>CHICAGO IL 60602 | 000092P001-1398S-144<br>BAST AMRON LLP<br>JEFFREY P BAST, ESQ<br>SUN TRUST INTERNATIONAL CENTER<br>ONE SOUTHEAST THIRD AVE STE 1400<br>MIAMI FL 33131 | 000067P001-1398S-144<br>BAYSIDE METAL EXCHANGE<br>EUGENE FOGEL<br>6701 CENTER DR<br>STE 840<br>LOS ANGELES CA 90045 | 000099P001-1398S-144<br>BECKER GLYNN MUFFLY CHASSIN & HOSINSKI LLP<br>ALEC P OSTROW<br>299 PARK AVENUE, 16TH FLOOR<br>NEW YORK NY 10171 |
| 000083P003-1398S-144<br>BENNET JONES LLP<br>PREET K BELL;ABBAS ALI KHAN<br>3400 ONE FIRST CANADIAN PLACE<br>PO BOX 130<br>TORONTO ON M5X 1A4<br>CANADA | 000058P001-1398S-144<br>BORGES & ASSOCIATES LLC<br>WANDA BORGES; SUE L CHIN<br>575 UNDERHILL BLVD STE 118<br>SYOSSET NY 11791 | 000132P001-1398S-144<br>Bruce Dopke<br>Stahl Cowen Crowley Addis, LLC<br>Design Gold Group. Inc<br>55 W. Monroe Street, Suite 1200<br>CHICAGO IL 60603 | 000020P001-1398S-144<br>CALIFORNIA FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS:A-340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 |
| 000125P001-1398S-144<br>CARTER LEDYARD & MILBURN LLP<br>AARON R CAHN<br>2 WALL ST<br>NEW YORK NY 10005 | 000028P001-1398S-144<br>COEUR MEXICANA SA DE CV<br>AVE. VALLE ESCONDIDO # 5500-401 /<br>FRACC. DESARROLLO EL SAUCITO<br>CHIHUAHUA   31125<br>MEXICO | 000039P001-1398S-144<br>COEUR ROCHESTER<br>PO BOX 1057 I80<br>LOVELOCK NV 89419 | 000134P002-1398S-144<br>COLLERAN O'HARA & MILLS LLP<br>STEVEN C. FARKAS, ESQ.<br>100 CROSSWAYS PARK DR W STE 200<br>WOODBURY NY 11797 |
| 000056P001-1398S-144<br>COMPANIA MINERA DOLORES, S.A. DE C.V.<br>IGNACIO COUTURIER/HOMERO ADAMECRUZ<br>AV. FERROCARRIL NO. 99 / PISO 1 LOCAL 1<br>DURANGO   3447<br>MEXICO | 000045P001-1398S-144<br>COMPANIA MINERA PITALLA S.A. DE C.V.<br>DAVID A PONCZOCH<br>BLVD. CARLOS QUINTERO ARCE NO. 24 B<br>HERMOSILLO, SONORA   83247<br>MEXICO | 000106P001-1398S-144<br>CONWAY & CONWAY<br>KEVIN P CONWAY, ESQ<br>122 E 42ND ST STE 1612<br>NEW YORK NY 10168 | 000086P003-1398S-144<br>COOLEY LLP<br>SETH VAN AALTEN;ROBERT WINNING; SARAH CARNES<br>SUMMER M MCKEE<br>55 HUDSON YARDS<br>NEW YORK NY 10001 |
| 000120P001-1398S-144<br>CULLEN AND DYKMAN LLP<br>MATTHEW G ROSEMAN,ESQ<br>100 QUENTIN ROOSEVELT BLVD<br>GARDEN CITY NY 11530 | 000090P001-1398S-144<br>DESARROLLOS MINEROS SAN LUIS S.A. DE C.V.<br>HARPREET DHALIWAL/LEA GOLD<br>AV. PASEO DE LAS PALMAS #425 PISO 15. COL. LOMAS<br>DE CHAPULTEPEC<br>MEXICO CITY CP 11000<br>MEXICO | 000096P001-1398S-144<br>DLA PIPER LLP (US)<br>RICHARD F HANS;RACHEL EHRLICH ALBANESE<br>1251 AVE OF THE AMERICAS<br>NEW YORK NY 10020 | 000048P001-1398S-144<br>DON DAVID GOLD MEXICO S.A. DE C.V.<br>CALLE DE LAS ROSAS NO. 339<br>COLONIA REFORMA<br>OAXACA DE JUAREZ  68050<br>MEXICO |
| 000082P002-1398S-144<br>DORSEY & WHITNEY LLP<br>E L SCHNABEL;D P GOLDBERGER;J D MIKHAILEVICH;J M W<br>51 WEST 52ND ST<br>NEW YORK NY 10019 | 000112P001-1398S-144<br>DYKEMA GOSSETT PLLC<br>MARK ANDREWS; JEFFREY FINE; AARON KAUFMAN<br>1717 MAIN ST STE 4200<br>DALLAS TX 75201 | 000107P001-1398S-144<br>EMOUNA & MIKHAIL PC<br>MATIN EMOUNA<br>100 GARDEN CITY PLAZA STE 520<br>GARDEN CITY NY 11530 | 000030P001-1398S-144<br>ERIE MANAGEMENT PARTNERS<br>MITCHELL T LEVINE<br>348 HARRIS HILL RD<br>WILLIAMSVILLE NY 14221 |

18-13359-shl    Doc 921    Filed 04/17/19    Entered 04/17/19 10:37:40    Main Document
Pg 13 of 16

Miami Metals I, Inc., et al.
Exhibit Pages

Page # : 2 of 5                                                                                                    04/12/2019 04:02:06 PM

| | | | |
|---|---|---|---|
| 000031P001-1398S-144<br>ESTELAR RESOURCES LIMITED S.A.<br>PAUL BUCHANAN<br>ROYAL BANK PLANZA NORTH TOWER<br>200 BAY STREET STE 2200<br>TORONTO ON M5J 2J3<br>CANADA | 000057P001-1398S-144<br>EXPORT GOLD S.A.<br>PARQUE INDUSTRIAL CHACALLUT - LOCAL 3<br>ARICA<br>CHILE | 000040P001-1398S-144<br>EZ PAWN<br>AARON S. BARRETT<br>1901 CAPITAL PARKWAY<br>AUSTIN TX 78746 | 000130P002-1398S-144<br>Edward Nektalov<br>Eddie & Co. of NY, Inc. d/b/a Diamond Kingdom<br>55 W. 4th Street, Suite 330, FL 3<br>NEW YORK NY 10036 |
| 000084P001-1398S-144<br>FRIEDMAN KAPLAN SEILER & ADELMAN LLP<br>ERIC SEILER;JASON C RUBINSTEIN;JAMUNA D KELLEY<br>7 TIMES SQUARE<br>NEW YORK NY 10036-6516 | 000087P001-1398S-144<br>FUNDACION RAFAEL DONDE IAP<br>EVANGELINA BERNAL<br>MONTE DE PIEDAD 3.CENTRO ZONA 1<br>DEL.CUAUHTEMOC<br>MEXICO CDMX 06000<br>MEXICO | 000088P001-1398S-144<br>FUNDACION RAFAEL DONDE IAP ( INVENTARIO  MEXICO )<br>EVANGELINA BERNAL<br>MONTE DE PIEDAD 3.CENTRO ZONA 1<br>DEL.CUAUHTEMOC<br>MEXICO CDMX<br>MEXICO | 000072P001-1398S-144<br>GARFUNKEL WILD PC<br>BURTON S WESTON, ESQ<br>111 GREAT NECK ROAD STE 600<br>GREAT NECK NY 11201 |
| 000037P001-1398S-144<br>GEIB REFINING CORPORATION<br>KENNETH WIGHTMAN<br>399 KILVERT STREET<br>WARWICK RI 02886 | 000049P001-1398S-144<br>GENERAL REFINING AND SMELTING CORPORATION<br>PETER SPERA<br>59 MADISON AVE<br>HEMPSTEAD NY 11550 | 000114P001-1398S-144<br>GIBBONS PC<br>DAVID N CRAPO, ESQ<br>ONE GATEWAY CENTER<br>NEWARK NJ 07102-5310 | 000059P001-1398S-144<br>GIBSON DUNN & CRUTCHER LLP<br>MICHAEL A ROSENTHAL;KEITH R MARTORANA<br>200 PARK AVE<br>NEW YORK NY 10166-0193 |
| 000108P001-1398S-144<br>GIBSON DUNN & CRUTCHER LLP<br>JENNIFER L CONN,ESQ<br>200 PARK AVE<br>NEW YORK NY 10166-0193 | 000109P001-1398S-144<br>GIBSON DUNN & CRUTCHER LLP<br>MATTHEW PORCELLO,ESQ<br>200 PARK AVE<br>NEW YORK NY 10166-0193 | 000064P001-1398S-144<br>GREEN & SKLARZ LLC<br>ROBERT M FLEISCHER<br>700 STATE ST STE 100<br>NEW HAVEN CT 06511 | 000075P001-1398S-144<br>GREEN & SKLARZ LLC<br>KELLIANNE BARANOWSKY<br>700 STATE ST STE 100<br>NEW HAVEN CT 06511 |
| 000095P001-1398S-144<br>HAHN LOESER & PARKS LLP<br>ROCCO I DEBITETTO, ESQ<br>200 PUBLIC SQUARE STE 2800<br>CLEVELAND OH 44114 | 000105P001-1398S-144<br>HALPERIN BATTAGLIA BENZIJA LLP<br>DONNA H LIEBERMAN, ESQ<br>40 WALL ST, 37TH FLOOR<br>NEW YORK NY 10005 | 000023P001-1398S-144<br>HAYNES & BOONE<br>ELI COLUMBUS<br>2323 VICTORY AVENUE<br>SUITE 700<br>DALLAS TX 75219 | 000024P001-1398S-144<br>HAYNES & BOONE<br>FRASHER MURPHY<br>2323 VICTORY AVENUE<br>SUITE 700<br>DALLAS TX 75219 |
| 000060P001-1398S-144<br>HINCKLEY ALLEN &SNYDER LLP<br>JENNIFER V DORAN,ESQ<br>28 STATE ST<br>BOSTON MA 02109 | 000046P001-1398S-144<br>HORIZON METALS<br>5739 W. HOWARD ST<br>NILES IL 68050 | 000010P001-1398S-144<br>INTERNAL REVENUE SERVICE<br>PO BOX 21126<br>PHILADELPHIA PA 19114 | 000011P001-1398S-144<br>INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| 000055P001-1398S-144<br>KARKOUR FINE JEWELRY, INC<br>SIMON SIMONIAN<br>628 SOUTH HILL STREET<br>LOS ANGELES CA 90014 | 000111P001-1398S-144<br>KLESTADT WINTERS JURELLER ET AL.<br>SEAN C. SOUTHARD<br>200 WEST 41ST ST 17TH FL<br>NEW YORK NY 10036 | 000122P001-1398S-144<br>LAMONICA HERBST &  MANISCALCO LLP<br>DAVID A BLANSKY,ESQ<br>3305 JERUSALEM AVE STE 201<br>WANTAGH NY 11793 | 000052P001-1398S-144<br>LAURELTON SOURCING LLC<br>MARY MESSIER<br>15 SYLVAN WAY<br>PARSIPPANY NJ 07834 |

Miami Metals I, Inc., et al.
Exhibit Pages

Page # : 3 of 5                                                                                         04/12/2019 04:02:06 PM

| | | | |
|---|---|---|---|
| 000121P001-1398S-144<br>LAW OFFICES OF FRANCIS J O'REILLY<br>FRANK J CORIGLIANO,ESQ<br>1961 ROUTE 6<br>CARMEL NY 10512 | 000074P001-1398S-144<br>LECLAIRRYAN PLLC<br>JANICE B GRUBIN<br>885 THIRD AVENUE, SIXTEENTH FLOOR<br>NEW YORK NY 10022 | 000026P001-1398S-144<br>LUSKIN STERN & EISLER<br>MATTHEW O DONNELL<br>ELEVEN TIMES SQUARE<br>8TH AVE & 41ST STREET<br>NEW YORK NY 10036 | 000025P002-1398S-144<br>LUSKIN STERN & EISLER LLP<br>RICHARD STERN<br>ELEVEN TIMES SQUARE<br>8TH AVE & 41ST STREET<br>NEW YORK NY 10036 |
| 000027P002-1398S-144<br>LUSKIN STERN & EISLER LLP<br>ALEX TALESNICK<br>ELEVEN TIMES SQUARE<br>8TH AVE & 41ST STREET<br>NEW YORK NY 10036 | 000077P001-1398S-144<br>MADDIN HAUSER ROTH & HELLER PC<br>JULIE B TEICHER;DAVID M EISENBERG<br>28400 NORTHWESTERN HIGHWAY SECOND FLOOR<br>SOUTHFIELD MI 48034-1839 | 000076P001-1398S-144<br>MCELROY DEUTSCH MULVANEY & CARPENTER LLP<br>GARY D BRESSLER;NICOLE LEONARD<br>235 LIBERTY ST 36TH FLOOR<br>NEW YORK NY 10281 | 000110P001-1398S-144<br>MCLAUGHLIN & STERN PLLC<br>STEVEN S NEWBURGH<br>CITYPLACE OFFICE TOWER STE 1700<br>525 OKEECHOBEE BLVD<br>WEST PALM BEACH FL 33401 |
| 000019P001-1398S-144<br>MICHIGAN DEPARTMENT OF TREASURY<br>TAX POLICY DIVISION<br>ATTN: LITIGATION LIAISON<br>430 WEST ALLEGAN STREET<br>2ND FLOOR, AUSTIN BUILDING<br>LANSING MI 48922 | 000043P001-1398S-144<br>MID-STATES RECYCLING<br>GARY DOLINKO<br>1841 BUSSE HIGHWAY<br>DES PLAINES IL 60016 | 000038P001-1398S-144<br>MIDWEST REFINERIES<br>GARY FRENKEL<br>4471 FOREST AVE<br>WATERFORD MI 48328 | 000089P001-1398S-144<br>MINAS DE ORO NACIONAL SA DE CV<br>CELINA YANES<br>CALLE DE LOS PIMAS 81<br>COLONIA PARQUE INDUSTRIAL<br>HERMOSILLO SONORA  83299<br>MEXICO |
| 000035P001-1398S-144<br>MINERA REAL DEL ORO S.A. DE C.V.<br>DAVID A PONCZOCH<br>PLAZA SAN PEDRO NO. 113<br>DURANGO  34080<br>MEXICO | 000034P001-1398S-144<br>MINERA SANTA CRUZ S.A.<br>SERGIO RENARD<br>AVENIDA SANTA FE 2755 PISO 9<br>BUENOS AIRES  C14Z5BGC<br>ARGENTINA | 000041P001-1398S-144<br>MINERA SANTA RITA, S.R.L. DE C.V.<br>FRANCISCO JAVIER HERNANDEZ<br>CALLE DE LOS PIMAS NO 81<br>COLONIA-PARQUE INDUSTRIAL<br>HERMOSILLO, SONORA  83299<br>MEXICO | 000036P001-1398S-144<br>MINERA TRITON ARGENTINA S.A.<br>MARIANO PETRALLI<br>CORDOBA 836 7TH<br>BUENOS AIRES  C1054AAU<br>ARGENTINA |
| 000128P001-1398S-144<br>MUNSCH HARDT KOPF & HARR PC<br>THOMAS D BERGHMAN<br>500 N AKARD STE 3800<br>DALLAS TX 75201-6659 | 000129P002-1398S-144<br>Mikhail Usher<br>Usher Law Group P.C.<br>2711 Harway Avenue<br>BROOKLYN NY 11214 | 000093P001-1398S-144<br>NEAL GERBER & EISENBERG LLP<br>JONATHAN S QUINN;MARK A BERKOFF;KEVIN G SCHNEIDER<br>TWO NORTH LASALLE STREET STE 1700<br>CHICAGO IL 60602-3801 | 000115P001-1398S-144<br>NELSON MULLINS RILEY & SCARBOROUGH LLP<br>DANIEL F BLANKS<br>50 N LAURA ST STE 4100<br>JACKSONVILLE FL 32202 |
| 000044P005-1398S-144<br>NUSANTARA DE MEXICO, S.A. DE C.V.<br>FIRST MAJESTIC SILVER CORP; RAY POLMAN<br>KAREN LIU<br>925 W. GEORGIA ST STE 1805<br>VANCOUVER BC V6C3L2<br>CANADA | 000008P001-1398S-144<br>NYS DEPT. OF TAXATION & FINANCE<br>OFFICE OF COUNSEL<br>15 METROTECH CENTER<br>BROOKLYN NY 11201-3827 | 000007P001-1398S-144<br>NYS DEPT. TAXATION & FINANCE<br>BANKRUPTCY/SPECIAL PROCEDURES SECTION<br>PO BOX 5300<br>ALBANY NY 12205-0300 | 000009P001-1398S-144<br>NYS UNEMPLOYMENT INSURANCE FUND<br>PO BOX 551<br>ALBANY NY 12201 |
| 000013P001-1398S-144<br>OFFICE OF THE UNITED STATES TRUSTEE<br>U.S. FEDERAL OFFICE BUILDING<br>201 VARICK STREET<br>SUITE 1006<br>NEW YORK NY 10014 | 000047P001-1398S-144<br>OXIDOS DE PASCO SAC<br>JUAN IGNACIO DE LA TORRE<br>AV. MANUEL OLGUIN #375 URB<br>LOS GRANADOS<br>LIMA, SANTIAGO DE SURCO  33<br>PERU | 000085P001-1398S-144<br>PAUL HASTINGS LLP<br>NICHOLAS A BASSETT<br>875 15TH STREET NW<br>WASHINGTON DC 20005 | 000104P001-1398S-144<br>POLSINELLI PC<br>TREY A MONSOUR<br>1000 LOUISIANA ST STE 6400<br>HOUSTON TX 77002 |

18-13359-shl    Doc 921    Filed 04/17/19    Entered 04/17/19 10:37:40    Main Document
Pg 15 of 16

Miami Metals I, Inc., et al.
Exhibit Pages

Page # : 4 of 5                                                                                       04/12/2019 04:02:06 PM

| | | | |
|---|---|---|---|
| 000032P001-1398S-144<br>PREMIER GOLD MINES LIMITED<br>STEVE FILIPOVIC<br>1100 RUSSELL STREET<br>SUITE 200<br>THUNDER BAY ON P7B 5N2<br>CANADA | 000054P001-1398S-144<br>PRETIUM EXPLORATION INC<br>TOM YIP (COMPLIANCE OFFICER)<br>2300, 1055 DUNSMUIR STREET<br>VANCOUVER BC V7X 1L4<br>CANADA | 000033P003-1398S-144<br>PRIMERO EMPRESA MINERA S.A. DE C.V.<br>FIRST MAJESTIC SILVER; RAY POLMAN<br>KAREN LIU<br>925 W. GEORGIA ST STE 1805<br>VANCOUVER BC V6C3L2<br>CANADA | 000069P001-1398S-144<br>PRINCE AND IZANT<br>BRAD LINDHOLM<br>12999 PLAZA DR<br>CLEVELAND OH 44130 |
| 000050P001-1398S-144<br>QML, INC<br>BRIAN BUDOVSKY<br>272 FERRIS AVE<br>EAST PROVIDENCE RI 09216 | 000097P001-1398S-144<br>RATTET PLLC<br>JAMES B GLUCKSMAN, ESQ<br>202 MAMARONECK AVE STE 300<br>WHITE PLAINS NY 10301 | 000098P002-1398S-144<br>RATTET PLLC<br>ROBERT L RATTET, ESQ<br>202 MAMARONECK AVE STE 300<br>WHITE PLAINS NY 10601 | 000071P001-1398S-144<br>RICH MICHAELSON MAGALIFF LLP<br>HOWARD P MAGALIFF<br>335 MADISON AVE 9TH FLOOR<br>NEW YORK NY 10017 |
| 000094P001-1398S-144<br>RIKER DANZIG SCHERER HYLAND & PERRETTI LLP<br>JOSEPH L SCHWARTZ;CURTIS M PLAZA;TARA J SCHELHORN<br>500 FIFTH AVE, 49TH FLOOR<br>NEW YORK NY 10110 | 000116P001-1398S-144<br>ROBINSON & COLE LLP<br>DAVIS LEE WRIGHT, ESQ<br>CHRYSLER EAST BUILDING<br>666 THIRD AVE.,20TH FLOOR<br>NEW YORK NY 10017 | 000053P002-1398S-144<br>S & S METAL GROUP<br>JHEAN SANCHEZ<br>AV. PEDRO HENRIQUEZ URENA, NO.138<br>TORRE EMPRESARIAL REYNA II, SUITE 304<br>LA ESPERILLA<br>DOMINICAN REPUBLIC | 000014P001-1398S-144<br>SECURITIES & EXCHANGE COMMISSION<br>NEW YORK REGIONAL OFFICE<br>BROOKFIELD PLACE<br>200 VESSEY STREET, SUITE 400<br>NEW YORK NY 10281 |
| 000081P001-1398S-144<br>SELENDY & GAY PLLC<br>DAVID S FLUGMAN<br>1290 AVE OF THE AMERICAS<br>NEW YORK NY 10022 | 000091P001-1398S-144<br>SELENDY & GAY PLLC<br>DAVID L ELSBERG, ESQ<br>1290 AVE OF THE AMERICAS<br>NEW YORK NY 10022 | 000117P001-1398S-144<br>SHUMAKER LOOP & KENDRICK LLP<br>STEVEN M BERMAN<br>101 E KENNEDY BLVD STE 2800<br>TAMPA FL 33602 | 000073P001-1398S-144<br>SHUTTS & BOWEN LLP<br>LARRY I GLICK, ESQ<br>200 SOUTH BISCAYNE BLVD STE 4100<br>MIAMI FL 33131 |
| 000068P001-1398S-144<br>SK BULLION PTE LTD<br>TAY SHIN YOON<br>7 CHANGI BUSINESS PK VISTA #01-01<br>SINGAPORE  486042<br>SINGAPORE | 000042P002-1398S-144<br>SO ACCURATE GROUP, INC<br>LARRY WILSON<br>45-40 51ST ST<br>WOODSIDE NY 11377 | 000021P001-1398S-144<br>SOCIAL SECURITY ADMINISTRATION<br>OFFICE OF THE REGIONAL CHIEF COUNSEL<br>26 FEDERAL PLAZA<br>ROOM 3904<br>NEW YORK NY 10278 | 000126P001-1398S-144<br>SPOTTS FAIN PC<br>ROBERT H CHAPPELL III;NEIL E MCCULLAGH<br>411 EAST FRANKLIN ST STE 600<br>RICHMOND VA 23219 |
| 000070P001-1398S-144<br>SQUIRE PATTON BOGGS (US)LLLP<br>STEPHEN D LERNER<br>201 E FOURTH ST STE 1900<br>CINCINNATI OH 45202 | 000118P001-1398S-144<br>STEINHILBER SWANSON LLP<br>MICHAEL P RICHMAN<br>122 W WASHINGTON STE 850<br>MADISON WI 53703 | 000029P001-1398S-144<br>SUMITOMO<br>DANIEL IZZO<br>300 MADISON AVENUE<br>NEW YORK NY 10017 | 000131P003-1398S-144<br>Shelley S. Buchanan<br>Bay Area Metals<br>912 Cole Street<br>PMB 120<br>San Francisco CA 94117 |
| 000124P001-1398S-144<br>THE LAW OFFICES OF MARK J FRIEDMAN PC<br>THOMAS J FRANK,ESQ<br>SPLIT ROCK LEGAL BUILDING<br>66 SPLIT ROCK ROAD<br>SYOSSET NY 11791 | 000078P001-1398S-144<br>TORYS LLP<br>ALISON D BAUER;WILLIAM F GRAY JR<br>1114 AVE OF THE AMERICAS, 23RD FLOOR<br>NEW YORK NY 10036 | 000133P001-1398S-144<br>TORYS LLP<br>JACLYN J LEADER<br>1114 AVE OF THE AMERICAS,23RD FLOOR<br>NEW YORK NY 10036 | 000018P001-1398S-144<br>U.S. DEPARTMENT OF EDUCATION<br>PO BOX 5609<br>GREENVILLE TX 75403-5609 |

**Miami Metals I, Inc., et al.**
**Exhibit Pages**

Page # : 5 of 5 　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　04/12/2019 04:02:06 PM

| | | | |
|---|---|---|---|
| 000016P001-1398S-144 | 000017P001-1398S-144 | 000012P001-1398S-144 | 000051P001-1398S-144 |
| U.S. DEPT. OF HEALTH & HUMAN SERVICES | U.S. ENVIRONMENTAL PROT. AGENCY | UNITED STATES ATTORNEY | WHARF RESOURCES (USA), INC |
| OFFICE OF THE GENERAL COUNSEL | ATTN: ROBERT ROBERTS | ATTN: TAX & BANKRUPTCY UNIT | COURTNEY LYNN |
| 26 FEDERAL PLAZA | 1200 PENNSYLVANIA AVE, N.W. | 86 CHAMBERS STREET | 10928 WHARF ROAD |
| ROOM 3908 | MAIL CODE 2272A | 3RD FLOOR | LEAD SD 57754 |
| NEW YORK NY 10278 | WASHINGTON DC 20004-2004 | NEW YORK NY 10007 | |

Records Printed :    116