| | |
|---|---|
| John E. Mitchell (Admitted *Pro Hac Vice*) <br> Yelena Archiyan (Admitted in New York) <br> AKERMAN LLP <br> 2001 Ross Avenue, Ste. 3600 <br> Dallas, TX  75201 <br> Tel.: (214) 720-4300 <br> Fax: (214) 981-9339 | Andrea S. Hartley (Admitted *Pro Hac Vice*) <br> Joanne Geland (Admitted in New York) <br> Katherine C. Fackler (Admitted *Pro Hac Vice*) <br> AKERMAN LLP <br> 98 Southeast Seventh Street, Ste. 1100 <br> Miami, FL 33131 <br> Tel.: (305) 374-5600 <br> Fax: (305) 374-5095 |

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| MIAMI METALS I, INC., *et al.*[1] ) | Case No. 18-13359 (shl) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |
| | **RELATED DOC. NO. 706** |

**DEBTORS' SECOND NOTICE OF**
**PROPOSED SALE OF PROPERTY OF THE ESTATE**
(Remaining Assets)

Miami Metals I, Inc., *et al*., as debtors and debtors in possession (collectively, the "Debtors"), by and through undersigned counsel and pursuant to this Court's *Order Granting Debtors' Amended Motion to Sell Remaining Assets of the Estate Free and Clear of All Liens, Claims, Rights, Title, Interests and Encumbrances Pursuant to 11 U.S.C. § 363* (the "Sale Order") [ECF No. 706][2], hereby give notice of their interest to sell certain Remaining Assets, as set forth below:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Miami Metals I, Inc. (f/k/a Republic Metals Refining Corporation), 15 West 47th Street, Suites 206 and 209, New York, NY 10036 (3194); Miami Metals II, Inc. (f/k/a Republic Metals Corporation), 12900 NW 38th Avenue, Miami, FL 33054 (4378); Miami Metals III LLC (f/k/a Republic Carbon Company), LLC, 5295 Northwest 163rd Street, Miami Gardens, FL 33014 (5833); Miami Metals IV LLC (f/k/a J & L Republic LLC, 12900 NW 38th Avenue, Miami, FL 33054 (7604); Miami Metals V LLC (f/k/a R & R Metals, LLC),  12900 NW 38th Avenue, Miami, FL 33054 (7848); Miami Metals VI (f/k/a RMC Diamonds, LLC), 12900 NW 38th Avenue, Miami, FL 33054 (1507); Miami Metals VII (f/k/a RMC2, LLC, 12900 NW 38th Avenue, Miami, FL 33054 (4696); Miami Metals VIII (f/k/a Republic High Tech Metals, LLC), 13001 NW 38 Avenue, Miami, FL 33054 (6102), 12900 NW 38th Avenue, Miami, FL 33054 (1507); Republic Metals Trading (Shanghai) Co., Ltd., 276 Ningbo Road, Huangpu District, Shanghai, P.R. 200001 China (1639); and Republic Trans Mexico Metals, S.R.L., Francisco I. Madero No. 55 Piso 5, Local 409, Centro Joyero Edificio Central, Delegación Cuauhtémoc, Mexico DF 6000  (2942).

[2] Defined terms from the Sale Order are incorporated by reference herein.

A. **Silver**

1. **Remaining Asset(s)**: 77,617.32 oz pure silver.

2. **Sale Price**: spot price (Local Miami), less $.145/oz. to cover shipping costs.

3. **Payment Terms**: Payment will be made within 10 days of shipment.

4. **Refining or Processing Fees and Charges**: None.

5. **Date of Sale, Delivery, or Settlement**: Approximately two (2) days after expiration of the objection period under this Notice.

6. **Debtors' estimate of good faith allocation**: 100% to silver.

B. **Gold**

1. **Remaining Asset(s)**: 142.85 oz pure gold.

2. **Sale Price**: spot price (Local Miami), less $1.38/oz. to cover shipping costs

3. **Payment Terms**: Payment will be made within ten (10) days of shipment.

4. **Refining or Processing Fees and Charges**: None.

5. **Date of Sale, Delivery, or Settlement**: Approximately two (2) days after expiration of the objection period under this Notice.

6. **Debtors' estimate of good faith allocation**: 100% to gold.

C. **Platinum**

1. **Remaining Asset(s)**: 163.39 oz platinum.

2. **Sale Price**: spot price (Local Miami), less $1.23/oz. to cover shipping costs.

3. **Payment Terms**: Payment will be made within ten (10) days of shipment.

4. **Refining or Processing Fees and Charges**: treatment costs of $1,575 and metal retention charge of 1.5%.

  5. **Date of Sale, Delivery, or Settlement**: Approximately two (2) days after expiration of the objection period under this Notice.

  6. **Debtors' estimate of good faith allocation**: 100% to platinum.

**D. Ruthenium**

  1. **Remaining Asset(s)**: 24.86 oz ruthenium.

  2. **Sale Price**: spot price (Local Miami), less $1.38/oz. to cover shipping costs

  3. **Payment Terms**: Payment will be made within ten (10) days of shipment.

  4. **Refining or Processing Fees and Charges**: treatment costs of $1,050 and metal retention charge of 1.5%.

  5. **Date of Sale, Delivery, or Settlement**: Approximately two (2) days after expiration of the objection period under this Notice.

  6. **Debtors' estimate of good faith allocation**: 100% to ruthenium.

**E. Impure Bars**

  1. **Remaining Asset(s)**: 462.1 kg (54.7 kg gold; 400.6 kg silver; 42.3 kg platinum; 4.5 kg palladium).

  2. **Sale Price**: spot price (Local Miami), less $16.23/kg to cover shipping costs

  3. **Payment Terms**: Payment will be made within thirty (30) days of shipping.

  4. **Refining or Processing Fees and Charges**: treatment costs of $35,000 and metal retention charge of .75%.

  5. **Date of Sale, Delivery, or Settlement**: Approximately two (2) days after expiration of the objection period under this Notice.

  6. **Debtors' estimate of good faith allocation**: 11.8% to gold; 86.7% to silver; .5% to platinum; 1.0% to palladium.

**Pursuant to the Sale Order, interested parties shall have five (5) business days from the date of this Notice to file an Objection hereto**. Any Objection must (a) be in writing, (b) set forth the precise nature of the Objection, and (c) be filed with the Court and served via U.S. Mail upon the Debtors, on or before the Objection Deadline. If an Objection is filed, the Debtors will request the Court schedule a hearing on the Objection.

If no timely Objection is filed and served with respect to this Notice, then without further order of the Court, the Debtors shall be authorized to sell the subject Remaining Asset(s) on the terms proposed above.

Dated: April 17, 2019

        AKERMAN LLP

        By: */s/Katherine C. Fackler*
        Katherine C. Fackler (Admitted *Pro Hac Vice*)
        Andrea S. Hartley (Admitted *Pro Hac Vice*)
        Joanne Gelfand (Admitted in New York)
        98 Southeast Seventh Street, Suite 1100
        Miami, FL 3313
        Tel.: (305) 374-5600
        Fax: (305) 374-5095
        E-Mail: andrea.hartley@akerman.com
        E-Mail: joanne.gelfand@akerman.com
        E-Mail: katherine.fackler@akerman.com

        -and-

        John E. Mitchell (Admitted *Pro Hac Vice*)
        Yelena Archiyan (Admitted in New York)
        2001 Ross Avenue, Suite 3600
        Dallas, TX 75201
        Tel.: (214) 720-4300
        Fax: (214) 981-9339
        E-Mail: john.mitchell@akerman.com
        E-Mail: yelena.archiyan@akerman.com

        *Counsel for Debtors and Debtors-in-Possession*