**STATUS CONFERENCE HEARING DATE AND TIME: APRIL 25, 2019 AT 10:30 A.M. (EDT)**
**HEARING DATE AND TIME: MAY 21, 2019, AT 10:00 A.M. (EDT)**
**OBJECTION DEADLINE DATE AND TIME: TBD**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MIAMI METALS I, INC., *et al.*,[1] | ) | Case No. 18-13359 (SHL) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF DEBTORS' AND THE SENIOR LENDERS' JOINT MOTION**
**FOR SUMMARY JUDGEMENT AS TO BUCKET 1 CUSTOMERS**

---

**THIS MOTION SEEKS TO EXPUNGE CERTAIN CUSTOMER STATEMENTS. CUSTOMERS RECEIVING THIS MOTION SHOULD LOCATE THEIR NAMES AND CLAIMS ON EXHIBIT A ATTACHED HERETO.**

**IF YOU HAVE QUESTIONS, PLEASE CONTACT THE DEBTORS' COUNSEL, AKERMAN LLP, AT (214) 720-4300.**

---

**PLEASE TAKE NOTICE** that upon the accompanying (i) Memorandum of Law in Support of Debtors' and Senior Lenders Joint Motion for Summary Judgment as to Bucket 1 Customers; (ii) Declaration of Scott Avila; and (iii) Debtors' and Senior Lenders' Joint Statement of Mutual Undisputed Facts pursuant to Local Bankruptcy Rule 7056-1, the Debtors and the Senior Lenders, by and through its undersigned counsel, will move this Court before the Honorable Sean H. Lane, United States Bankruptcy Judge, in the United States Bankruptcy

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Miami Metals I, Inc. (f/k/a Republic Metals Refining Corporation), 15 West 47th Street, Suites 206 and 209, New York, NY 10036 (3194); Miami Metals II, Inc. (f/k/a Republic Metals Corporation), 12900 NW 38th Avenue, Miami, FL 33054 (4378); Miami Metals III LLC (f/k/a Republic Carbon Company, LLC), 5295 Northwest 163rd Street, Miami Gardens, FL 33014 (5833); Miami Metals IV LLC (f/k/a J & L Republic LLC), 12900 NW 38th Avenue, Miami, FL 33054 (7604); Miami Metals V LLC (f/k/a R & R Metals, LLC), 12900 NW 38th Avenue, Miami, FL 33054 (7848); Miami Metals VI (f/k/a RMC Diamonds, LLC), 12900 NW 38th Avenue, Miami, FL 33054 (1507); Miami Metals VII (f/k/a RMC2, LLC), 12900 NW 38th Avenue, Miami, FL 33054 (4696); Miami Metals VIII (f/k/a Republic High Tech Metals, LLC), 13001 NW 38 Avenue, Miami, FL 33054 (6102); Republic Metals Trading (Shanghai) Co., Ltd., 276 Ningbo Road, Huangpu District, Shanghai, P.R. 200001 China (1639); and Republic Trans Mexico Metals, S.R.L., Francisco I. Madero No. 55 Piso 5, Local 409, Centro Joyero Edificio Central, Delegación Cuauhtémoc, Mexico DF 6000 (2942).

48663818;1

Court for the Southern District of New York, One Bowling Green, New York, New York 10004, on **May 21, 2019, at 10:00 a.m. (ET)**, or as soon thereafter as counsel can be heard, for entry of an order, pursuant to Rule 56 of the Federal Rules of Civil Procedure, made applicable to this contested matter pursuant to 7056 of the Federal Rules of Bankruptcy Procedure: (i) finding that: (a) the Disputed Assets constitute property of the Debtors' bankruptcy estates; and (b) the Bucket 1 Customers[2] lack any ownership interests in the Disputed Assets; (ii) dismissing all Bucket 1 Claims with prejudice; and (iii) granting such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a status conference on **April 25, 2019, at 10:30 a.m. (ET)**, to set an objection deadline and consider additional briefing and hearing schedules. The Debtors and the Senior Lenders will notify all parties entitled to receive notice of the objection deadline and if considered, additional briefing and hearing schedules established by the Court.

**[SIGNATURE PAGE TO FOLLOW]**

---

[2] A list of the Bucket 1 Customers is set forth on Exhibit A.

48663818;1

Dated: New York, New York  
April 19, 2019

**LUSKIN, STERN & EISLER LLP**

By: */s/ Michael Luskin*
    Michael Luskin
    Stephan Hornung
    Alex Talesnick
    Eleven Times Square
    New York, New York 10036
    Tel.: (212) 597-8200
    Fax: (212) 974-3205

*Counsel for the Senior Lenders*

Dated: April 19, 2019

**AKERMAN LLP**

By: */s/ John E. Mitchell*
    John E. Mitchell (*Admitted Pro Hac*)
    Yelena Archiyan
    2001 Ross Avenue, Suite 3600
    Dallas, TX 75201
    Tel.: (214) 720-4300
    Fax: (214) 981-9339

    -and-

    Andrea S. Hartley (*Admitted Pro Hac*)
    Joanne Gelfand (*Admitted Pro Hac*)
    Katherine C. Fackler (*Admitted Pro Hac*)
    98 Southeast Seventh Street, Suite 1100
    Miami, FL 33131
    Tel.: (305) 374-5600
    Fax: (305) 374-5095

*Counsel for Debtors and Debtors-in-Possession*

48663818;1

# EXHIBIT A

## Buckets 1 Customers

| Dkt No. | Customer |
|---|---|
| 465 | 7645635 Canada Inc. o/a Ottawa Gold Buyer |
| 478 | Alex Morningstar Corp. d/b/a Morningstar's |
| 829 | Auris Noble, LLC |
| 425 | Bay Area Metals |
| 463 | Brilliant Jewelers / MJJ Inc. (Anjay Corp.) |
| 441 | Cyber-Fox Trading, Inc. |
| 475 | Deb Schott, Inc. |
| 396 | Design Gold Group, Inc. |
| 458 | Eddie & Co. of NY, Inc. d/b/a Diamond Kingdom |
| 474 | FCP Diamonds, LLC |
| 444 | Geib Refining Corp. |
| 477 | General Refining and Smelting Corp. |
| 434 | INTL FCStone Ltd |
| 476 | Mid-States Recycling, Inc. |
| 449 | Midwest Refineries, LLC |
| 468 | Mitchell Levine (Erie Management Partners, LLC) (Plat/Co.) |
| 445 | Music City Group, LLC |
| 481 | Noble Metal Services, Inc. |
| 479 | PPS, Inc. d/b/a Braswell & Son |
| 411 | Pyropure, Inc. d/b/a Pyromet |
| 405 | Queen of Pawns & Jewellery, Inc. |
| 584 | San Diego Gold Exchange, Inc. |
| 456 | So Accurate Group, Inc. |
| 452 | Texas EZPAWN, L.P. |
| 466 | The Gold Refinery, LLC / Norman Bean |

48663107;1