UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re: Republic Metals Refining Corporation (Miami Metals I LLC), et al
Debtor

Case No. 18-13359
Reporting Period: 06/01/2019 - 06/30/2019
Federal Tax I.D. # 65-0853194

# CORPORATE MONTHLY OPERATING REPORT

**File with the Court and submit a copy to the United States Trustee within 15 days after the end of the month and submit a copy of the report to any official committee appointed in the case.**
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | X | |
|     Copies of bank statements | | | |
|     Cash disbursements journals | | | |
| Statement of Operations | MOR-2 | X | |
| Balance Sheet | MOR-3 | X | |
| Status of Post-petition Taxes | MOR-4 | X | |
|     Copies of IRS Form 6123 or payment receipt | | | |
|     Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Post-petition Debts | MOR-4 | X | |
|     Listing of Aged Accounts Payable | | | |
| Accounts Receivable and Payable Reconciliation and Aging | MOR-5 | X | |
| Payments to Insiders and Professional | MOR-6 | X | |
| Debtor Questionnaire | MOR-7 | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

Signature of Debtor    /s/ Scott Avila    Date: 7/22/2019

Signature of Authorized Individual*    /s/ Scott Avila    Date: 7/22/2019

Printed Name of Authorized Individual    Scott Avila, CRO    Date: 7/22/2019

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

| In re | Republic Metals Refining Corporation (Miami Metals I LLC | Case No. | 18-13359 |
|---|---|---|---|
| | **Debtor** | Reporting Period: | 06/01/2019 - 06/30/2019 |

|  | Debtor | Case Number | Date Filed | Debtor's Old Name |
|---|---|---|---|---|
| 1 | Miami Metals I LLC | 18-13359 | 11/2/2018 | Republic Metals Refining Corporation ("RMRC") |
| 2 | Miami Metals II LLC | 18-13360 | 11/2/2018 | Republic Metals Corporation ("RMC") |
| 3 | Miami Metals III LLC | 18-13361 | 11/2/2018 | Republic Carbon Company ("RCC") |
| 4 | Miami Metals IV LLC | 18-13642 | 11/21/2018 | J&L Republic, LLC ("J&L") |
| 5 | Miami Metals V LLC | 18-13643 | 11/21/2018 | R & R Metals, LLC ("R&R") |
| 6 | Republic Metals Trading (Shanghai)Co, Ltd. ("RMT") | 13-13645 | 11/21/2018 | Republic Metals Trading (Shanghai)Co, Ltd. ("RMT") |
| 7 | Republic Trans Mexico Metals, SRL ("RTMM") | 13-13644 | 11/21/2018 | Republic Trans Mexico Metals, SRL ("RTMM") |
| 8 | Miami Metals VI LLC | 18-13639 | 11/21/2018 | RMC Diamonds |
| 9 | Miami Metals VII LLC | 18-13641 | 11/21/2018 | RMC2, LLC ("RMC2") |
| 10 | Miami Metals VIII LLC | 18-13638 | 11/21/2018 | Republic High Tech Metals, LLC ("High Tech") |

**Note:** Debtors 1-3 filed first on 11/2/18; the remaining Debtors filed on 11/21/18
Debtors new name has been updated

| | | |
|---|---|---|
| In re | Republic Metals Refining Corporation (Miami Metals I LLC), et al | Case No.   18-13359 |
| | Debtor | Reporting Period:   06/01/2019 - 06/30/2019 |

## General Notes

**Compliance with GAAP:** The financial statements and supplemental information contained herein are unaudited, preliminary, and may not comply with generally accepted accounting principles in the United States of America ("U.S. GAAP") in all material respects.

**Reporting Period:** Unless otherwise noted, the balance sheet information provided herein is current for each Debtor as of June 30, 2019. The statement of operations reflects transactions during June 2019 for all Debtors. Note that the Debtors have historically prepared their financial statements on a quarterly basis rather than monthly. As such, the financial statements presented here are non-standard for the Debtors and are subject to change.

**Accuracy:** The Debtors have prepared the financial statements based on the information reflected in the Debtors' books and records. However, inasmuch as the Debtors' books and records have not been audited, and monthly financial statements are non-standard for the Debtors as mentioned above, the Debtors cannot warrant the absolute accuracy of these documents. The Debtors have made a diligent effort to complete these documents accurately and completely. To the extent additional information becomes available at a later date indicating prior period adjustments or other disclosures are necessary, the Debtors will provide such information as appropriate.

**Results Not Reflective of Future Performance:** The results of operations contained herein are not necessarily indicative of results which may be expected from any other period or for the full year and may not necessarily reflect the results of operations, financial position, and cash flows of the Debtors in the future.

**Liabilities Subject to Compromise** – As a result of the chapter 11 filing, the payment of prepetition indebtedness is subject to compromise or other treatment under applicable provisions of the Bankruptcy Code. The determination of how liabilities will ultimately be settled and treated cannot be made at this time. Accordingly, the ultimate amount of such liabilities is not determinable at this time. The amounts currently classified as Liabilities Subject to Compromise are preliminary, subject to future adjustments, and may be settled for greater or lesser amounts, depending on Court actions, further developments with respect to disputed claims, determinations of the secured status of certain claims, the values of any collateral securing such claims, rejection of executory contracts, continued reconciliation or other events. As additional information becomes available and further research is conducted, the allocation of liabilities between prepetition and postpetition periods may change.

**Bank Account Reconciliations & Cash Disbursement Journals** – The Debtor affirms that bank reconciliations are prepared for all open and active bank accounts on a monthly basis.

18-13359-shl    Doc 1266    Filed 07/22/19    Entered 07/22/19 18:54:39    Main Document
Pg 4 of 13

In re Republic Metals Refining Corporation (Miami Metals I LLC), et al     Case No. 18-13359
Debtor     Reporting Period: 06/01/2019 - 06/30/2019

## MOR 1 - Schedule Of Receipts and Disbursements by Legal Entity

|  | Debtor New Name | Case No. | 05/31 Ending Bank Cash Balance | Total Cash Receipts from 3rd Party | Total Intercompany Receipts | Total Cash Disbursements to 3rd Party | Total Intercompany Disbursements | 06/30 Ending Bank Cash Balance |
|---|---|---|---|---|---|---|---|---|
| 1 | Miami Metals I LLC | 18-13359 | $ 120,593 | | | | | $ 120,593 |
| 2 | Miami Metals II LLC | 18-13360 | 105,192,255 | 8,216,148 | 72,747,527 | (3,555,595) | (72,549,349) | 110,050,977 |
| 3 | Miami Metals III LLC | 18-13361 | 33 | | 926 | (476) | (476) | $ 7 |
| | | | 105,312,881 | 8,216,148 | | (3,556,071) | | 110,171,578 |

|  | Debtor New Name | Case No. | 05/31 Ending Bank Cash Balance | Total Cash Receipts from 3rd Party | Total Intercompany Receipts | Total Cash Disbursements to 3rd Party | Total Intercompany Disbursements | 06/30 Ending Bank Cash Balance |
|---|---|---|---|---|---|---|---|---|
| 4 | Miami Metals IV LLC | 18-13642 | $ 2,224,310 | | | | | $ 2,224,310 |
| 5 | Miami Metals V LLC | 18-13643 | - | | | | | - |
| 6 | Republic Metals Trading (Shanghai)Co, Ltd. | 13-13645 | 11,478 | | | (319) | | 11,159 |
| 7 | Republic Trans Mexico Metals, SRL | 13-13644 | 729,890 | | 55,000 | (63,446) | (253,628) | 467,815 |
| 8 | Miami Metals VI LLC | 18-13639 | - | | | | | - |
| 9 | Miami Metals VII LLC | 18-13641 | - | | | | | - |
| 10 | Miami Metals VIII LLC | 18-13638 | - | | | | | - |
| | **Total** | | **$ 2,965,678** | **$ -** | | **$ (63,766)** | | **$ 2,703,284** |
| | **Combined Total** | | **$108,278,559** | **$ 8,216,148** | | **$ (3,619,837)** | | **$ 112,874,862** |

**Notes:**

* Does not include brokerage balances held in Raymond James which is detailed on MOR 1(a)
* Total Balance does not include petty cash, estimated at less than $500
* Cash receipts from 3rd party were generated from liquidation of metal inventory at market prices less minor discounts
* Intercompany cash receipts and disbursements between debtors account are reported separately

| In re | Republic Metals Refining Corporation (Miami Metals I LLC), et al | | | Case No. | 18-13359 |
|---|---|---|---|---|---|
| Debtor | | | | Reporting Period: | 06/01/2019 - 06/30/2019 |

### MOR 1(a) - SCHEDULE OF BANK ACCOUNT BALANCES

| Debtor | Bank Name | Account Description | Account Number | USD Bank Balance as of 06/30/2019 |
|---|---|---|---|---|
| Miami Metals I LLC | TD Bank | Supplies | x9975 | $ - |
| | TD Bank | Payroll | x9983 | closed |
| | Bank Leumi | Operating | x4800 | closed |
| | TD Bank | Operating | x9967 | 120,593 |
| Miami Metals II LLC | 5th3rd | Operating | x9882 | closed |
| | HSBC | Operating | x4728 | closed |
| | Woodforest | Operating | x7138 | 795 |
| | Hapoalim | Operating | x8601 | 410 |
| | Bank Leumi | Operating | x0901 | 658,155 |
| | BBH | Operating | x2961 | 242 |
| | TD Bank | Payroll | x9959 | - |
| | TD Bank | Products | x6941 | closed |
| | Bank Leumi | Checking | x5800 | closed |
| | TD Bank | Supplies | x9072 | - |
| | TD Bank | Workers' Comp. | x9064 | - |
| | TD Bank | Operating | x9056 | 8,036,390 |
| | TD Bank | Metals | x9080 | closed |
| | TD Bank | Prepaid | x3422 | 4,695,985 |
| | TD Bank | Auction Deposits | x3414 | closed |
| | Bank Leumi (1) | 3 Month CD | - | 25,326,767 |
| | Bank Leumi (1) | Money Market | x3100 | 71,332,233 |
| Miami Metals III LLC | TD Bank | Supplies | x0832 | - |
| | HSBC | Operating | x1600 | closed |
| | TD Bank | Operating | x0436 | 7 |
| | TD Bank | Payroll | x0759 | - |
| | HSBC | Supplies | x1618 | closed |
| Miami Metals IV LLC | TD Bank | Operating | x0037 | 2,224,310 |
| Miami Metals V LLC | TD Bank | Operating | x0029 | - |
| Republic Metals Trading (Shanghai)Co, Ltd. | ICBC | RMB Operating | x0293 | 11,159 |
| | ICBC | USD Operating | x6833 | - |
| Republic Trans Mexico Metals, S. De RL | HSBC | Operating | x2759 | closed |
| | HSBC | Supplies | x6787 | 62 |
| | HSBC | Metals | x6893 | closed |
| | Banco Azteca | Operating USD | x3758 | closed |
| | Banco Azteca | Operating MXP | x8587 | closed |
| | BX+ | Operating MXP | x8572 | 4,181 |
| | BX+ | Operating USD | x8573 | 463,572 |
| Miami Metals VI LLC | TD Bank | Operating | x0045 | closed |
| Miami Metals VII LLC | Bank Leumi | Operating | x9001 | closed |
| | TD Bank | Checking | x8909 | closed |
| | TD Bank | Operating | x9204 | closed |
| Miami Metals VIII LLC | HSBC | Operating | x1456 | closed |
| | HSBC | Supplies | x1464 | closed |
| | TD Bank | Operating | x9415 | closed |
| | TD Bank | Payroll | x9340 | closed |
| | TD Bank | Supplies | x9390 | closed |
| | | | Total | $ 112,874,862 |

**Brokerage Accounts**

| Debtor | Bank Name | Account Description | Account Number | USD Broker Balance as of 06/30/2019 |
|---|---|---|---|---|
| Miami Metals II LLC | Raymond James Brokerage | Brokerage | xU754 | $ 7 |
| Miami Metals II LLC | Raymond James Brokerage | Brokerage | xM427 | closed |
| Miami Metals II LLC | Rosenthal Collins Group | Brokerage | x3841 | closed |
| Miami Metals II LLC | ICBC FTZ (China) | Brokerage | x3955 | 9,980 |
| Miami Metals II LLC | INTL FC Stone Futures Value | Brokerage | x5589 | closed |
| | | | Total | $ 9,987 |

**Notes:**                                                                                                             $ 112,884,849

*The cash balances carried in the various Brokerage accounts are NOT included on MOR 1*
*Accounts listed as "closed" were closed in November 2018 thru June 2019*
*(1) New bank accounts*

| In re | Republic Metals Refining Corporation (Miami Metals I LLC), et al | | | | | | | Case No. | 18-13359 | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Debtor** | | | | | | | | **Reporting Period:** | 06/01/2019 - 06/30/2019 | |

**MOR 1(b) - SCHEDULE OF PROFESSIONAL FEES PAID - As of 06/30/2019**

| | | | | Amount Applied to Retainer | | Amount Paid in Cash | | Case-to-Date | | Retainer Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| Payee | Role | Period Covered | Payment Date | Fees | Expenses | Fees | Expenses | Fees | Expenses | Amount |
| Akerman LLP | Debtor Counsel | 04/01/19-04/30/19 | 6/4/2019 | | | 464,470 | 11,220 | 2,851,110 | 139,860 | - |
| CBIZ | UCC Financial Advisor | 04/01/19-04/30/19 | 6/28/2019 | | - | 128,603 | 277 | 750,177 | 9,126 | - |
| Cooley LLP | UCC Counsel | 04/01/19-04/30/19 | 6/28/2019 | | - | 544,411 | 25,274 | 2,149,132 | 72,486 | |
| Donlin, Recano & Company, Inc | Claims and Noticing Agent | 05/01/19-05/31/19 | 6/18/2019 | | - | 63,088 | - | 494,610 | - | 10,000 |
| Greenberg Traurig | Lenders Counsel | 04/01/19-04/30/19 | 6/18/2019 | | - | 1,232 | 6 | 38,421 | 3,317 | - |
| Haynes & Boone | Lenders Counsel | 05/01/19-05/31/19 | 6/10/2019 | | - | 3,139 | - | 81,492 | 2,334 | - |
| Luskin, Stern & Eisler LLP | Lenders Counsel | 05/01/19-05/31/19 | 6/18/2019 | | - | 287,982 | 3,026 | 1,433,178 | 22,395 | 100,000 |
| Paladin Management Group | Company Financial Advisor | | | | - | - | - | 3,789,894 | 450,180 | 250,000 |
| RPA Advisors | Lenders Financial Advisor | 05/01/19-05/31/19 | 6/10/2019 | | - | 21,059 | - | 938,518 | 41,373 | 200,000 |
| SSG ADVISORS, LLC | Debtor Investment Banker | - | - | - | - | - | - | 683,581 | 7,224 | - |
| UST | Trustee Fees | | | - | - | - | - | 219,973 | - | |
| **TOTAL** | | | | $ - | $ - | $ 1,513,984 | $ 39,803 | $ 13,430,086 | $ 748,294 | $ 560,000 |

**In re** Republic Metals Refining Corporation (Miami Metals I LLC), et al     **Case No.** 18-13359
**Debtor**     **Reporting Period:** 06/01/2019 - 06/30/2019

## MOR 2 - STATEMENT OF OPERATIONS - UNAUDITED SUBJECT TO CHANGE

June 1, 2019 to June 30, 2019

| | Miami Metals I LLC | Miami Metals II LLC | Miami Metals III LLC | Miami Metals IV LLC | Miami Metals V LLC | Republic Metals Trading (Shanghai)Co, Ltd. |
|---|---|---|---|---|---|---|
| Case Number: | 18-13359 | 18-13360 | 18-13361 | 18-13642 | 18-13643 | 13-13645 |
| **Revenue** (1) | $ - | $ 8,116,295 | $ - | $ - | $ - | $ - |
| **COGS** (2) | - | 8,077,089 | - | - | - | - |
| **Gross Margin** | - | 39,206 | - | - | - | - |
| **Operating Expenses** | | | | | | |
| Supplies | - | 4,642 | - | - | - | - |
| Auto Expenses | - | - | - | - | - | - |
| Rent Expense (3) | - | 34,753 | - | - | - | - |
| Repairs & Maintenance | - | - | - | - | - | - |
| Shipping & Freight | - | 37,173 | - | - | - | - |
| Taxes & Licenses | - | - | - | - | - | - |
| Telephone & Travel | - | - | - | - | - | - |
| Utilities | - | - | 54 | - | - | - |
| Security | - | 21,548 | - | - | - | - |
| Health Insurance | - | - | - | - | - | - |
| Insurance | - | 32,223 | - | - | - | - |
| SS & Medicare | - | 10,981 | - | - | - | - |
| Bank Charges | - | 1,301 | - | - | - | - |
| Equipment Leasing | - | 5,468 | - | - | - | - |
| Computer Services | - | 1,205 | - | - | - | - |
| Refining Charges | - | 141,481 | - | - | - | - |
| Payroll | - | 170,885 | - | - | - | - |
| Service Charges | - | - | - | - | - | - |
| Uniforms | - | - | - | - | - | - |
| Contract / Professional Services | 6,758 | 80,306 | 422 | - | - | 15,682 |
| 401K | - | - | - | - | - | - |
| **Total Operating Expenses** | 6,758 | 541,965 | 476 | - | - | 15,682 |
| **Operating Income** | (6,758) | (502,759) | (476) | - | - | (15,682) |
| **Other Expenses (Income)** | | | | | | |
| Depreciation Expense | - | - | - | - | - | - |
| Interest Expense | | 619,522 | | - | - | - |
| Interest Income | | (216,506) | | | | |
| Write-Down of Investments - Jewelry (4) | - | - | | | | |
| UST Fees | | - | | - | - | - |
| Restructuring Fees & Expenses (5) | | 873,766 | | | | |
| Claims Administrator | - | 63,088 | - | - | - | - |
| Unsecured Creditors Advisors and Counsel | - | 698,565 | - | - | - | - |
| **Net Loss** | $ (6,758) | $ (2,541,194) | $ (476) | $ - | $ - | $ (15,682) |

**Notes**

(1) Revenue during this reporting period was generated from liquidation of metal inventory at market prices with applicable premiums or discounts. All intercmopany transactions among the entities have been eliminated.

(2) The Debtors do not maintain a traditional financial costing/perpetual inventory system, and as such historically have not calculated COGS directly in the general ledger. Further, the Debtors do not prepare monthly financial statements. For purposes of this analysis, COGS has been estimated presuming the cost of metal sold comprises ounces at market price less premiums, treatment charges, and retention amounts assessed on raw material received.

(3) A late payment on RTMM's building lease could trigger a default, requiring a penalty payment in excess of $43,000, an amount equal to the remaining rent under the existing lease term (August 2019).

(4) As restructuring-related items are uncertain, no accrual was recorded during the reporting period. Prior to the petition date, the Debtors funded retainers as shown on the balance sheet for restructuring professionals. Going forward, the Debtors will be reporting both draws against the retainers and cash payments related to restructuring expenses.

| In re | Republic Metals Refining Corporation (Miami Metals I LLC), et al | | | | Case No. | 18-13359 |
|---|---|---|---|---|---|---|
| | Debtor | | | | Reporting Period: | 06/01/2019 - 06/30/2019 |

## MOR 2 - STATEMENT OF OPERATIONS - UNAUDITED SUBJECT TO CHANGE

June 1, 2019 to June 30, 2019

| | Republic Trans Mexico Metals, SRL | Miami Metals VI LLC | Miami Metals VII LLC | Miami Metals VIII LLC | Combined Total All Debtors |
|---|---|---|---|---|---|
| Case Number: | 13-13644 | 18-13639 | 18-13641 | 18-13638 | |
| **Revenue** (1) | $        - | $        - | $        - | $        - | $    8,116,295 |
| **COGS** (2) | - | - | - | - | 8,077,089 |
| **Gross Margin** | - | - | - | - | 39,206 |
| **Operating Expenses** | | | | | |
| Supplies | - | | | - | 4,642 |
| Auto Expenses | - | | | - | - |
| Rent Expense (3) | 11,003 | | | - | 45,756 |
| Repairs & Maintenance | - | | | - | - |
| Shipping & Freight | - | | | - | 37,173 |
| Taxes & Licenses | 4,548 | | | - | 4,548 |
| Telephone & Travel | - | | | - | - |
| Utilities | - | | | - | 54 |
| Security | - | | | - | 21,548 |
| Health Insurance | - | | | - | - |
| Insurance | 2,688 | - | | - | 34,911 |
| SS & Medicare | - | | | - | 10,981 |
| Bank Charges | - | | | - | 1,301 |
| Equipment Leasing | - | | | - | 5,468 |
| Computer Services | - | | | - | 1,205 |
| Refining Charges | - | | | - | 141,481 |
| Payroll | 33,721 | | | - | 204,606 |
| Service Charges | - | | | - | - |
| Uniforms | - | | | - | - |
| Contract / Professional Services | 9,643 | | | - | 112,811 |
| 401K | - | | | - | - |
| **Total Operating Expenses** | 61,603 | - | - | - | 626,484 |
| **Operating Income** | (61,603) | - | - | - | (587,278) |
| **Other Expenses (Income)** | | | | | |
| Depreciation Expense | 7,640 | - | - | - | 7,640 |
| Interest Expense | - | - | - | - | 619,522 |
| Interest Income | - | - | - | - | (216,506) |
| Write-Down of Investments - Jewelry | - | - | - | - | - |
| UST Fees | - | - | - | - | - |
| Restructuring Fees & Expenses (4) | 215,539 | - | - | - | 1,089,305 |
| Claims Administrator | - | - | - | - | 63,088 |
| Unsecured Creditors Advisors and Counsel | - | - | - | - | 698,565 |
| **Net Loss** | $    (284,782) | $        - | $        - | $        - | $    (2,848,892) |

**Notes**

(1) Revenue during this reporting period was generated from liquidation of metal inventory at market prices with applicable premiums or discounts. All intercmopany transactions among the entities have been eliminated.

(2) The Debtors do not maintain a traditional financial costing/perpetual inventory system, and as such historically have not calculated COGS directly in the general ledger. Further, the Debtors do not prepare monthly financial statements. For purposes of this analysis, COGS has been estimated presuming the cost of metal sold comprises ounces at market price less premiums, treatment charges, and retention amounts assessed on raw material received.

(3) A late payment on RTMM's building lease could trigger a default, requiring a penalty payment in excess of $43,000, an amount equal to the remaining rent under the existing lease term (August 2019).

(4) As restructuring-related items are uncertain, no accrual was recorded during the reporting period. Prior to the petition date, the Debtors funded retainers as shown on the balance sheet for restructuring professionals. Going forward, the Debtors will be reporting both draws against the retainers and cash payments related to restructuring expenses.

| In re | Republic Metals Refining Corporation (Miami Metals I LLC), et al | | | | | | | | | Case No. | 18-13359 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Debtor | | | | | | | | | Reporting Period: | 06/01/2019 - 06/30/2019 |

**MOR 3 - BALANCE SHEET- UNAUDITED SUBJECT TO CHANGE**

| | Miami Metals I Inc. | Miami Metals II Inc. | Miami Metals III LLC | Miami Metals IV LLC | Miami Metals V LLC | Republic Metals Trading (Shanghai)Co, Ltd. | Republic Trans Mexico Metals, SRL | Miami Metals VI LLC | Miami Metals VII LLC | Miami Metals VIII LLC | Combined Total All Debtors (1) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Case Number: | 18-13359 | 18-13360 | 18-13361 | 18-13642 | 18-13643 | 13-13645 | 13-13644 | 18-13639 | 18-13641 | 18-13638 | |
| **ASSETS** | | | | | | | | | | | |
| Current Assets | | | | | | | | | | | |
| Cash and Cash Equivalents (1a) (10) | $ 113,835 | $ 110,049,734 | $ 7 | $ 2,224,310 | $ - | $ 11,159 | $ 467,815 | $ - | $ - | $ - | $ 112,866,861 |
| Brokerage Accounts | - | 9,987 | - | - | - | - | - | - | - | - | 9,987 |
| Accounts Receivable | 51,254 | 20,126 | - | - | - | - | - | - | - | - | 71,380 |
| Other Current Assets (2) | - | 22,554,961 | 4,126,134 | - | - | - | - | - | - | - | 26,681,095 |
| Inventory (3) | - | 3,631,649 | - | - | - | - | - | - | - | - | 3,631,649 |
| Retainer Balance (4) | - | 560,000 | - | - | - | - | - | - | - | - | 560,000 |
| Prepaid Expenses (5) | - | 83,282 | 13,000 | - | - | - | 725,389 | - | - | - | 821,671 |
| TOTAL CURRENT ASSETS | 165,089 | 136,909,740 | 4,139,141 | 2,224,310 | - | 11,159 | 1,193,205 | - | - | - | 144,642,644 |
| Net Property, Plant & Equipment | - | - | - | - | - | - | 458,830 | - | - | - | 458,830 |
| Investments | - | - | - | - | - | - | - | - | - | - | - |
| TOTAL ASSETS | $ 165,089 | $ 136,909,740 | $ 4,139,141 | $ 2,224,310 | $ - | $ 11,159 | $ 1,652,035 | $ - | $ - | $ - | $ 145,101,474 |
| **LIABILITIES** | | | | | | | | | | | |
| Post Petition Vendor Payables | - | 1,037,736 | $ - | $ - | $ - | $ 15,613 | $ - | $ - | $ - | $ - | $ 1,053,349 |
| Other Liabilities (8) | - | 825,871 | - | - | - | - | - | - | - | - | 825,871 |
| *Liabilities Subject to Compromise* | | | | | | | | | | | |
| Metal Obligations - Payables (6) | 1,187,416 | 100,072,281 | 821,294 | - | - | - | 16,717,844 | - | 6,296,154 | - | 125,094,989 |
| Vendor Payables (Pre-Petition) | 17,253 | 1,741,667 | 294,640 | - | - | 497 | 207,239 | - | 1,547 | - | 2,262,842 |
| Bank Debt (7) | - | 177,274,134 | - | - | - | - | - | - | - | - | 177,274,134 |
| Capital Lease Obligations | - | - | - | - | - | - | - | - | - | - | - |
| TOTAL LIABILITIES | $ 1,204,669 | $ 280,951,687 | $ 1,115,934 | $ - | $ - | 16,110 | $ 16,925,083 | $ - | $ 6,297,701 | $ - | $ 306,511,184 |
| Common Stock | $ 1,000 | $ 7,500 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 8,500 |
| Additional Paid-in Capital | 9,000 | 2,333,350 | - | - | - | - | - | - | - | - | 2,342,350 |
| Retained Earnings | (1,049,580) | (146,382,798) | 3,023,208 | 2,224,310 | - | (4,951) | (15,273,048) | - | (6,297,701) | - | (163,760,560) |
| TOTAL STOCKHOLDERS DEFICIENCY | (1,039,580) | (144,041,948) | 3,023,208 | 2,224,310 | - | (4,951) | (15,273,048) | - | (6,297,701) | - | (161,409,710) |
| TOTAL LIABILITIES AND STOCKHOLDERS DEFICIENCY | $ 165,089 | $ 136,909,740 | $ 4,139,141 | $ 2,224,310 | $ - | 11,158.91 | $ 1,652,035 | $ - | $ - | $ - | $ 145,101,474 |

**Notes:**

(1) All intercompany assets/liabilities/equity among the entities have been eliminated. J&L Republic and R&R Metals are equal owners of RTMM; the value of their respective investments in RTMM and their own paid-in capital are combined into RTMM. RMC Diamonds and Republic High Tech Metals are not active entities.
(1a) Cash equivilatens are calculated on an accrual basis. Outstanding checks are factored in the book cash balance.
(2) Other Current Assets represent amounts due from third-parties for estimated quantities of material shipped to them for additional processing. These values are based on market prices as of the reporting date, and remain uncertain until final assay analyses are performed and agreed, which in certain cases can take months and can vary materially from estimated material content.  Note that in November 2018, other current assets and accounts receivable were reported as a combined figure, but in order to reflect a more accurate accounting for these items, we have separated into two separate balance sheet items in December 2018 and remain in other current assets in June 2019.
(3) Inventory balances reflect market prices as of the reporting date.  The sale and collectability of the proceeds are highly uncertain
(4) Retainers are detailed on MOR 1(b)
(5) Prepaid Expenses comprised primarily of prepaid commercial insurance premiums and prepaid taxes.
(6) Metal Obligations - Payables reflects estimated amounts owed to mines and other providers of material for refining. Estimates are based on quantities received, valued at market prices as of the reporting date.
(7) Bank Debt reflects senior secured loans held by Rabobank, ICBC, Techemet, Bank Hapaolim, INTL, Mitsubishi, Brown Brothers Harriman, and Hain Capital

| In re | Republic Metals Refining Corporation (Miami Metals I LLC), et al | Case No. | 18-13359 |
|---|---|---|---|
| | **Debtor** | Reporting Period: | 06/01/2019 - 06/30/2019 |

## STATUS OF POST-PETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax | Amount Withheld and/or Accrued | Amount Paid | Date Paid | Check # or EFT | Ending Tax |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | $ (6.36) | $ 51,659.90 | $ 51,659.90 | Various* | Various | $ (6.36) |
| FICA-Employee | $ (34.24) | $ 10,980.53 | $ 10,980.53 | Various* | Various | $ (34.24) |
| FICA-Employer | $ (33.90) | $ 10,980.53 | $ 10,980.53 | Various* | Various | $ (33.90) |
| Unemployment | $ (112.02) | $ - | $ - | Various* | Various | $ (112.02) |
| Income | - | | | | | $ - |
| Other: | - | | | | | $ - |
| Total Federal Taxes | $ (186.52) | $ 73,620.96 | $ 73,620.96 | | | $ (186.52) |
| **State and Local** | | | | | | |
| Withholding | $ (21.54) | | | | | $ (21.54) |
| Sales | $ - | | | | | $ - |
| Excise | $ - | | | | | $ - |
| Unemployment | $ 3,275.82 | | | | | $ 3,275.82 |
| Real Property | $ - | | | | | $ - |
| Personal Property | $ - | | | | | $ - |
| Other: NY Family Leave and Disability | $ 325.65 | | | | | $ 325.65 |
| Total State and Local | $ 3,579.93 | $ - | | | | $ 3,579.93 |
| | | | | | | |
| **Total Taxes** | $ 3,393.41 | $ 73,620.96 | $ 73,620.96 | $ - | $ - | $ 3,393.41 |

## SUMMARY OF UNPAID POST-PETITION DEBTS

Attach aged listing of accounts payable.

| | | | Number of Days Past Due | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 91 | Total |
| Accounts Payable (1) | | $ 1,053,349 | $ - | $ - | $ - | $ 1,053,349 |
| Wages Payable | - | - | - | - | - | - |
| Taxes Payable | | 3,393 | - | - | - | 3,393 |
| Rent/Leases-Building | - | - | - | - | - | - |
| Rent/Leases-Equipment | - | - | - | - | - | - |
| Secured Debt/Adequate Protection Payments | - | - | - | - | - | - |
| Professional Fees | - | - | - | - | - | - |
| Amounts Due to Insiders | - | - | - | - | - | - |
| Other:_____ | - | - | - | - | - | - |
| Other:_____ | - | - | - | - | - | - |
| Total Post-petition Debts | $ - | $ 1,056,742 | $ - | $ - | $ - | $ 1,056,742 |

**Explain how and when the Debtor intends to pay any past due post-petition debts.**

_____
_____
_____

**Notes:**
*  *Various dates paid -- see payment confirmation attached*

Republic Metals Refining Corporation (Miami Metals I LLC), et al  
Debtor

Case No. 18-13359  
Reporting Period: 06/01/2019 - 06/30/2019

### MOR 5 - AGING OF OUTSTANDING ACCOUNTS PAYABLE - as of 06/30/2019 (POST-PETITION)

| Debtor | Debtor | Case No. | Current | 31-60 | 61-90 | >90 | Total |
|---|---|---|---|---|---|---|---|
| Miami Metals I LLC | Republic Metals Refining Corporation | 18-13359 | | | | | $ - |
| Miami Metals II LLC | Republic Metals Corporation | 18-13360 | 1,037,736 | | | | 1,037,736 |
| Miami Metals III LLC | Republic Carbon Company | 18-13361 | | | | | - |
| Miami Metals IV LLC | J&L Republic LLC | 18-13642 | | | | | - |
| Miami Metals V LLC | R & R Metals, LLC | 18-13643 | | | | | - |
| Republic Metals Trading (Shanghai)Co, Ltd | Republic Metals Trading (Shanghai)Co, Ltd | 13-13645 | 15,613 | | | | 15,613 |
| Republic Trans Mexico Metals, SRL (1) | Republic Trans Mexico Metals, SRL (1) | 13-13644 | | | | | - |
| Miami Metals VI LLC | RMC Diamonds | 18-13639 | | | | | - |
| Miami Metals VII LLC | RMC2, LLC | 18-13641 | | | | | - |
| Miami Metals VIII LLC | Republic High Tech Metals, LLC | 18-13638 | | | | | - |
| | | Total | $ 1,053,349 | $ - | $ - | $ - | $ 1,053,349 |

### MOR 5 - AGING OF OUTSTANDING ACCOUNTS PAYABLE - as of 06/30/2019 (PRE-PETITION)

| Debtor | Debtor | Case No. | Current | 31-60 | 61-90 | >90 | Total |
|---|---|---|---|---|---|---|---|
| Miami Metals I LLC | Republic Metals Refining Corporation | 18-13359 | | | | $ 1,204,669 | $ 1,204,669 |
| Miami Metals II LLC | Republic Metals Corporation | 18-13360 | | | | 101,813,947 | 101,813,947 |
| Miami Metals III LLC | Republic Carbon Company | 18-13361 | | | | 1,115,934 | 1,115,934 |
| Miami Metals IV LLC | J&L Republic LLC | 18-13642 | | | | - | - |
| Miami Metals V LLC | R & R Metals, LLC | 18-13643 | | | | - | - |
| Republic Metals Trading (Shanghai)Co, Ltd | Republic Metals Trading (Shanghai)Co, Ltd | 13-13645 | | | | 497 | 497 |
| Republic Trans Mexico Metals, SRL (1) | Republic Trans Mexico Metals, SRL | 13-13644 | | | | 16,925,083 | 16,925,083 |
| Miami Metals VI LLC | RMC Diamonds | 18-13639 | | | | - | - |
| Miami Metals VII LLC | RMC2, LLC | 18-13641 | | | | 6,297,701 | 6,297,701 |
| Miami Metals VIII LLC | Republic High Tech Metals, LLC | 18-13638 | | | | - | - |
| | | Total | $ - | $ - | $ - | $ 127,357,831 | $ 127,357,831 |

**Notes:**  
* Post-petition amounts are strictly ordinary course vendor obligations and do not include any metal obligations payable  
* Pre-petition amounts include both ordinary course vendor obligations and metal obligations payable

### MOR 5 - AGING OF OUTSTANDING ESTIMATED RECEIVABLE - as of 06/30/19

| Debtor | Debtor | Case No. | Current | 31-60 | 61-90 | >90 | Total |
|---|---|---|---|---|---|---|---|
| Miami Metals I LLC | Republic Metals Refining Corporation | 18-13359 | - | - | | 51,254 | $ 51,254 |
| Miami Metals II LLC | Republic Metals Corporation | 18-13360 | | - | | 20,126 | 20,126 |
| Miami Metals III LLC | Republic Carbon Company | 18-13361 | - | - | - | - | - |
| Miami Metals IV LLC | J&L Republic LLC | 18-13642 | - | - | - | - | - |
| Miami Metals V LLC | R & R Metals, LLC | 18-13643 | - | - | - | - | - |
| Republic Metals Trading (Shanghai)Co, Ltd | Republic Metals Trading (Shanghai)Co, Ltd. | 13-13645 | - | - | - | - | - |
| Republic Trans Mexico Metals, SRL (1) | Republic Trans Mexico Metals, SRL | 13-13644 | - | - | - | - | - |
| Miami Metals VI LLC | RMC Diamonds | 18-13639 | - | - | - | - | - |
| Miami Metals VII LLC | RMC2, LLC | 18-13641 | - | - | - | - | - |
| Miami Metals VIII LLC | Republic High Tech Metals, LLC | 18-13638 | - | - | - | - | - |
| | | Total | $ - | $ - | $ - | $ 71,380 | $ 71,380 |

| In re | Republic Metals Refining Corporation (Miami Metals I LLC), et al | | Case No. | 18-13359 |
|---|---|---|---|---|
| | **Debtor** | | Reporting Period: | 06/01/2019 - 06/30/2019 |

## MOR 6 - PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown on the Cash Receipts and Disbursements Report (MOR-1) list the amount paid to insiders (as defined in Section 101(31) (A)-(F) of the U.S. Bankruptcy Code) and to professionals. For payments to insiders, identify the type of compensation paid (e.g. Salary, Bonus, Commissions, Insurance, Housing Allowance, Travel, Car Allowance, Etc.). Attach additional sheets if necessary.

| | | | **INSIDERS** | | |
|---|---|---|---|---|---|
| **PAID TO** | **COMPANY** | **DATE** | **TYPE OF PAYMENT** | **AMOUNT PAID** | **TOTAL PAID TO DATE** |
| Jason Rubin | Miami Metals I LLC | | N/A | $       - | $       - |
| | Miami Metals II LLC | | N/A | | 102,677 |
| | Miami Metals VI LLC | | N/A | | - |
| | Miami Metals VII LLC | | N/A | | - |
| | | | | | |
| Rose Rubin | Miami Metals I LLC | | N/A | | |
| | Miami Metals II LLC | | N/A | - | 14,722 |
| | | | | | |
| Lindsey Rubin | Miami Metals I LLC | | N/A | | - |
| | Miami Metals II LLC | | N/A | - | 27,578 |
| | | | | | - |
| David Comite | Miami Metals I LLC | | N/A | | |
| | Miami Metals II LLC | | N/A | | 71,001 |
| | Republic Metals Trading (Shanghai)Co, Ltd | | N/A | | - |
| | | | | | |
| Alan Silverstein | Miami Metals II LLC | | N/A | | 46,717 |
| | | | | | - |
| Rafael Carbonnell | Miami Metals II LLC | | N/A | | 30,900 |
| | | | | | |
| Zachary Shair | Miami Metals III LLC | | N/A | - | - |
| | Miami Metals VIII LLC | | N/A | - | - |
| | Republic Trans Mexico Metals, SRL (1) | | N/A | - | - |
| | Miami Metals V LLC | | N/A | - | - |
| | Miami Metals IV LLC | | N/A | - | - |
| | | | | | |
| Scott Avila | Miami Metals I LLC | | N/A | - | - |
| | Miami Metals II LLC | | N/A | - | - |
| | | | | | |
| | | | | | |
| | **TOTAL PAYMENTS TO INSIDERS** | | | $       - | $       293,594 |

**Notes:**
* David Comite transition to a non-officer role effective in March
* Zachary Shair received wages from Republic Metals Corporation where he is not considered an insider
* Wages amounts reflect aggregate weekly cash payments made during the reporting period, net of witholding and other deductions.
* Excludes payments made to Paladin Management Group, LLC

| In re | Republic Metals Refining Corporation (Miami Metals I LLC), et al | Case No. | 18-13359 |
|---|---|---|---|
| | Debtor | Reporting Period: | 06/01/2019 - 06/30/2019 |

## DEBTOR QUESTIONNAIRE

| | Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|---|
| 1 | Have any assets been sold or transferred outside the normal course of business this reporting period? | | X |
| 2 | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | N/A | N/A |
| 3 | Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | X |
| 4 | Are workers compensation, general liability or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | X |
| 5 | Is the debtor delinquent in paying any insurance premium payment? | | X |
| 6 | Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 7 | Are any post petition receivables (accounts, notes or loans) due from related parties? | | X |
| 8 | Are any post petition payroll taxes past due? | | X |
| 9 | Are any post petition State or Federal income taxes past due? | | X |
| 10 | Are any post petition real estate taxes past due? | | X |
| 11 | Are any other post petition taxes past due? | | X |
| 12 | Have any pre-petition taxes been paid during this reporting period? | | X |
| 13 | Are any amounts owed to post petition creditors delinquent? | | X |
| 14 | Are any wage payments past due? | | X |
| 15 | Have any post petition loans been been received by the Debtor from any party? | | X |
| 16 | Is the Debtor delinquent in paying any U.S. Trustee fees? | | X |
| 17 | Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | X |
| 18 | Have the owners or shareholders received any compensation outside of the normal course of business? | | X |

**Explanations of "Yes" Responses:**