**Notice Recipients**

District/Off: 0208−1 | User: | Date Created: 8/6/2019
Case: 18−13359−shl | Form ID: tranapl | Total: 2

**Recipients of Notice of Electronic Filing:**
aty    John Mitchell    john.mitchell@akerman.com
aty    Rachel Ehrlich Albanese    rachel.albanese@dlapiper.com

TOTAL: 2