Eric Lopez Schnabel
Daniel P. Goldberger
Alessandra Glorioso
Lucy Onyeforo
DORSEY & WHITNEY LLP
51 West 52nd Street
New York, New York 10019
Telephone:  (212) 415-9200
Facsimile:  (212) 953-7201
Email: schnabel.eric@dorsey.com
Email: goldberger.dan@dorsey.com
Email: glorioso.alessandra@dorsey.com
Email: onyeforo.lucy@dorsey.com

*Attorneys for Premier Gold Mines Limited*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

| | |
|---|---|
| In re: | ) |
| | ) |
| REPUBLIC METALS REFINING CORPORATION., *et al.*, | ) Chapter 11 |
| | ) |
| | ) Case No. 18-13359 (SHL) |
| Debtors. | ) |
| | ) Jointly Administered |
| | ) |

-----------------------------------------------------------x

<u>**AMENDED NOTICE OF DEPOSITIONS**</u>

Reference is made to the *Amended Notice of Depositions* [1314], *Notice of 30(b)(6) Deposition* [ECF No. 1047], and *Supplemental Notice to Take Depositions* [ECF No. 1243], and the *Supplemental Notice of Depositions as to Debtors' 30(b)(6) Witnesses* [ECF No. 1299] (together, the "**Notices**"). The Notices constituted notice on behalf of Premier Gold Mines Limited and on behalf of any other party to the proceedings governed by the *Order Approving Uniform Procedures for Resolution of Ownership Disputes* [ECF No. 395], the *First Amended Order Approving Uniform Procedures for Resolution of Ownership Disputes* [ECF No. 913],

and the *Second Amended Order Approving Uniform Procedures for Resolution of Ownership Disputes* [ECF No. 1196] (collectively, the "**UniformProcedures**") with an interest in participating in the 30(b)(6) deposition of the above-captioned Debtors on the topics set forth in the 30(b)(6) Deposition Notice. By letter dated July 5, 2019 from Esther McKean to counsel for the customers who filed a customer statement in accordance with the Uniform Procedures, Debtors designated Jason Rubin, Chief Executive Officer, David Comite, Chief Financial Officer, and Scott Avila, Chief Restructuring Officer, as witnesses for the topics identified in the 30(b)(6) Deposition Notice. Reference is also made to notices of deposition served in accordance with the Uniform Procedures to take the depositions of Mr. Rubin, Mr. Comite, and Mr. Avila.

PLEASE TAKE NOTICE that Premier Gold Mines Limited will take the depositions upon oral examination of the Debtors, through Mr. Rubin, Mr. Comite, and Mr. Avila, and will take the depositions of Mr. Rubin, Mr. Comite, and Mr. Avila in their individual capacities.

The depositions will take place as follows:

| Deponent: | Date: | Time: | Address: |
|---|---|---|---|
| David Comite | August 21, 2019 | 9:00 a.m. | Arnold & Porter 250 W. 55th Street New York, NY 10019 |
| | August 22, 2019 | 9:00 a.m. | |
| Jason Rubin | August 26, 2019 | 9:00 a.m. | |
| | August 27, 2019 | 9:00 a.m. | |
| Scott Avila | August 28, 2019 | 9:00 a.m. | Dorsey & Whitney LLP 51 West 52 Street New York, NY 10019 |
| | August 29, 2019 | 9:00 a.m. | |

For those parties in interest interested in participating in person in the deposition of Mr. Rubin, please provide the name of any attendees to Brendan Gibbons (brendan.gibbons@arnoldporter.com or 212-836-8000) no later than one day before the deposition.

For those parties in interest interested in participating remotely in the deposition of Mr. Rubin, please contact Mr. Gibbons no later than one day before the deposition to make arrangements to participate through WebEx and/or other commonly available conferencing software.

For those parties in interest interested in participating in person in the deposition of Mr. Avila, please provide the name of any attendees to Alessandra Glorioso (glorioso.alessandra@dorsey.com or 212-415-9200) no later than one day before the deposition.

For those parties in interest interested in participating remotely in the deposition of Mr. Avila, please contact Ms. Glorioso no later than one day before the deposition to make arrangements to participate through WebEx and/or other commonly available conferencing software.

The depositions will be taken before a qualified notary public or other officer authorized by law to administer oaths, and will continue from day-to-day, excluding weekends and holidays, until completed.  The testimony will be recorded stenographically and will be videotaped.

[*signature page to follow*]

Dated:  August 22, 2019

By: /s/ Alessandra Glorioso
Eric Lopez Schnabel
Daniel P. Goldberger
Alessandra Glorioso
Lucy Onyeforo
DORSEY & WHITNEY LLP
  51 West 52nd Street
New York, New York 10019
Telephone:  (212) 415-9200
Facsimile:  (212) 953-7201
Email: schnabel.eric@dorsey.com
Email: goldberger.dan@dorsey.com
Email: glorioso.alessandra@dorsey.com
Email: onyeforo.lucy@dorsey.com

*Attorneys for Premier Gold Mines Limited*