John E. Mitchell (Admitted *Pro Hac Vice*)
Yelena Archiyan (Admitted in New York)
AKERMAN LLP
2001 Ross Avenue, Ste. 3600
Dallas, TX 75201
Tel.: (214) 720-4300
Fax: (214) 981-9339

Andrea S. Hartley *(Admitted* Pro Hac Vice*)*
Joanne Gelfand (Admitted in New York)
Katherine C. Fackler (Admitted *Pro Hac Vice*)
AKERMAN LLP
98 Southeast Seventh Street, Ste. 1100
Miami, FL 33131
Tel.: (305) 374-5600
Fax: (305) 374-5095

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MIAMI METALS I, INC., *et al.*[1] | ) | Case No. 18-13359 (shl) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF AMENDED[2] AGENDA FOR MATTERS SCHEDULED
FOR HEARING ON AUGUST 29, 2019 AT 11:00 A.M.**

Time and Date of Hearing:   August 29, 2019 at 11:00 a.m. (Prevailing Eastern Time)

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York, before the Honorable Sean H. Lane, United States Bankruptcy Judge, **Room 701**, One Bowling Green, New York, NY 10004-1408

**PLEASE TAKE NOTICE** that an agenda with respect to all matters set for hearing on **August 29, 2019 at 11:00 a.m.** (EST) is set forth below. Copies of each pleading identified below can be viewed and/or obtained by: (i) accessing the Court's website at www.nysb.uscourts.gov, (ii) contacting the Office of the Clerk of Court at One Bowling Green, New York, New York 10004, or (iii) from the Debtors' claims and noticing agent, Donlin

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Miami Metals I, Inc. (f/k/a Republic Metals Refining Corporation), 15 West 47th Street, Suites 206 and 209, New York, NY 10036 (3194); Miami Metals II, Inc. (f/k/a Republic Metals Corporation), 12900 NW 38th Avenue, Miami, FL 33054 (4378); Miami Metals III LLC (f/k/a Republic Carbon Company), LLC, 5295 Northwest 163rd Street, Miami Gardens, FL 33014 (5833); Miami Metals IV LLC (f/k/a J & L Republic LLC, 12900 NW 38th Avenue, Miami, FL 33054 (7604); Miami Metals V LLC (f/k/a R & R Metals, LLC),  12900 NW 38th Avenue, Miami, FL 33054 (7848); Miami Metals VI (f/k/a RMC Diamonds, LLC), 12900 NW 38th Avenue, Miami, FL 33054 (1507); Miami Metals VII (f/k/a RMC2, LLC, 12900 NW 38th Avenue, Miami, FL 33054 (4696); Miami Metals VIII (f/k/a Republic High Tech Metals, LLC), 13001 NW 38 Avenue, Miami, FL 33054 (6102), 12900 NW 38th Avenue, Miami, FL 33054 (1507); Republic Metals Trading (Shanghai) Co., Ltd., 276 Ningbo Road, Huangpu District, Shanghai, P.R. 200001 China (1639); and Republic Trans Mexico Metals, S.R.L., Francisco I. Madero No. 55 Piso 5, Local 409, Centro Joyero Edificio Central, Delegación Cuauhtémoc, Mexico DF 6000  (2942).

[2] This amends the Agenda at ECF No. 1365.  New items are in bold and italics and removed items are stricken through.

49974572;1

Recano ("Donlin"), at www.donlinrecano.com/republicmetals.  Note that a PACER password is required to access documents on the Court's website.

**PLEASE TAKE FURTHER NOTICE** that the Court has approved (as noted on the docket) for any party wishing to participate to appear telephonically.  Arrangements can be made for participation through CourtCall, LLC.  CourtCall, LLC can be contacted at (866) 582-6878.

## AGENDA

**A.    STATUS CONFERENCE**

~~1.    Scheduling Related to Motions for Summary Judgment under Uniform Procedures.~~

**B.    UNCONTESTED MATTERS**

**1.    Debtors' Application to Employ and Retain Liquidator for Debtor Republic Trans Mexico Metals, S.R.L. pursuant to 11 U.S.C. §§ 327 and 328 [ECF No. 1238].**

a. Response Deadline: August 22, 2019 at 4:00 p.m. (EDT)

b. Responses Received: None.

c. Related Documents: None.

d. **Status**: Withdrawn at ECF No. 1336.

**2.    Second Interim Application of Donlin, Recano & Company, Inc. as Administrative Agent for the Debtors for Compensation for Services and Reimbursement of Expenses for the Period From March 1, 2019 Through June 30, 2019 [ECF No. 1285].**

a. Response Deadline: August 22, 2019 at 4:00 p.m. (EDT)

b. Responses Received: None.

c. Related Documents: None.

d. **Status**: Going forward on final basis.

**3.    Debtors' Motion for Approval of Settlement by and among Debtors, Senior Lenders, and Minas de Oroco Resources, S.A. de C.V., Pursuant to Federal Rule of Bankruptcy Procedure 9019 [ECF No. 1246].**

a. Response Deadline: August 22, 2019 at 4:00 p.m. (EDT)

b. <u>Responses Received</u>: None

c. <u>Related Documents</u>:
    i. Declaration of Scott Avila in Support of Debtors' Motion for Approval of Settlement by and among Debtors, Senior Lenders, and Minas de Oroco Resources, S.A. de C.V., Pursuant to Federal Rule of Bankruptcy Procedure 9019 **[ECF No. 1352]**.

d. **Status**: Going forward on final basis.

4. **Debtors' First Omnibus Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) (Inconsistent with Debtors' Books and Records) [ECF No. 1120].**

    a. <u>Response Deadline</u>: June 6, 2019 at 4:00 p.m. (EDT)

    b. <u>Responses Received</u>:
        i. Informal response by Design Gold Group [Claim No. 385].

        ii. Midwest Refineries, LLC's Response to the Debtors' First Omnibus Objection to Claims **[ECF No. 1165].**

        iii. Atlantic Gold & Silver Buyers, LLC's letter response to the Debtors' First Omnibus Objection to Claims **[ECF No. 1170].**

        iv. Opposition of PPS, Inc. d/b/a Braswell & Son to Debtors' First Omnibus Objection to Claims **[ECF No. 1174]**.

        v. Response by Geib Refining Corp. to the Debtors' First Omnibus Objection to Claims **[ECF No. 1245].**

    c. <u>Related Documents</u>:
        i. Notice of Filing Corrected Schedules to Correct Claim Numbers [ECF No. 1135].

        ii. Request for continuance by Geib Refining Corp. [Claim Nos. 212, 213]**.**

        iii. Order Sustaining Debtors' First Omnibus Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) (Inconsistent with Debtors' Books and Records) **[ECF No. 1262]**.

    d. **Status**:
        i. Not going forward as to any objecting party on August 29, 2019.
        ii. Resolved as to Design Gold Group.
        iii. Going forward as to Geib Refining Corp. for evidentiary hearing, on October 31, 2019.

3

**5.    Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Use Cash Collateral, (II) Granting Adequate Protection to the Secured Parties, (III) Scheduling a Final Hearing and (IV) Granting Related Relief** [ECF No. 10].

　　d.　Response Deadline: November 21, 2018 at 4:00 p.m. (EST)

　　e.　Responses Filed:
　　　　i.　Limited Objection of Alamos Gold Inc. and its Subsidiaries, Minas de Oro Nacional, S.A. de C.V. and Minera Santa Rita S. de R.L. de C.V. to the Debtors Cash Collateral Motion and Supplement to the Cash Collateral Motion [**ECF No. 121**].

　　　　ii.　Limited Objection SCMI US Inc. to the Debtors' Cash Collateral Motion and Joint Supplement to the Cash Collateral Motion [**ECF No. 137**].

　　　　iii.　Limited Objection of Premier Gold Mines Limited to Debtors' Motion for Entry of Final Order (I) Authorizing the Debtors to Use Cash Collateral, (II) Granting Adequate Protection of the Secured Parties and (III) Granting Related Relief [**ECF No. 144**].

　　　　iv.　Objection of Coeur Mining, Inc., Coeur Mexicana S.A. De C.V., Coeur Rochester, Inc. and Wharf Resources (U.S.A.), Inc. to (A) Debtors' Motion for Entry of Final Order (I) Authorizing the Debtors to Use Cash Collateral, (II) Granting Adequate Protection of the Secured Parties and (III) Granting Related Relief, and (B) Joint Supplement of the Debtors and the Senior Lenders to the Cash Collateral Motion [**ECF No. 146**].

　　　　v.　Joint Objection of Argonaut Gold Inc., First Majestic Silver Corp., and Mitchell T. Levine to Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Use Cash Collateral, (II) Granting Adequate Protection to the Secured Parties, (III) Scheduling a Final Hearing and (iv) Granting Related Relief [**ECF No. 147**].

　　　　vi.　Objection of Midwest Refineries, LLC to Entry of Final Case Collater [*sic*] Order [**ECF No. 148**].

　　　　vii.　Limited Objection and Reservation of Rights Re: Debtor's Motion for Use of Cash Collateral filed by Alex Morningstar Corp., Deb Schott, Inc., FCP Diamonds, LLC, Mid-States Recycling, Inc., and Noble Metal Services, Inc. [**ECF No. 152**].

　　　　viii.　Texas Precious Metals L.L.C.'s Joinder and Limited Objection to the Debtors' Cash Collateral Motion and Supplement to the Cash Collateral Motion and Reservation of Rights [**ECF No. 154**].

ix. Limited Objection of Music City Group, LLC to Debtors' Motion to Use Cash Collateral [**ECF No. 157**].

x. Limited Objection of Minas de Oroco Resources, S.A. de C.V. to Debtors' Motion to Use Cash Collateral [**ECF No. 158**].

xi. Limited Objection of Tiffany and Company, on its own behalf and on behalf of Laurelton Sourcing, LLC to (A) Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Use Cash Collateral, (II) Granting Adequate Protection of the Secured Parties, (III) Scheduling a Final Hearing and (IV) Granting Related Relief, and (B) Joint Supplement of the Debtors and the Senior Lenders to the Cash Collateral Motion [**ECF No. 159**].

xii. Objection of Pretium Exploration Inc. to the Debtors' Motion for Entry of a Final Order (I) Authorizing the Debtors to Use Cash Collateral, (II) Granting Adequate Protection to the Secured Parties, (III) Scheduling a Final Hearing, and (IV) Granting Related Relief [**ECF No. 161**].

xiii. Yamana Gold Inc.'s Limited Objection to Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Use Cash Collateral, (II) Granting Adequate Protection to the Secured Parties, (III) Scheduling a Final Hearing, and (IV) Granting Related Relief [**ECF No. 162**].

xiv. Limited Objection of Design Gold Group, Inc. to Motion to (I) Approve Use of Cash Collateral, (II) Granting Adequate Protection to the Secured Parties, and (III) Scheduling a Final Hearing [**ECF No. 163**].

xv. Limited Objection of Pyropure, Inc. D/B/A Pyromet to the Debtors' Cash Collateral Motion and Supplement to the Cash Collateral Motion [**ECF No. 164**].

xvi. Limited Objection, Joinder and Reservation of Rights Concerning Debtors' Motion Seeking Authorization to Use Cash Collateral and Certain Related Relief filed by 7645635 Canada Inc. o/a Ottawa Gold Buyer, Pollock-Cameron Investments Corporation o/a Vancouver Gold Buyer, and 7907109 Canada Inc. [**ECF No. 174**].

xvii. Objection, Joinder, and Reservation of Rights of Compania Minera Dolores, S.A. de C.V. and Minera Triton Argentina SA to the Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Use Cash Collateral, (II) Granting Adequate Protection to the Secured Parties, (III) Scheduling a Final Hearing, and (IV) Granting Related Relief [**ECF No. 178**].

49974572;1

    xviii. So Accurate Group, Inc.'s Limited Objection, Joinder, and Reservation of Rights to Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors' Use of Cash Collateral, (II) Granting Adequate Protection to the Secured Parties, (III) Scheduling a Final Hearing, and (IV) Granting Related Relief [**ECF No. 181**].

    xix. Limited Objection of Brilliant Jewelers/MJJ Inc. to Debtors' Cash Collateral Motion and Supplement to the Cash Collateral Motion and Reservation of Rights [**ECF No. 185**].

    xx. Objection of the Official Committee of Unsecured Creditors to Debtors' Motion for Entry of Interim and Final Orders (i) Authorizing the Debtors' Use of Cash Collateral, (ii) Granting Adequate Protection to the Secured Parties, (iii) Scheduling a Final Hearing and (iv) Granting Related Relief, and the Supplemental Motion [**ECF No. 193**].

    xxi. Objection of Jason Rubin, Rose Rubin, Lindsey Rubin, the Second Amended and Restated Rose Rubin Revocable Trust U/D/A 9/25/2013, the Amended and Restated Richard Rubin Revocable Trust U/D/A 12/8/2008, Republic Metals Warehouse LLC, Richard Rubin Linday Investments, LLC, Jason Ross Rubin Enterprises LLC, and RRLJ12 LLC to the Debtors' Motion for Entry of a Final Order (I) Authorizing the Debtors to Use Cash Collateral, (II) Granting Adequate Protection to the Secured Parties, (III) Scheduling a Final hearing and (IV) Granting Related Relief [**ECF No. 199**].

    xxii. Omnibus Reply of the Senior Lenders to Objections to the Debtors' Cash Collateral Motion [**ECF No. 208**].

f. <u>Related Documents</u>:

    i. Notice of Proposed Amended Cash Collateral Budget [**ECF No. 32**].

    ii. Interim Order (I) Authorizing the Debtors to Use Cash Collateral, (II) Granting Adequate Protection to Secured Parties, (III) Scheduling a Final Hearing, and (IV) Granting Related Relief [**ECF No. 54**].

    iii. Joint Supplement of the Debtors and the Senior Lenders to the Cash Collateral Motion [**ECF No. 78**].

    iv. Notice of Filing Proposed Order [**ECF No. 167**].

    v. Motion of Coeur Mining, Inc., Coeur Mexicana S.A. De C.V., Coeur Rochester, Inc. and Wharf Resources (U.S.A.), Inc. to (a) File Documents under Seal and (b) Redact Commercially Sensitive, Nonpublic Information [**ECF No. 145**].

49974572;1

vi. Yamana Gold, Inc. Ex Parte Motion for Entry of an Order to (i) File a Document Under Seal and (ii) Redact Commercially Sensitive, Nonpublic Information [**ECF No. 165**].

vii. Declaration of Atul Kampani in Support of Limited Objection of Brilliant Jewelers/MJJ Inc. to Debtor's Final Motion to Use Cash Collateral, Granting Adequate Protection, Etc. [**ECF No. 186**].

viii. Notice of Proposed Order Continuing Final Hearing on Cash Collateral [**ECF No. 209**].

ix. Notice of Proposed Interim Cash Collateral Budget [**ECF No. 212**].

x. Notice of Proposed Second Interim Cash Collateral Order and Budget [**ECF No. 255**].

xi. Notice of Proposed Alternative Second Interim Cash Collateral Order [**ECF No. 260**].

xii. Second Interim Order on Cash Collateral [**ECF No. 277**].

xiii. Notice of Proposed Third Interim Cash Collateral Order [**ECF No. 318**].

xiv. Notice of Proposed Third Interim Cash Collateral Budget [**ECF No. 323**].

xv. Third Interim Order on Cash Collateral [**ECF No. 373**].

xvi. Notice of Proposed Fourth Interim Cash Collateral Order and Budget [**ECF No. 515**].

xvii. Fourth Interim Order on Cash Collateral [**ECF No. 538**].

xviii. Notice of Filing Proposed Fifth Interim Order on Cash Collateral [**ECF No. 650**].

xix. Notice of Filing Proposed Fifth Interim Cash Collateral Budget [**ECF No. 651**].

xx. Fifth Interim Order on Cash Collateral [**ECF No. 675**].

xxi. Notice of Proposed Six Interim Cash Collateral order, Blackline Order, and Budget [**ECF No. 834**].

xxii. Sixth Interim Order on Cash Collateral [**ECF No. 864**].

xxiii. Notice of Submission of Proposed Seventh Interim Cash Collateral Order and Blackline Order [**ECF No. 945**].

xxiv. Notice of Filing Revised Blackline of Seventh Interim Cash Collateral Order [**ECF No. 949**].

xxv. Notice of Submission of Revised Proposed Seventh Interim Cash Collateral Order, Blackline Order, and Budget [**ECF No. 952**].

xxvi. Notice of Submission of Further Revised Proposed Seventh Interim Cash Collateral Order, Blackline Order, and Budget [**ECF No. 959**].

xxvii. Seventh Interim Cash Collateral Order [**ECF No. 987**].

xxviii. Notice of Submission of Proposed Eighth Interim Cash Collateral Order and Blackline Order [**ECF No. 1031**].

xxix. Notice of Submission of Proposed Eighth Interim Cash Collateral Budget [**ECF No. 1043**].

xxx. Eighth Interim Cash Collateral Order [**ECF No. 1160**].

xxxi. Ninth Interim Cash Collateral Order [**ECF No. 1237**].

xxxii. Tenth Interim Cash Collateral Order [**ECF No. 1356**].

xxxiii. *Notice of Submission of Proposed Eleventh Interim Cash Collateral Budget [ECF No. 1368].*

d. **Status**: Going forward on eleventh interim basis.

Dated: August 27, 2019

                            AKERMAN LLP

                            By: */s/ Katherine C. Fackler*
                            Katherine C. Fackler
                            (Admitted *Pro Hac Vice*)
                            Andrea S. Hartley
                            (Admitted *Pro Hac Vice*)
                            Joanne Gelfand
                            (Admitted in New York)
                            98 Southeast Seventh Street, Suite 1100
                            Miami, FL 3313
                            Tel.: (305) 374-5600
                            Fax: (305) 374-5095
                            E-Mail: andrea.hartley@akerman.com

49974572;1

        E-Mail: katherine.fackler@akerman.com
        E-Mail: joanne.gelfand@akerman.com

        - and –

        John E. Mitchell
        *(Admitted Pro Hac Vice)*
        Yelena Archiyan
        *(Admitted in New York)*
        2001 Ross Avenue, Suite 3600
        Dallas, TX  75201
        Tel.: (214) 720-4300
        Fax: (214) 981-9339
        E-Mail: john.mitchell@akerman.com
        E-Mail: yelena.archiyan@akerman.com

*Counsel for Debtors and Debtors-in-Possession*