**COOLEY LLP**
55 Hudson Yards
New York, New York 10001
Telephone: 212-479-6000
Ian Shapiro
Nicholas Flath

*Counsel for Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
:
In re:                                                           :   Chapter 11
:
Miami Metals I, Inc., *et al.*[1]                                :
:   Case No. 18-13359 (shl)
:
Debtors.                                                         :   (Jointly Administered)
:
---------------------------------------------------------------- x

## NOTICE OF DEPOSITION

**PLEASE TAKE NOTICE** that the Official Committee of Unsecured Creditors of the Debtors (the "Committee") will examine Maria Machado pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure and the Order of the Court dated December 21, 2018 (ECF No. 353). The examination will be recorded by a stenographer and will be videotaped. The examination will take place on August 30, 2019 at 9:30 a.m., at the law offices of Akerman LLP

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Miami Metals I, Inc. (f/k/a Republic Metals Refining Corporation), 15 West 47th Street, Suites 206 and 209, New York, NY 10036 (3194); Miami Metals II, Inc. (f/k/a Republic Metals Corporation), 12900 NW 38th Avenue, Miami, FL 33054 (4378); Miami Metals III LLC (f/k/a Republic Carbon Company), 5295 Northwest 163rd Street, Miami Gardens, FL 33014 (5833); Miami Metals IV LLC (f/k/a J & L Republic LLC), 12900 NW 38th Avenue, Miami, FL 33054 (7604); Miami Metals V LLC (f/k/a R & R Metals, LLC), 12900 NW 38th Avenue, Miami, FL 33054 (7848); Miami Metals VI (f/k/a RMC Diamonds, LLC), 12900 NW 38th Avenue, Miami, FL 33054 (1507); Miami Metals VII (f/k/a RMC2, LLC), 12900 NW 38th Avenue, Miami, FL 33054 (4696); Miami Metals VIII (f/k/a Republic High Tech Metals, LLC), 13001 NW 38 Avenue, Miami, FL 33054 (6102), 12900 NW 38th Avenue, Miami, FL 33054 (1507); Republic Metals Trading (Shanghai) Co., Ltd., 276 Ningbo Road, Huangpu District, Shanghai, P.R. 200001 China (1639); and Republic Trans Mexico Metals, S.R.L., Francisco I. Madero No. 55 Piso 5, Local 409, Centro Joyero Edificio Central, Delegación Cuauhtémoc, Mexico DF 6000 (2942).

in Miami, Florida (Three Brickell City Centre, 98 Southeast Seventh Street, Suite 1100, Miami, Florida 33131).

Dated: August 27, 2019
      New York, New York

**COOLEY LLP**

*/s/ Nicholas Flath*
Ian Shapiro
Nicholas Flath
55 Hudson Yards
New York, New York 10001
Tel.: (212) 479-6000
Fax: (212) 479-6275
ishapiro@cooley.com
nflath@cooley.com

*Counsel for the Official Committee of Unsecured Creditors*