John E. Mitchell (Admitted *Pro Hac Vice*)
Yelena Archiyan (Admitted in New York)
AKERMAN LLP
2001 Ross Avenue, Ste. 3600
Dallas, TX 75201
Tel.: (214) 720-4300
Fax: (214) 981-9339

Andrea S. Hartley (Admitted *Pro Hac Vice*)
Joanne Gelfand (Admitted in New York)
Katherine C. Fackler (Admitted *Pro Hac Vice*)
AKERMAN LLP
98 Southeast Seventh Street, Ste. 1100
Miami, FL 33131
Tel.: (305) 374-5600
Fax: (305) 374-5095

*Counsel for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MIAMI METALS I, INC., *et al.*[1] | ) | Case No. 18-13359 (shl) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## <u>NOTICE OF CONTINUED DEPOSITION AS TO DEBTORS' 30(b)(6) WITNESS</u>

This Notice relates to those parties governed by the Order Approving Uniform Procedures for Resolution of Ownership Disputes [ECF No. 395], the First Amended Order Approving Uniform Procedures for Resolution of Ownership Disputes [ECF No. 913], and the Second Amended Order Approving Uniform Procedures for Resolution of Ownership Disputes [ECF No. 1196] (collectively, the "Uniform Procedures"). Further reference is made to Tiffany and Company's Notice of 30(b)(6) depositions [ECF Nos. 1047, 1314].

Pursuant to the stipulations placed on the record during David Comite's deposition on August 21 and 22, 2019, the deposition of David Comite as a 30(b)(6) witness for the Debtors is continued to **September 12, 2019** at **1:00p.m.(ET)**. Mr. Comite will be appearing for this

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Miami Metals I, Inc. (f/k/a Republic Metals Refining Corporation), 15 West 47th Street, Suites 206 and 209, New York, NY 10036 (3194); Miami Metals II, Inc. (f/k/a Republic Metals Corporation), 12900 NW 38th Avenue, Miami, FL 33054 (4378); Miami Metals III LLC (f/k/a Republic Carbon Company), LLC, 5295 Northwest 163rd Street, Miami Gardens, FL 33014 (5833); Miami Metals IV LLC (f/k/a J & L Republic LLC, 12900 NW 38th Avenue, Miami, FL 33054 (7604); Miami Metals V LLC (f/k/a R & R Metals, LLC), 12900 NW 38th Avenue, Miami, FL 33054 (7848); Miami Metals VI (f/k/a RMC Diamonds, LLC), 12900 NW 38th Avenue, Miami, FL 33054 (1507); Miami Metals VII (f/k/a RMC2, LLC, 12900 NW 38th Avenue, Miami, FL 33054 (4696); Miami Metals VIII (f/k/a Republic High Tech Metals, LLC), 13001 NW 38 Avenue, Miami, FL 33054 (6102), 12900 NW 38th Avenue, Miami, FL 33054 (1507); Republic Metals Trading (Shanghai) Co., Ltd., 276 Ningbo Road, Huangpu District, Shanghai, P.R. 200001 China (1639); and Republic Trans Mexico Metals, S.R.L., Francisco I. Madero No. 55 Piso 5, Local 409, Centro Joyero Edificio Central, Delegación Cuauhtémoc, Mexico DF 6000 (2942).

50016791;1

deposition at Akerman LLP, Three Brickell City Centre, 98 Southeast Seventh Street, Suite 1100, Miami, Florida 33131.

For those interested in participating in person in the deposition of Mr. Comite, please provide the name of any attendees to Esther McKean, Esq., (esther.mckean@akerman.com or 407-419-8583) no later than two days before the deposition.

For those interested in participating remotely, please contact Ms. McKean no later than two days before the deposition to make arrangements to participate at an Akerman office, through WebEx and/or other commonly available conference software.

The depositions will be taken before a qualified notary republic or other officer authorized by law to administer oaths, and will continue from day-to-day, excluding weekends and holidays, until completed. The testimony will be recorded stenographically and will be videotaped.

Dated: August 29, 2019                              **AKERMAN LLP**

By: _  /s/John E. Mitchell_
John E. Mitchell
(Admitted *Pro Hac Vice*)
Yelena Archiyan
(Admitted in New York)
AKERMAN LLP
2001 Ross Avenue, Suite 3600
Dallas, TX  75201
Tel.: (214) 720-4300
Fax: (214) 981-9339
E-Mail: john.mitchell@akerman.com
E-Mail: yelena.archiyan@akerman.com
-and-
Joanne Gelfand
(Admitted in New York)
AKERMAN LLP
98 Southeast Seventh Street, Suite 1100
Miami, FL 33131
Tel.: (305) 374-5600
Fax: (305) 374-5095
E-Mail: joanne.gelfand@akerman.com
*Counsel for Debtors and Debtors-in-Possession*

2