**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | : |
| | :     **Chapter 11** |
| | :     **Case No. 18-13359 (SHL)** |
| **MIAMI METALS I, INC., et al.,**[1] | :     **(Jointly Administered)** |
| | : |
| | : |
|         **Debtors.** | : |
| | : |

**NOTICE OF FILING OF EXHIBITS TO DECLARATION OF WANDA BORGES**

SCMI US INC., by and through its undersigned counsel, give notice of filing Exhibits A through BB to the: (1) Declaration of Wanda Borges in support of the cross-motion of SCMI US Inc. for summary judgment and in opposition to the Senior Lenders' motion for summary judgment dated May 8, 2020 [ECF No. 1170]; and (2) Declaration of Wanda Borges in further support of SCMI US Inc.'s cross-motion for summary judgment and in opposition to the Senior Lenders' motion for summary judgment dated July 24, 2020 [ECF No. 1823] .

Dated: July 29, 2020                       BORGES & ASSOCIATES, LLC
                                                       *Attorneys for SCMI US Inc.*
                                                       By: /s/ Wanda Borges
                                                           Wanda Borges, Esq. (wb4904)
                                                           Sue L. Chin, Esq. (sc1965)
                                                           BORGES & ASSOCIATES, LLC
                                                           575 Underhill Blvd., Suite 118
                                                           Syosset, New York 11791

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Miami Metals I, Inc. (f/k/a Republic Metals Refining Corporation), 15 West 47th Street, Suites 206 and 209, New York, NY 10036 (3194); Miami Metals II, Inc. (f/k/a Republic Metals Corporation), 12900 NW 38th Avenue, Miami, FL 33054 (4378); Miami Metals III LLC (f/k/a Republic Carbon Company, LLC), 5295 Northwest 163rd Street, Miami Gardens, FL 33014 (5833); Miami Metals IV LLC (f/k/a J & L Republic LLC), 12900 NW 38th Avenue, Miami, FL 33054 (7604); Miami Metals V LLC (f/k/a R & R Metals, LLC), 12900 NW 38th Avenue, Miami, FL 33054 (7848); Miami Metals VI (f/k/a RMC Diamonds, LLC), 12900 NW 38th Avenue, Miami, FL 33054 (1507); Miami Metals VII (f/k/a RMC2, LLC), 12900 NW 38th Avenue, Miami, FL 33054 (4696); Miami Metals VIII (f/k/a Republic High Tech Metals, LLC), 13001 NW 38 Avenue, Miami, FL 33054 (6102); Republic Metals Trading (Shanghai) Co., Ltd., 276 Ningbo Road, Huangpu District, Shanghai, P.R. 200001 China (1639); and Republic Trans Mexico Metals, S.R.L., Francisco I. Madero No. 55 Piso 5, Local 409, Centro Joyero Edificio Central, Delegación Cuauhtémoc, Mexico DF 6000 (2942). 2

        Tel: (516) 677-8200 x225
        Fax: (516) 677-0806
        wborges@borgeslawllc.com
        schin@borgeslawllc.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 29, 2020 a copy of the foregoing NOTICE OF FILING OF EXHIBITS TO DECLARATION OF WANDA BORGES was served by electronic notification through the CM/ECF system on all parties registered to receive electronic notice in this case.

        */s/ Sue L. Chin*
        Sue L. Chin