EXHIBIT G

Page 1

1

2    UNITED STATES BANKRUPTCY COURT

3    SOUTHERN DISTRICT OF NEW YORK

4

5    In re:                    )        Chapter 11
                               )
6    MIAMI METALS I,           )        Case No. 18-13359 (shl)
     INC. et al.               )
7                              )
              Debtors.         )        (Jointly Administered)

8

9

10

11

12          30(b)(6) DEPOSITION OF SCMI US, INC.

13                 by HITOSHI ISHIDA

14                New York, New York

15                 August 9, 2019

16

17

18

19

20

21

22

23    Reported by:  BONNIE PRUSZYNSKI, RMR, RPR, CLR

24

25    JOB NO. 165392

1                      H. Ishida

2    sale of precious metals.  Can you please

3    describe for me any other business operations

4    of SCMI?

5        A.    It is engaged, to be specific, in

6    the buying and selling, in the leasing and

7    consignment of precious metals with parties

8    in the U.S.

9        Q.    And I want to just go back a minute

10   to clear something up.  Mr. Hara, is he in

11   the New York office also?

12       A.    Yes.

13       Q.    And does Mr. Hara also reside in

14   New York?

15       A.    Yes.

16       Q.    I'm going to be showing you some

17   more documents, and I'm going to be asking

18   you to identify them for the record, which,

19   again, would typically mean, and your lawyer

20   can elaborate, that you would read the title

21   of the document into the record so she can

22   record it, the court reporter.

23             (SCMI Exhibit 2, SCMI US INC.'s

24        Responses to Debtors' First Set of

25        Interrogatories, etc. marked for

1           H. Ishida

2   Are there any other persons at SCMI who

3   communicated with Republic Metals Corp.?

4       A.    Those are the only three.

5       Q.    I'm sorry.  Did you state the

6   answer?

7           THE INTERPRETER:  "Those are the

8       only three."

9       Q.    Did Mr. Steve have a prior

10  relationship with RMC before joining SCMI in

11  April 2018?

12      A.    I don't know.

13      Q.    Did SCMI and Republic Metals

14  Corporation ever have in-person meetings?

15      A.    Yes.

16      Q.    Where were those meetings?

17      A.    I'm not able to give you a precise

18  date and time, but --

19      Q.    My question was where, and then we

20  will get to when.  The location.

21      A.    Daniel met with them in Florida, at

22  their offices in Florida.  And I know that

23  Daniel and I met with them in Arizona.  And I

24  also remember that I met with -- I met with

25  them with Daniel in New York.

1              H. Ishida

2              (SCMI Exhibit 6, Master Agreement

3        for Precious Metals Transactions marked

4        for identification, as of this date.)

5        Q.    Can you identify this document,

6   please, for the record?

7        A.    (In English)  Master agreement for

8   precious metals transactions.

9        Q.    Have you seen this document before?

10       A.    (Through interpreter)  Yes, I have.

11       Q.    Can you turn to -- if you look at

12  the top, there are page numbers -- page 23 of

13  28.

14             Is that your signature on page 23?

15       A.    Yes.

16       Q.    Is this document complete?  You can

17  look through it.  Take your time.

18       A.    It appears that it's complete, and

19  I see that it includes the annexes.

20       Q.    Does SCMI use this form master

21  agreement with other customers?

22       A.    Basically, yes.

23       Q.    Who prepared this master agreement?

24       A.    We did.

25       Q.    When was it prepared?

Page 59

1                          H. Ishida

2      A.    This is based on a boilerplate, so

3   the boilerplate originally was generated

4   quite a while back.

5      Q.    Would that be more than four years

6   before 2017?

7      A.    Yes.

8      Q.    More than ten years?

9      A.    That I don't know.

10      Q.    More than six years?

11      A.    I don't know.

12      Q.    Okay.  Are you familiar with the

13   terms in the master agreement?

14      A.    Although I am not the one who drew

15   up the master agreement originally, I do

16   consider myself to be at least familiar with

17   it to a certain degree.

18      Q.    Who else at SCMI is familiar with

19   the master agreement in front of you?

20      A.    At SCMI U.S., I would expect

21   Mr. Hara, Shunji Hara, who is here, would

22   know.

23      Q.    Anybody else?

24      A.    Mr. Hara is the only one that I can

25   give you a name with some confidence.

1                      H. Ishida

2       Q.    You indicated it was boilerplate.

3    Was there any discussion of changing the

4    terms between the parties?

5       A.    I don't know.

6       Q.    When did SCMI and Republic --

7    restart that.

8            Have SCMI and Republic ever entered

9    into a consignment transaction under the

10   master agreement?

11      A.    There were no consignment

12   transactions.

13      Q.    Have SCMI and Republic Metals Corp.

14   ever entered into an outright transaction

15   under the master agreement?

16      A.    Yes.   Outright transactions, yes.

17      Q.    Please describe for me what an

18   outright transaction consists of, based on

19   your understanding.

20      A.    It refers to the sale or purchase

21   of precious metals.

22      Q.    Is the payment for the sale or

23   purchase financed, or is it made in one lump

24   sum?

25      A.    You mean do we get financing for

1                              H. Ishida

2    are set, the LIBOR rate is one consideration

3    in setting it?

4              THE INTERPRETER:  The lease rate?

5        A.    The LIBOR market and the lease rate

6    market are two separate markets, although for

7    purposes of cranking out the numbers or

8    computing the lease rate, there are

9    situations where the LIBOR will be taken into

10   account.

11       Q.    Are any other benchmark interest

12   rate indexes taken into account?

13       A.    For interest, LIBOR is the only

14   one, but theoretically, and please note I

15   said theoretically, the lease rate is what

16   you get when you subtract the LIBOR from the

17   forward rate.

18       Q.    So, the forward rate for silver is

19   considered when you do -- for instance, with

20   this transaction that is referenced in

21   Exhibit Number 7.

22       A.    Okay.  Let me say this again.

23   There is a market for the lease rate.  The

24   lease rate itself has its own market.

25       Q.    Does the lease rate have an index,

Page 69

H. Ishida

delivered in the form of silver credits to

Republic Metals Corp.' Loco London account?

    A.    The contract calls for the silver

to be delivered into an account specified by

Republic, an account at Silver Loco London.

    Q.    So no physical metals are

delivered, only credits, to the Loco London

account?

    A.    How familiar are you with Loco

London?

    Q.    I'm not nearly as familiar as a lot

of people in this room, but the point of my

question, so we don't get bogged down, is

that a truck did not drive up to Republic

Metals and deliver silver.  There was an

electronic transfer of credits between SCMI

and Republic Metals for the 375,000 ounces

referenced on Exhibit 7.

    A.    Okay.  Let me try to explain it in

precise terms.

        All Loco London transactions are

backed by silver that actually is physically

in place in London.

    Q.    Understood.

1                        H. Ishida

2      Q.    We are going to be walking through

3   that, you can tell him.

4             THE INTERPRETER:  But the

5        interpreter has to finish interpreting

6        what the witness said.

7             MS. GELFAND:  Okay.

8      A.    Ultimately, at the end of

9   March 2018, it may have been on March 29, but

10   in any event, sometime toward the end of

11   March of 2018, the 600,000 ounces was

12   transferred back to SCMI from Republic.

13             (SCMI Exhibit 11, SCMI - 34 marked

14        for identification, as of this date.)

15      Q.    Turning now to Exhibit Number 11

16   for identification purposes, is this what you

17   would call a rollover?

18      A.    Yes.  This is the rollover for what

19   we were talking about earlier, and the

20   rollover goes -- the extension is such that

21   it goes until March 29, 2018.

22      Q.    And when we have a rollover like we

23   have here, then nothing is transferred to the

24   Loco London account; is that correct?

25             I think I want to clarify, nothing

1              H. Ishida

2  new is transferred.

3      A.    May I try to explain this --

4      Q.    Sure.

5      A.    -- based on the contract.

6      Q.    Please.

7      A.    According to the lease contract,

8  the party that had leased the metal is

9  required to return the metal in question to

10 the party from which the metal was leased.

11 However, if and when a new lease agreement is

12 entered into, at the point in time when the

13 first lease agreement expires, the lease

14 contract is extended, and there is no need

15 for the -- for the metal to be returned at

16 the expiration, at the first expiration.

17         And then in this case, there were

18 several extensions, but ultimately, on

19 March 29, 2018, it was returned to SCMI, the

20 full 600,000 ounces of silver.

21     Q.    When an extension is granted, there

22 is no delivery of any product because it was

23 already delivered; is that correct?

24     A.    That's correct.

25         (SCMI Exhibit 12, SCMI - 35 marked

1              H. Ishida

2         AFTERNOON SESSION - 2:07 P.M.

3         MS. GELFAND:  We are going to go on

4    the record.

5    Q.    Okay.  Mr. Ishida, before we took a

6    break for lunch, we reviewed several

7    confirmations in Exhibits 8 through 15.

8    A.    Yes.

9    Q.    What is the difference between

10   unallocated credits and allocated credits?

11   A.    Okay.  With the allocated, you can

12   specify the actual goods in question, the

13   silver in question.  The unallocated, it's --

14   you don't specify.

15   Q.    And that would be specifying the

16   silver held by the depository?

17   A.    Yes.  But in either case, there is

18   actual silver for the transaction in question

19   in the depository.

20   Q.    Of the -- held by the third party?

21   A.    That's correct.

22   Q.    Now, I noticed that the transaction

23   referenced in Exhibit Number 15, which I am

24   going to refer to as the September 7th

25   transaction, the interest rate went up, or

1                        H. Ishida

2    from the customer.

3        Q.    And what would you do with the

4    financial statements?

5        A.    We download their financial

6    information, and then we -- using a program,

7    we come up with an evaluation of their

8    creditworthiness.

9        Q.    What would you do with the

10   evaluation of their creditworthiness?

11       A.    Then we would also factor in other

12   factors, such as the scale of the

13   transactions that we are engaged in with that

14   customer, the profitability of the

15   transaction -- these transactions, and also

16   other factors that might come into play in

17   terms of increasing or decreasing the value

18   of the customer to us.

19       Q.    When you say "increasing or

20   decreasing the value," would that affect the

21   lease rate that you charged the customer?

22       A.    Yes.

23             And there is one more thing I would

24   like to add.  In addition to what I have

25   described, there are times when we might meet

1                    H. Ishida

2   higher what you call a lease rate than other

3   customers of SCMI?

4        A.    I don't know, because there aren't

5   that many customers, and it becomes more

6   difficult to make a good comparison between

7   and amongst the customers because of the

8   small number.

9        Q.    How many customers do you have that

10  lease metals?

11       A.    If I remember correctly, and I'm

12  not absolutely positive, but if my memory

13  serves me correctly, for silver and gold,

14  Loco London, I think there was one other

15  company in addition to Republic.

16       Q.    So, you had two customers who were

17  parties to a lease transaction annex under

18  the master agreement?

19       A.    I think there were just two when it

20  comes to Loco London gold or silver lease

21  transactions.

22       Q.    Who is the other customer?

23       A.    Am I to say the name of the

24  company?

25       Q.    Yes.

1                        H. Ishida

2      A.    A-Mark Precious Metals.

3      Q.    And where is A-Mark Precious Metals

4  located?

5      A.    Their headquarters are in

6  California.

7      Q.    And who is the contact that you

8  deal with at A-Mark Precious Metals?

9      A.    I am afraid I don't remember the

10  surname, but I believe the person's first

11  name is Fraser.

12      Q.    Can you supply this information

13  after you look at your records?

14      A.    I think it could be found.

15      Q.    Mr. Ishida, what was the purpose of

16  entering into the September 7th transaction

17  with Republic?

18      A.    The purpose?  Well, they came

19  telling us at the end of August that they

20  wanted to roll over the transaction, and so

21  this was a result of that.

22      Q.    Why was it rolled over instead of

23  SCMI requesting a return of the credits?

24      A.    So they asked for it, and you are

25  asking me why did we agree to it?

1                        H. Ishida

2              At the time of the September 7th

3      transaction or anytime before that, because

4      this was a rollover, did you provide

5      instructions to Republic Metals Corp. as to

6      what use they should make of the

7      600,000 ounces of silver that were credited

8      to their Loco London account?

9          A.    There were no instructions.  We

10     simply would deliver the Loco London silver

11     in accordance with the contract, and we did

12     not put any conditions on how it was to be

13     used.

14         Q.    I want to go back to the master

15     lease, page one, the first page or two of

16     eight -- 28, I think it says, default

17     interest.  How was default interest

18     determined for your customers?

19         A.    The default interest is what would

20     be used if there was a -- if a payment was

21     not made in a timely manner.

22         Q.    And how did you determine the rate?

23     For instance, in this master agreement it's

24     LIBOR plus one.

25         A.    I don't know.

1              H. Ishida

2        Q.    Has any other of your customers

3    ever defaulted on lease obligations relating

4    to Loco London metal credits?

5        A.    No, but there is one point I would

6    like to make clear.  Okay.  In terms of what

7    are the requirements of the party that is on

8    the receiving end of the lease, one would be

9    to pay the lease rate when it's due, and to

10   return the credit for the metal in question

11   at the -- on the date of expiration.  No

12   other company other than Republic has ever

13   failed to fulfill its obligations related --

14   these -- these obligations related to a metal

15   lease.

16       Q.    Okay.

17            MS. GELFAND:  We are going to mark

18       this as Exhibit Number 16.

19            (SCMI Exhibit 16,

20       SCMI__RMC__000274-323 marked for

21       identification, as of this date.)

22       Q.    Mr. Ishida, can you identify

23   Exhibit Number 16 for identification for the

24   record?

25       A.    Okay.  One thing is, this is not

1                    H. Ishida

2        interpreter tell the witness that the

3        matter has been taken care of without

4        interpreting the colloquy?

5            MS. BORGES:  Correct.

6    BY MR. LAWRENCE:

7        Q.    You mentioned that this report is

8    generated by the software system.  Do you

9    know if this particular type of transaction

10   had to be processed as a loan/depot so that

11   the information provided in the statement

12   could be generated by the system?

13       A.    Yes, that's -- that's my

14   understanding, is that it's a system -- it's

15   required by the system.  And if you look at,

16   I think Exhibit 7, I told you that's a recap

17   e-mail, that's how we input our information.

18            The front office takes the recap

19   e-mail and inputs the information, the

20   necessary information, into the system from

21   the information that is given in the recap

22   e-mail.  The system, my understanding is --

23   strike that.

24            My understanding is that the system

25   is something that was purchased, and in order

1                    H. Ishida

2    to get what we want from the system, we input

3    certain information under certain column

4    headings.  In this case, it's called

5    "loan/depot."  We input the information given

6    here as loan/depot, and then that's how we

7    end up with the results that we have here.

8             Now, yes, this is really in fact a

9    lease transaction, not a loan, not a depot.

10   But for system purposes, we input it as a

11   loan/depot.

12       Q.   Do you know what software program

13   the company uses?

14       A.   I believe it's a system called

15   DBTS.

16       Q.   Do you know who -- scratch that.

17   That's okay.

18            (SCMI Exhibit 20,

19       RMC__Gregg__Driscoll__00114466-467 marked

20       for identification, as of this date.)

21       Q.   I'm going to move on to a document

22   that I have labeled as Exhibit 20, or that

23   has been labeled as Exhibit 20.  Do you have

24   that in front of you?

25            Have you seen this document before?

1                          H. Ishida

2              Q.      How long has SCMI US been in the

3    business of leasing silver credits to other

4    companies?

5              A.      In our industry that word "silver

6    credit" doesn't exist.  We do do leasing of

7    silver, but "silver credit" isn't a word used.

8              Q.      What did SCMI US lease to Republic?

9              A.      LOCO London silver.

10             Q.      Did SCMI US ever deliver physical

11   silver to Republic?

12             A.      We have never delivered silver to

13   Republic.  However, we have delivered physical

14   silver to the appointed warehouse of LOCO London.

15             Q.      When Republic leased silver from

16   SCMI US, was it leasing silver credits LOCO

17   London?

18             A.      We don't understand the question.

19             Q.      What does SCMI US do with its LOCO

20   London silver?

21             A.      As it stated in the master

22   agreement, we delivered the metal to LOCO London.

23   LOCO London market, excuse me; delivered to LOCO

24   London market.

25             Q.      What did SCMI US lease to Republic?

1                              H. Ishida

2    BY MR. LAWRENCE:

3            Q.      Yes.

4            A.      What kind of question is that?  I

5    don't understand.  Why do I have to talk to him?

6            Q.      It sounds like you're saying you

7    were not involved with the negotiations of the

8    master agreement; is that right?

9            A.      I have a problem with this word

10   "negotiate."  Dan was preparing this boilerplate

11   agreement but ultimately I signed it.  So if there

12   are bits or wording I didn't like, I would have

13   changed them but so, in that case, I was involved

14   with the master agreement, making of it.

15           Q.      Was Daniel Izzo authorized to enter

16   into agreements with Republic?

17           A.      No, he didn't have such an

18   authorization.  Therefore, I signed it.  I was the

19   head of the company at that time.

20           Q.      Please look at Exhibit No. 32.

21           MS. BORGES:  Scott, before you go

22   on, I just want to direct your attention, we are

23   looking for the attachment 4 for a prior line of

24   questioning and that attachment 4 redacted stops

25   at SCMI Bates stamp number 188.

1                              H. Ishida

2      that even after leasing out, the ownership remains

3      with SCMI.

4              Q.      Doesn't SCMI US have the same Annex

5      2 to its lease agreement with SCMI Limited?

6              A.      I'll check, double check in order

7      to make sure now.  Yes, it is in the same format.

8              Q.      Just a moment.  Okay, so when SCMI

9      US leased the credits to Republic, it didn't own

10     those credits either; right?  Those credits were

11     originally owned by SCMI Limited, who had leased

12     the credits from SCGC.  Do I have that right?

13             A.      In any case it is crystal clear

14     that Republic doesn't own the title.

15             Q.      When SCMI US leases the credits

16     out, for example to Republic, the credits are no

17     longer in its inventory; right?

18             A.      In the accounting, so we'll reduce

19     the inventory amount but at the same time we

20     increase the account receivable PM lease.  This is

21     the procedure in the accounting.

22             Q.      Just a moment.  These journal

23     entries that we've been talking about relate to

24     the lease transactions and they show how the

25     company booked the credits that were transferred.