# EXHIBIT P

Message

| | |
|---|---|
| **From**: | IZZO DANIEL [NYKNA NewYork SCOA-New York Head Office] [daniel.izzo@sumitomocorp.com] |
| **Sent**: | 10/9/2017 1:35:17 PM |
| **To**: | Gregg Driscoll [g.driscoll@republicmetalscorp.com] |
| **Subject**: | Re: Leasing |

Sorry Gregg the office was closed today let's talk in morning

Sent from my iPhone

On Oct 9, 2017, at 11:02 AM, Gregg Driscoll <g.driscoll@republicmetalscorp.com> wrote:

Are you in today?  If so, do you want to book that lease?

**Gregg Driscoll**
SVP of Precious Metals Management
Republic Metals Corp
12900 NW 38th Ave
Miami, FL 33054
Main 888-685-8505 | Direct 786-501-8668 | Fax 305-685-8506
www.republicmetalscorp.com

<!--[if !vml]--><image001.png><!--[endif]-->

**From:** daniel.izzo@sumitomocorp.com [mailto:daniel.izzo@sumitomocorp.com]
**Sent:** Thursday, October 5, 2017 2:56 PM
**To:** Gregg Driscoll <g.driscoll@republicmetalscorp.com>
**Subject:** RE: Leasing

**This is an EXTERNAL email. Exercise caution. DO NOT open attachments or click links from unknown senders.**

Gregg I need settlement instructions and I also have to confirm them over the phone with you before I can have them set up

Are you free quick to get that out of the way?

Dan

**From:** Gregg Driscoll [mailto:g.driscoll@republicmetalscorp.com]
**Sent:** Thursday, October 05, 2017 12:02 PM
**To:** IZZO DANIEL [NYKNA NewYork SCOA-New York Head Office]
**Subject:** Re: Leasing

Hi dan.
In long meeting.
Will call later.

On Oct 5, 2017, at 11:58 AM, "daniel.izzo@sumitomocorp.com" <daniel.izzo@sumitomocorp.com> wrote:

**This is an EXTERNAL email. Exercise caution. DO NOT open attachments or click links from unknown**

senders.

Gregg,

I am talking to the guys about leasing via comex, give me some time to figure it out.  We can do it but a few things need to happen first and im not sure the time frame yet.  Question though,  would we be able to use Loco Delaware?

Dan

Daniel Izzo
SCMI US Inc
Daniel.Izzo@Sumitomocorp.com
Desk-212-207-0535
Cell- 917-355-6405

**RMC Electronic Disclaimer**

This message contains confidential information and is intended only for the individual(s) addressed in the message. If you are not the named addressee, you should not disseminate, distribute, or copy this e-mail. If you are not the intended recipient, you are notified that disclosing, distributing, or copying this e-mail is strictly prohibited.

**RMC Electronic Disclaimer**

This message contains confidential information and is intended only for the individual(s) addressed in the message. If you are not the named addressee, you should not disseminate, distribute, or copy this e-mail. If you are not the intended recipient, you are notified that disclosing, distributing, or copying this e-mail is strictly prohibited.