**COOLEY LLP**
55 Hudson Yards
New York, New York 10001
Telephone: 212-479-6000
Facsimile: (212) 479-6275
Jay Indyke
Paul Springer

*Counsel for the Litigation Trustee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------- X
:
                                                   Chapter 11

In re:                                        :
                                                   Case No. 18-13359 (SHL)
MIAMI METALS I, INC., *et al.*,[1]
                                                 :

      Debtors.
:
---------------------------------------- X

**CERTIFICATE OF NO OBJECTION REGARDING MOTION OF
LITIGATION TRUSTEE TO EXTEND DEADLINES FOR FILING OBJECTIONS TO
(I) 503(B)(9) AND OTHER ADMINISTRATIVE CLAIMS, AND
(II) GENERAL UNSECURED CLAIMS**

      **PLEASE TAKE NOTICE** that on August 4, 2020, Donna H. Lieberman, in her capacity as the litigation trustee of the Miami Metals Litigation Trust (the "Litigation Trustee"), filed the *Motion of the Litigation Trustee to Extend Deadlines for Filing Objections to (I) 503(B)(9) and Other Administrative Claims, and (II) General Unsecured Claims* [ECF No. 1828] (the "Motion") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

---

[1] The sole remaining Debtor in this chapter 11 case is Miami Metals I, Inc. (f/k/a Republic Metals Refining Corporation), 15 West 47th Street, Suites 206 and 209, New York, NY 10036 (last four digits of federal tax identification number: 3194).  The cases for the prior Debtors were closed on April 3, 2020 pursuant to the *Final Decree (I) Closing Subsidiary Cases and (II) Granting Related Relief* (the "Subsidiary Final Decree") [ECF No. 1746].

**PLEASE TAKE FURTHER NOTICE** that the Litigation Trustee established a deadline for parties to file objections to the Motion (the "Objection Deadline"). The Objection Deadline was set for August 27, 2020, at 5:00 p.m. (prevailing Eastern Time). The Objection Deadline has now passed and, to the best of my knowledge, no responsive pleadings have been filed.

**PLEASE TAKE FURTHER NOTICE** that the Litigation Trustee will respectfully request that the proposed order attached to the Motion be entered prior to the hearing currently scheduled for September 3, 2020 at 10:30 a.m. (prevailing Eastern Time). However, a hearing to consider the Motion may still be held at such time should the Bankruptcy Court require.

Dated: August 28, 2020
New York, New York

/s/ *Jay Indyke*
Jay Indyke
Paul Springer
**COOLEY LLP**
55 Hudson Yards
New York, New York 10001
Telephone: (212) 479-6000
Facsimile: (212) 479-6275
Email: jindyke@cooley.com
pspringer@cooley.com

*Counsel to the Litigation Trustee*