**COOLEY LLP**
55 Hudson Yards
New York, New York 10001
Telephone: (212) 479-6000
Facsimile: (212) 479-6275
Ian Shapiro
Reed A. Smith
Christopher L. Martin, Jr.
Paul J. Springer

**HALPERIN BATTAGLIA BENZIJA, LLP**
40 Wall Street, 37th Floor
New York, New York 10001
Telephone: (212) 765-9100
Facsimile: (212) 765-0964
Scott A. Ziluck

*Co-Counsel to Donna H. Lieberman,*
*Litigation Trustee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------- X
                                         :
                                         :    Chapter 11
In re:                                   :
                                         :    Case No. 18-13359 (SHL)
MIAMI METALS I, INC., *et al.,*[1]       :
                                         :
         Debtors.                        :
                                         :
---------------------------------------- X

**AMENDED NOTICE OF AGENDA FOR MATTERS SCHEDULED FOR REMOTE**
**HEARING ON FEBRUARY 10, 2022 AT 10:00 A.M.**

---

[1] The sole remaining Debtor in this chapter 11 case is Miami Metals I, Inc. (f/k/a Republic Metals Refining Corporation), 15 West 47th Street, Suites 206 and 209, New York, NY 10036 (last four digits of federal tax identification number: 3194). The cases for the prior Debtors were closed on April 3, 2020 pursuant to the *Final Decree (I) Closing Subsidiary Cases and (II) Granting Related Relief* (the "Subsidiary Final Decree") [ECF No. 1746].

Time and Date of Hearing:

February 10, 2022 at 10:00 a.m. (Prevailing Eastern Time)

Location of Hearing:

United States Bankruptcy Court for the Southern District of New York, before the Honorable Sean H. Lane, United States Bankruptcy Judge. The hearing will be conducted remotely via Zoom for Government (Zoomgov), and arrangements to attend can be made through the Court's website: https://www.nysb.uscourts.gov/ecourt-appearances.

**PLEASE TAKE FURTHER NOTICE** that an agenda with respect to all matters set for remote hearing on February 10 at 10:00 a.m. (EST) is set forth below. Copies of each pleading identified below can be viewed and/or obtained by: (i) accessing the Court's website at www.nysb.uscourts.gov, (ii) contacting the Office of the Clerk of Court at One Bowling Green, New York, New York 10004, or (iii) from the Debtors' claims and noticing agent, Donlin Recano ("Donlin"), at www.donlinrecano.com/republicmetals. Note that a PACER password is required to access documents on the Court's website.

## AGENDA

A.     **CONTESTED MATTERS**

   1.     **Motion of Litigation Trustee for Approval of Settlement and Compromise Pursuant to Federal Rule of Bankruptcy Procedure 9019** [ECF No. 2045]

   a. Response Deadline:   February 3, 2022 at 5:00 pm (Prevailing Eastern Time)

   b. Responses:

   - Objection to Motion filed by Mitchell Levine, Erie Management Partners, LLC, and Plat/Co. [ECF No. 2056]
   - Limited Objection to Motion filed by SCMI US Inc. [ECF No. 2057]
   - Withdrawal of Limited Objection filed by SCMI US Inc. [ECF No. 2060]

   c. Related Documents:

   - Notice of Hearing [ECF No. 2045]
   - Reply Memorandum in Further Support of Motion [ECF No. 2058]

   d. Status: This matter is going forward.

Dated: February 9, 2022
New York, New York

/s/ Ian Shapiro
**COOLEY LLP**
55 Hudson Yards
New York, New York 10001-2157
Telephone: (212) 479-6000
Facsimile: (212) 479-6275
Ian Shapiro (ishapiro@cooley.com)
Reed A. Smith (reed.smith@cooley.com)
Christopher L. Martin, Jr. (cmartin@cooley.com)
Paul J. Springer (pspringer@cooley.com)

**HALPERIN BATTAGLIA BENZIJA, LLP**
40 Wall Street, 37th Floor
New York, New York 10001
Telephone: (212) 765-9100
Facsimile: (212) 765-0964
Scott A. Ziluck (sziluck@halperinlaw.net)

*Co-Counsel to Donna H. Lieberman,
Litigation Trustee*