**Hearing Date and Time: February 24, 2022 at 11:00 a.m. (EST)**

**COOLEY LLP**
55 Hudson Yards
New York, New York 10001
Telephone: (212) 479-6000
Ian Shapiro
Reed A. Smith
Christopher L. Martin, Jr.
*Attorneys for Donna H. Lieberman,*
  *Litigation Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>MIAMI METALS I, INC., *et al.*,<br><br>     Debtors. | Chapter 11<br><br>Case No: 18-13359 (SHL) |

**NOTICE OF CONTINUED HEARING ON APPROVAL OF SETTLEMENT AND
COMPROMISE PURSUANT TO FEDERAL RULE OF
<u>BANKRUPTCY PROCEDURE 9019</u>**

**PLEASE TAKE NOTICE** that Donna H. Lieberman, in her capacity as the litigation trustee of the Miami Metals Litigation Trust (the "<u>Litigation Trustee</u>"), by and through her undersigned counsel, has filed a *Motion for Approval of Settlement and Compromise Pursuant to Federal Rule of Bankruptcy Procedure 9019* (the "<u>Motion</u>") [ECF No. 2045] seeking approval of the settlement agreement entered into by and among (i) the Litigation Trustee and (ii) Coöperatieve Rabobank U.A., Brown Brothers Harriman & Co., Bank Hapoalim B.M., Mitsubishi International Corporation, ICBC Standard Bank Plc, Techemet Metal Trading, LLC, and Hain Capital Investors Master Fund, Ltd., as successor to Woodforest National Bank and Bank Leumi USA (collectively, the "<u>Secured Parties</u>"), (iii) Rose Rubin, Jason Rubin, and Lindsey Rubin Davis (the "<u>Rubin Parties</u>"), and (iv) David Comite.

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Motion, which began on February 10, 2022 [ECF Nos. 2045, 2059, 2061], will continue before the Honorable Sean H. Lane, United States Bankruptcy Judge in the United States Bankruptcy Court for the Southern District of New York, telephonically, on **February 24, 2022 at 11:00 a.m. (prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard.

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be conducted remotely via Zoom for Government (Zoomgov). Parties wishing to appear at the Hearing, whether in a "live" or "listen only" capacity, must make an electronic appearance through the "eCourtAppearances" tab on the Court's website (https://www.nysb.uscourts.gov/ecourt-appearances) no later than 4:00 p.m. (prevailing Eastern Time) the business day before the Hearing (the "Appearance Deadline"). Following the Appearance Deadline, the Court will circulate by email the Zoom link for the Hearing to those parties who have made an electronic appearance. Parties wishing to appear at the Hearing must submit an electronic appearance through the Court's website by the Appearance Deadline and not by emailing or otherwise contacting the Court. Additional information regarding the Court's Zoom and hearing procedures can be found on the Court's website.

|  |  |
|---|---|
| Dated: February 14, 2022<br>New York, New York | **COOLEY LLP**<br><br>By: */s/ Ian Shapiro*<br>Ian Shapiro<br>Reed A. Smith<br>Christopher L. Martin, Jr.<br>55 Hudson Yards<br>New York, New York 10001-2157<br>ishapiro@cooley.com<br>reed.smith@cooley.com<br>cmartin@cooley.com<br><br>*Attorneys for Donna H. Lieberman,*<br>*Litigation Trustee* |